**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MEYERS DIVISION**

| | | |
|---|---|---|
| MICHAEL TUCKER, Individually & | § | |
| AZUREE'D TUCKER, Individually & on | § | |
| behalf of M.T., a Minor Child | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. <u>2:24-cv-142</u> |
| | § | |
| | § | |
| THE SCHOOL DISTRICT OF LEE | § | |
| COUNTY, FLORIDA; THE SCHOOL | § | |
| BOARD OF LEE COUNTY, FLORIDA; | § | <span style="color:red">JURY DEMANDED</span> |
| STEPHAN CATO; KYLE BURCHFIELD; | § | |
| ALEX CARCIOPPOLO; ROBERT | § | |
| HINSON; CHRISTOPHER CHAPELL; | § | |
| ROBERT BUTZ; and CHRISTOPHER S. | § | |
| BERNIER, Ph.D. | § | |
| *Defendants.* | § | |

## <u>MOTION FOR SPECIAL ADMISSION OF MARION M. REILLY, ESQ</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Attorney Marion M. Reilly, Esquire moves for special admission to represent Plaintiffs MICHAEL TUCKER, Individually, and AZUREE'D TUCKER, Individually and on behalf of their minor son, M.T. in this action.

I am neither a Florida resident nor a member in good standing of The Florida State Bar.

I am a member in good standing of the bar of a United States district court: specifically, in the Northern District of Texas, Western District of Texas, Eastern District of Teas, Southern District of Texas, Eastern District of New Mexico, United States Court of Appeals 5th Circuit, United States Court of Appeals 8th Circuit, United States Court of Appeal 9th Circuit and United States Supreme Court.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in the last thirty-six months in any cases pending the state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ Marion M. Reilly, Esq*
Texas State Bar No. 24079195
Federal ID. No. 1357491
E-Mail: marion@mrtrial.com

**MARTINEZ REILLY, LLP**
3636 S. Alameda, Ste. B119
Corpus Christi, Texas 78412
Telephone:  361.273.6771
Facsimile:   361.704.8355
**Service Email address
Service@mrtrial.com

# Local Rule 3.01(g) Certification

I have not conferred with counsel for Defendants in this matter at time of my filing of this motion.  Defense counsel has yet to make their appearance in to this matter.


*/s/ Marion M. Reilly, Esq*


CERTIFICATE OF SERVICE


I hereby certify that February 14, 2024, a  true and correct copy of the foregoing document was filed electronically in compliance with Fed. R. Civ. P. 5(b)(2)(E) on all parties who have consented to electronic service.


*/s/ Marion M. Reilly, Esq*