<u>**VERIFICATION OF AZUREE'D TUCKER,**</u>

I, AZUREE'D TUCKER, declare and state, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief:

1. I am one of the Plaintiffs in this action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2. I have reviewed the complaint.

3. I know or believe that all allegations in the amended complaint based on my personal knowledge are true.

4. I believe that any allegations not based on my personal knowledge are true based on specified information, documents, or both.

5.    This Verification is being submitted in support of Plaintiff's Second Amended Verified Complaint in Case No. 2:24-CV-00142.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2025.

AZUREE'D TUCKER