# PROFESSIONAL STANDARDS

## INVESTIGATION FILE

## PPR #R004754
## 195 pages redacted

## **Robert Hinson**

**EXHIBIT "A"**

**Case # IA-23-58**

**Date Received:** 04/06/2023

**Employee Information**

        **First Name**   Robert
        **Last Name:**  Hinson
        **Location:**     Fort Myers High School
        **Position:**     Teacher, Classroom
        **Employment Date:** 08/22/1995

**COMPLAINT(S):** On or about 04/06/2023, Professional Standards (PS) received information that Robert Hinson, Teacher, Fort Myers High School may have violated The Principles of Professional Conduct for the Education Profession in Florida, The Teachers Association of Lee County (TALC) contract, and Board Policies.

**ALLEGATION(S):** On or about 04/06/2023, Professional Standards (PS) received information that Mr. Robert Hinson, Teacher, Fort Myers High School may have walked out of a baseball game, while it was being played, with other student athletes leaving other student athletes behind. It is alleged that the walkout was planned. It is also alleged that this act may involve equity and/or racism. The walking out may have exposed student(s) to unnecessary embarrassment or disparagement. In addition, on or about 04/05/2023, Professional Standards received information that Mr. Hinson may have given inaccurate information to the head baseball coach which resulted in a student athlete being benched. This same athlete was left behind during the walkout.

**COMPLAINANT(S):**

- School District of Lee County

**WITNESSES:**

- Kyle Burchfield, Teacher, Head Baseball Coach, Fort Myers High School
- Dr. Robert Butz, Principal, Fort Myers High School
- Toni Washington-Knight, Assistant Principal, Fort Myers High School
- Darya Grote, Assistant Principal, Fort Myers High School
- Steven Cato, Athletic Director, Fort Myers High School
-    , 12th Grade Student, Fort Myers High School
-    ., 9th Grade Student, Fort Myers High School
-    , 11th Grade Student, Fort Myers High School
-    ., 11th Grade Student, Fort Myers High School
-    :., 11th Grade Student, Fort Myers High School
- Keeth Jones, Teacher, Fort Myers High School
- Shane and Melanie       Parents of

1

- 
- Crysta        .., Parent, Fort Myers High School
- Steve ̄              Parent, Fort Myers High School
- Christopher Chappell, Athletic Coach, Fort Myers High School
- Robert Hinson, Teacher/Baseball Coach, Fort Myers High School

**VIDEO/AUDIO:**

- Videos from 04/06/2023, Fort Myers High School (Flash Drive)

**RECORD:**

- Statement, Kyle Burchfield, Teacher, Head Baseball Coach, Fort Myers High School (Pages 1-6)
- Statement, Dr. Robert Butz, Principal, Fort Myers High School (Pages 7-8)
- Statement, Toni Washington-Knight, Assistant Principal, Fort Myers High School (Pages 9-10)
- Statement, Darya Grote, Assistant Principal, Fort Myers High School (Pages 11-12)
- Statement, Steven Cato, Athletic Director, Fort Myers High School (Pages 13-17)
- Statement,        12th Grade Student, Fort Myers High School (Pages 18-25)
- Statement,        9th Grade Student, Fort Myers High School (Pages 26-28)
- Statement,        11th Grade Student, Fort Myers High School (Pages 29-32)
- Statement,        11th Grade Student, Fort Myers High School (Pages 33-36)
- Statement,        , 11th Grade Student, Fort Myers High School (Pages 37-42)
- Statement, Keeth Jones, Teacher, Fort Myers High School (Pages 43-46)
- Statement, Shane and Melanie        Parents of T.R. (Page 47)
- Statement, Crystal        Parent, Fort Myers High School (Pages 48-50)
- Statement, Steve        Parent, Fort Myers High School (Pages 51-54)
- Statement, Christopher Chappell, Athletic Coach, Fort Myers High School (Page 55)
- Statement, Robert Hinson, Teacher/Baseball Coach, Fort Myers High School (Page 56)
- Emails (Pages 57-100)
- Media/Text Information (Pages 101-121)
- Title VI (Page 122)
- Prior Discipline/Arrests (Pages 123-126)
- Rule 6A-10.081, Florida Administrative Code, Principles of Professional Conduct for Education Profession in Florida (Pages 127-130)
- TALC Article 6- Working Conditions (Pages 131-134)
- Board Policy 1.28, Ethics in Education (Pages 135-139)
- Board Policy 2.02, Civility- Conduct of Parents/Guardians, Visitors, and Staff (Pages 140-141)

2

- Board Policy 5.02, General Requirements for Appointment or Employment (Pages 142-144)
- Board Policy 5.26, Professional Standards (Page 145)
- Job Description, Teacher, Classroom (Pages 146-148)
- 2021-2022 School Year Final Performance Assessment (Pages 149-154)
- 2020-2021 School Year Final Performance Assessment (Pages 155-160)
- 2019-2020 School Year Final Performance Assessment (Pages 161-166)

**SUMMARY OF INVESTIGATIVE FINDINGS (point by point):**

04/04/2023, Video #1 (Flash Drive):

- Based on the videos provided, this investigator observed the following:
  - 12:47:30 - Mr. Cato walks into the frame where Mr. Hinson is already standing.
  - 12:47:34 - Student wearing a long black sleeve shirt, walks down the hall.
  - 12:47:42 - Same student with the long black sleeve shirt looks down the hallway.
  - 12:47:43 - Same student puts his hand up in the direction of Mr. Hinson and Mr. Cato; appears to rub his nose with his thumb and proceeds to walk past Mr. Hinson and Mr. Cato.

**Note:** Student wearing a long sleeve black shirt was identified to be        , 12th Grade Student, Fort Myers High School.

04/11/2023, Video #3 (Flash Drive):

  - 6:33:55 - Video shows Mr. Hinson walk into the school
  - 6:33:59 - Video shows Mr. Hinson walking into the gym lobby and turning to walk down a hall.
  - 6:34:10 - Hinson can be seen walking down the hall, passing a colleague.
  - 6:41:38 - Hinson is seen walking out of the building and walk toward his car, which he gets into and leaves the campus.

Video #1 (Google drive):

  - Video shows Mr. Hinson walking away from the dugout, 16 seconds into the video.

Video #4 (Google drive):

  - Video shows Mr. Hinson walking out at 26 seconds into the video.

**04/13/2023 and 04/27/2023, Statement, Kyle Burchfield, Teacher, Head Baseball Coach, Fort Myers High School (Pages 1-6):**

**Note:** Fernando Vazquez (Director, Professional Standards, Lee County School District) sent an email to Kyle Burchfield on 04/22/2023. Good evening Mr. Burchfield- Thank you speaking with me, via a phone call, on 04/13/2023 at 9:30am. Present on the call was Dr. Butz and Ms. Grote. Please see bullet points below regarding the statement you provided me. Please respond back to this email verify the information below is accurate. Please make any edits/changes as necessary. Please feel free to add anything you feel is relevant regarding this situation. Your assistance with this matter is greatly appreciated. Thanks.

- Mr. Burchfield stated that he has been at Ft. Myers High School as a teacher and baseball coach for four (4) years. Mr. Robert Hinson is the assistant baseball coach and he has been your assistant for four (4) years
- When asked who makes the line-up, Mr. Burchfield stated "I and Hinson do."
- Mr. Burchfield stated, "Naples game, where        threw his helmet, bat, said the N-word, threatened to beat someone up, this was witnessed by everyone, that game I made line-up.        was not there because he was sick. His (    ) his dad texted letting me know he was sick. I had to change the line-up. After the game, next game had to check with Cato."
    - In his response, Mr. Burchfield stated, "In a mentoring spirit I provided guidance to          during that game after a strikeout telling him he needs to calm down and control his emotions.
- Mr. Burchfield stated, "I had to get approval (for the line-up) because of what happened at Naples. Downtown said I had to start. Cato double checked to make sure    . was in there. Could not punish in anyway. There could be no punishment until the investigation was over. March 5th and still no one has received discipline."
    - I was instructed by Chuck Bradley that I had to start M.T. in his normal position and hitting spot until investigation is over.
- When asked if you had any conversations with parents, students, coaches, administration about the walkout, Mr. Burchfield stated, "Not prior. I was told often of the potential. That night I was at Mighty Muscle game. My phone was going off. Lots of people upset…I was getting text and phone calls. I talked to 1 – 2 parents briefly. I don't recall the parents."
    - I had no prior knowledge of any walkout and or the possibility of a walkout.
- Mr. Burchfield stated, "That when he was removed, he was told not to talk about the investigation and not discuss anything with Coach Hinson"
    - I was told not to tell Hinson or any of the boys I was removed until they were informed by the administration. As I have no details about the investigation I did not discuss with the other Coaches.

4

- Mr. Burchfield stated, "Prior to my removal there was lots of conflict with parents. Mostly the          and a little with the     ...._, primarily with the          They (the     ,_) never came to me. I found out about the issues/problems but the never came to me. I guess they went to the District. I'm clueless."
- Mr. Burchfield stated, "I have known them (.     /s) for seven (7) years. My sister taught him when he was in 7th grade. I have given     over 100 lessons. I have helped with college and summer baseball. Even through COVID I helped. I have helped in different ways. This is 100% out of the blue. Last year there were no issues with the     _s or     's. I have known the          s for seven (7) years as well. There was no issues/concerns whatsoever."
  - My sister taught him when he was in 5th grade. I have known the     ; for 8 to 9 years. ;          even attended my wedding in 2017.
- Mr. Burchfield stated, "Coach Alex, coached last year, 2021 – 2022, there was an incident with          (11th grade African American),          (Caucasian); .     said the N-word."
  - accused     of saying the N-word.
- Mr. Burchfield stated, "When it was brought to my attention I talked to both of the boys. I intervened and it never happened again."
- Mr. Burchfield stated, "In January of 2023          ' mother and grandmother brought to your attention a matter that occurred in the fall of 2022; Mr. Burchfield stated, "He told them that it was not baseball and it was out of his control.
  - The matter was in another teacher's class back in August or September. Even     . didn't remember exactly when.
- Mr. Burchfield stated, "I think, don't quote me, admin did let me know and I stepped in. I think Kelly B, not sure, brought it to me. JV Coach, I believe Chris Chappell, even discussed it with the players as well. You stated that Chris Chappell has been coaching with you for four (4) years. You reported that     played football and this year you had a discussion with him in January of 2023 about football and baseball; he wanted to play football only; he did not play baseball this year. Two (2) days later there was a meeting. Grandmother and mother met with me, Butz, Toni (Washington Knight) and     . I told everyone whatever he want to do it's his choice. He (     ) never tried out (for baseball)."
- With regards to the line-up, Mr. Burchfield stated, "It's usually me and Hinson. I have last call. 51% me and 49% Hinson."
- Mr. Burchfield stated, "     is 1-3 in line-up, it varies. The line-up changes depending kids moving up from JV. Almost always 1-4, most consistent hitters."
- With regards to     , Mr. Burchfield stated, "…bats anywhere from 6-8 because of his speed, he's very slow. He doesn't have the best baseball IQ. When he is on base he gets picked off…he get's signs wrong. It costs us wins."

5

- With regards to the situation with    .. in the hallway, Mr. Burchfield stated, "Coach Hinson, Coach Cato, and two (2) other teachers were in the hallway. Palmer and I don't know the other, it was definitely four (4) adults. ... was walking and Cato said hi.    didn't say anything, he completely did not acknowledge...he blew him off. Teacher points what's up with that kid. Others asked. That's bad that he ignored the AD...no acknowledgement."
- When asked if you had seen the video, Mr. Burchfield stated, "No."
- Mr. Burchfield stated, "...because of that he (    .) did not start the game. There were a couple of other times when he did not start because of disrespect, skipping practice, etc. When asked if you ever articulated this to    .'s parents, Mr. Burchfield stated, 'Never with the parents. I articulated this to    . I pulled him to the side and explained'." The parents never came to me at any point in the season about playing time or concerns.
    - They never discussed with me and from my understanding it was never discussed with the administration, they went straight to the county about playing time. I don't have full knowledge on this issue it is just what I was being told by the administration.
- With regards to the line-up for the game at Terry Park, Mr. Burchfield stated, "I believe Hinson made the line-up and Cato approved it. I had nothing to do with it, it was a Thursday night game."
- When asked if you and Hinson met up at the Edison restaurant on Wednesday, the day before the game at Terry Park, Mr. Burchfield stated, "Yes...there was no discussion of the line-up or the investigation. Hinson never brought up the line-up."
    - I had just been suspended without reason from a passion of mine. I wanted to get my mind off baseball.
- When asked why he would start    , leadoff, if he batted 6-8, Mr. Burchfield stated, "Probably because of the political pressure...scared of something happening next. Scared in that position...problems again."
- Regarding the four (4) players being sent down to JV, Mr. Burchfield stated, "That's nothing new. Prior to Thursday, they had been brought down to JV.    .,  ?, (    ., We did send messages during the season about moves. Either Hinson or Chappell would have communicated this. We even had to send 11th grader down to JV because there was (sic) not enough kids."
    - We sent multiple freshmen, sophomores, and juniors down to JV the majority of the games due to injuries and low numbers.
- With regards to the walkout, Mr. Burchfield stated, "I was not aware. Early in the year Cato came to me about a walkout. It was the first time I had heard about this. It was after the Naples game because there was no discipline. The second time I heard about a walkout, not sure. Maybe the Coach Alex incident...maybe preseason. I was not told about the walkout."

6

- o Your notes on this are not correct - the first walkout rumors were with the incident of Coach Alex and the 2nd was after ;creamed the N-word and threatened a teammate and was never given consequences for it.
- Mr. Burchfield stated, "There has been no guidance and representation. I feel I'm being blamed. I have sent multiple emails to admin about issues but nothing was addressed."
  - o Mr. Vazquez responded, "Please forward me the emails you sent to admin."
- Ms. Grote verified that your phone history on your phone only went to Friday, did not show the call history with parents from Thursday (Terry Park game)
- How about text messages? Do you have text messages with parents, coaches, players with regards to the walkout?
  - o I had no knowledge about a walk-out or the possibility of a walkout
  - o I received the following text messages on Thursday at 7pm after the walkout and I will gladly share.
- Mr. Burchfield stated, "The ι          told you about the boys walking out; afterwards I was told the boys walked out. I had no idea. All I know is
- Hinson made the line-up and Cato approved it. Rob told me this."
  - o Your notes on this are not correct - I stated "I do not recall who told me this. I do not remember."
- Mr. Burchfield stated, "What significant about moving the kids down to JV is that we were in the championship game. It would have been three (3) years in a row/3rd year winning the Riverdale Tournament."
  - o Winning 3 years in a row has never happened in history of the tournament.
- Mr. Burchfield stated, "I feel like I'm being targeted…my position, teaching and baseball. The stuff on the news is false…it's extremely lopsided. I'm getting calls from coaches in Georgia. I run a non-profit baseball team. I got a call from the head guy, he doesn't call people. This is complete slander which could cost me my baseball future."
- Mr. Burchfield stated, "I saw the video of I          assuming the District found something. The kids at school won't talk to me. This is ruining my reputation. I taught at Dunbar, I never had one single incident and I coached there as well. This is all about playing time. Not the ¯    ;, it's the       .  He (    .) is the slowest outfielder, he has the weakest arm, he's an ok hitter. He is going to play Division III baseball. There is no Division III baseball in Florida. A good high school team would beat a Division III school. I tried to help him with Division II schools, no school wanted him. I tried to help with travel teams, no travel team wanted him. He/they are upset about him not starting/playing every single game…they are using race as an excuse.          told me in my face, along with Cato and someone else, 'I know you are not racist. The problem is them not you. Has to do with the school and its history.' This was at the parent

7

meting (sic) after the Naples game. She (Ms. ¯         ) sent a message that the N-word was not ok to use. That was the week that      . said it. The meeting was with me, Mr.          :, Ms.          ; Cato, Kelly or Toni, I don't remember."                told me to my face in the school meeting on Monday 3/6 along with Cato and Britton, after the Naples game, she said to me "I for a fact that you are not racist. That you not the problem. There is a history with the school with racism."

- Mr. Burchfield stated, "I told Dr. Butz before Spring Break.
    o No context here?? Not sure what this statement means.
- Mr. Burchfield stated, "I had no issues with the ¯        before. I helped and cared about this family."
    o I've never has issue with the '       s or the         s. I have no idea where any of this started and why it involves me.

**Note:** Kyle Burchfield sent an email reply to Mr. Vazquez on 04/27/2023. Mr. Burchfield provided additional comments in red (annotated in the above statement) to the conversation he had with Mr. Vazquez.

- Mr. Burchfield stated, "Mr. Vazquez, Sorry this has taken a while to get back. A lot of things have happened to me this week. Now one of my travel teams that I coach has broken up and ended with still 2 months to go. I stated to you in the phone meeting that this situation can seriously damage my baseball reputation and earnings as a coach. The accusations against me has been affecting my family's life and is already impacting my baseball career outside of Fort Myers. As a follow up to our phone meeting on 04/13/2023 at 9:30am and a response to the meeting minutes you presented to me on April 22, 2023 you will find below a general statement that summarizes the current situation along with feedback on some of your points.

General Statement

- Mr. Burchfield stated, "It is quite unfortunate how the entire season unfolded. Due to the early season issue that occurred on February 14[th] with Coach Carcioppolo I feel like my hands have been tied to positively impact the players on the team. After the February 14th issue the district pretty much has been in charge with very little communication to me as to what was occurring in the background. Under no situation is racism ever permitted and when the family sent a letter to all the other parents on the team about racism and then their own son     . dropped the N word twice, with very little to no consequences, it created a caustic environment showing the team there are no consequences to breaking the rules. The district tied my hands throughout the balance of the season."

8

**06/12/2023, Statement, Dr. Robert Butz, Principal, Fort Myers High School (Pages 7-8):**

**Note:** Fernando Vazquez (Director, Professional Standards, Lee County School District) sent an email to Dr. Robert Butz on 06/10/2023. Dr. Butz responded to the questions on 06/12/2023.

- Dr. Butz stated, "Please find the answers listed below. It is also important to note that we were instructed in a phone conference meeting with Mr. Dodig, Mr. Simmons, Mr. Bradley, and you that we had to be very limited in what we could share with the parents and players as Mr. Burchfield was being removed from his duties. The following was what was approved by the group to say to both parents and players:
    - "Please be advised that at this time Mr. Burchfield has been removed from coaching."
- Mr. Cato, Mrs. Grote, and I received heated emails and phone calls from parents, prior to the walkout, demanding to know why Coach Burchfield was removed. I attempted to send an email to the parents/players stating this:
    - "Thank you to those parents who have expressed their concerns with the current process. At this time Mr. Burchfield is being removed from his coaching duties as a result of information that has been brought forward. To ensure that the process of the Title VI investigation is done with fidelity he is relieved of his coaching duties pending the outcome of the investigation."
- Dr. Butz stated, "I asked for approval to send the email message above to set the parents/players at ease since many of them felt that Mr. Burchfield was being fired, however the email message was not approved. During individual meetings with parents and players, after the walkout, the parents/players stated that the walkout occurred because the players did not know why Mr. Burchfield was released and they wanted their voice to be heard. When told that he was being relieved of his duties pending the outcome of the investigation the parents/players stated that if they had been told that information previously then the walkout would not have happened."
- Mr. Vazquez stated, "Good evening- I have a few questions with regards to the walkout that occurred: Dr. Butz you were not present in town when this incident occurred, correct?"
    - Dr. Butz stated, "Correct"
- Mr. Vazquez stated, "When were you informed of a potential walkout?"
    - Dr. Butz stated, "We were informed for weeks prior to the actual walkout about the potential for a walkout. Most of the information that we received was based on rumors. Steve Cato shared with us that he heard rumors about the possibility of a walkout at 3 or 4 games prior to the walkout itself. I believe that it was shared with Misty Bernard for the April 4th game that there was a possibility of a

9

walkout and for her to be vigilant if she heard anything as she was there, but nothing happened, and she did not hear or see anything. I do not recall hearing anything specific to the April 6th walkout.

- Mr. Vazquez stated, "By whom and what action was taken? What guidance was given as the principal?"
  o Dr. Butz stated, "Please see previous answer."
- Mr. Vazquez stated, "When were you told of the actual walkout?  By Whom?"
  o Dr. Butz stated, "Steve Cato called me during the walkout.
- By whom? Steve Cato"
- Mr. Vazquez stated, "Did you know before the night in question that there would be a walkout?"
  o Dr. Butz stated, "No"
- Mr. Vazquez stated, "If so, by whom?"
  o Dr. Butz stated, "After the walkout, did anyone (admin, AD, coach, player, and/or parent) inform you that they were aware of the walkout prior to? Steve told me that Coach Jones was informed that there was the possibility of a walkout, and that he was told that by . I believe he told me this during the walkout itself."
- Mr. Vazquez stated, "If so, who and what exactly was articulated?"
  o Dr. Butz stated, "Please see the previous answer."
- Mr. Vazquez stated, "Any relevant information regarding this matter please include. Your assistance is greatly appreciated."

### 06/07/2023, Statement, Toni Washington-Knight, Assistant Principal, Fort Myers High School (Pages 9-10):

**Note:** Fernando Vazquez (Director, Professional Standards, Lee County School District) sent an email to Toni Washington-Knight on 06/10/2023.  Good afternoon- Thank you for taking my call on 06/07/2023 at 1:05pm. Please see bullet points below that summarize the statement you provided. Please respond back verifying the information is accurate. If necessary (sic) make any edits and/or add an additional information that is relevant regarding this matter. Your assistance is greatly appreciated.

- Ms. Washington Knight stated, "Prior to the walkout, the night it occurred, she had no prior knowledge"
- Ms. Washington Knight stated, "Me, Ms. Grote, and Cato met that day around 12:30pm because K. Jones was coaching. Discussed the pan for him. We felt that we should cancel the game because....I don't remember. Dr. Butz said no to canceling the game, to move forward with K. Jones, Hinson, and Chappy as the coaches. We went ahead with the game."
- Ms. Washington Knight stated, "I got there at a quarter to 6pm and I went to the dugout. I talked to Steve (Cato)..he was behind me."
- Ms. Washington Knight stated, "The boys were in the dugout chatting...nothing seemed strange. I sat on the bench...nothing was said,

10

there were no strange vibes. I saw K. Jones and went to talk to him. He said he already talked to the other team."

- Ms. Washington Knight stated, "While there, I noticed a young man (player), who had come up to K. Jones, and he (player) said, '…since you all can't give me answers due to Coach Burchfield I'm not playing until I get answers.' K. Jones said ok. The kid (player) left out the gate. I told K. Jones we are not going to chase him, he can leave. We will deal with it when we get back to school…I need to let Steve (Cato) know."
- Ms. Washington Knight stated, "I was frustrated, I went to sit down and kids were packing up. I looked at one of the boys,        . (have an excellent relationship with) and I said, '…we going to another dugout?' and he looked at me and smirked. They started to walkout. I don't know when Hinson walked out."
- Ms. Washington Knight stated, "I looked at the field and I see two (2) boys on the field.        . (was on the field) came to me and asked what was happening and he started to question the boys. I could hear the parents clapping. This was so selfish…an injustice for the kids. The ones left on the field were        and        ."
- Ms. Washington Knight stated, "        and        . were upset and were questioning. I said not to say a word…don't get caught up in this. I was trying to protect the two (2) boys. Parent        , came up and I told her not to let her kid get involved and not to say anything."
- You stated, "Throughout the whole process I tried to stay unbiased. I kept relationships with lots of the players up until that moment. I look at the kids differently…those that walked out. I also look at the ones who stayed back differently."
- Ms. Washington Knight stated, "that there was a phone conversation with: her, Cato, Jones, Grote, Butz, Kelly B, and you weren't sure if Bernard was on the call"
- Ms. Washington Knight stated, "I said this is just sickening. Parents applauding kids for whatever reason when the kids walked out."
- Ms. Washington Knight stated, "Prior to arrival for the game, I did not hear of a walkout. If I had heard I would have requested for the game to be canceled."
- Ms. Washington Knight stated, "…this was planned…to walkout in front of other schools at a tournament, this was planned."

**06/10/2023, Statement, Darya Grote, Assistant Principal, Fort Myers High School (Pages 11-12):**

**Note:** Mr. Vazquez sent an email to Ms. Grote.  Good evening- Thank you for taking my call on 06/08/2023 at 5:01pm. Please see bullet points below that summarize the statement you provided. Please respond back verifying the information is accurate. If necessary make any edits and/or add an additional information that is relevant regarding this matter. Your assistance is greatly appreciated.

11

- With regards to the walkout, Ms. Grote stated, "I found out by text after walkout from another AD at another school. I texted the admin team, at 7:30pm, and Butz texted back 'yes' to the walkout. The AD was Steve Larson."
- Ms. Grote stated, "I texted that Hinson and players had it (walkout) planned. I called K. Jones and Cato."
- Ms. Grote stated, "I was informed that                    called K. Jones at home and told him that they were going to walkout and         (her son/baseball player) was conflicted as to what to do. This was a phone conversation with Butz, me, Cato, and Jones. It was during this call that K. Jones told us that D      told him of walkout."
- Ms. Grote stated, "Prior to Larson, I did not hear anything of a walkout. I had no idea of a potential walkout."
- Ms. Grote stated, "...the day of the game, I had asked for the line-up. I did not get until Cato went up to K. Jones and got it, this was afterschool. I sent line-up to Butz and he questioned it. Cato sent a pic of the line-up to admin and I don't think anyone answered. I don't know why Butz asked about the line-up. I guess he wondered if      would be in the line-up because of the waving incident. I have no clue of when     . bats."
- Ms. Grote stated, "K. Jones told me if Hinson didn't put him (    .) in the line-up, he (Hinson) would get called for not putting him in the line-up."

**Note:** Mr. Vazquez asked some additional follow-up questions to Ms. Grote.

Question(s):
- Was there ever discussion regarding canceling the game the night in question? If so, why?
- Why wasn't the game canceled?
- At any time to the game did Mr. Cato inform you and/or admin of a walkout? That he had heard from K. Jones or anyone that there was potential of a walkout?
- Did anyone speak to Ms.         and/or       about the walkout?

- Mr. Vazquez commented, "As stated, please provide any additional relevant information regarding this matter. Please provide screen shots of text messages regarding this matter. Please make sure to explain the text messages: who it was from, the date, the context, etc. Again, your assistance with this matter is greatly appreciated."

**02/15/2023, 04/22/2023, 04/23/2023, Statement, Steven Cato, Athletic Director, Fort Myers High School (Pages 13-17):**

**Note:** Mr. Vazquez sent Mr. Cato an email on 04/22/2023.  Good evening Mr. Cato- I still have not received your statement as requested per my phone conversation with Dr. Butz that you were present for. In your

12

statement, I need you to address:  Mr. Cato responded via email to Mr. Vazquez on 04/24/2023, "Attached are a couple of my statements from earlier this season as well as answers to your specific questions."

02/15/2023

- Mr. Cato stated, "On 2/15 following our meeting with the ⸱        family I was called on the radio again to come up to the front office and there was Mr. and Mrs. ⸱        and ⸱    l.'s mother. I asked what was going on and I was told that there was an issue taking place within the team that I needed to be aware of. I asked them to come to my office. They told me that students during baseball weights confronted ⸱    . regarding the message that was sent out from coach Alex. Around this same time ⸱        . and     . both arrived at my office and knocked on the door. I asked for the names of the students involved and was told by     . it was     and     . who confronted     . I told them we needed to look into this and said we would follow back up with them later."
- Mr. Cato stated, "After they left I called down both     and     . to talk to them about what had taken place in the weight room.     . and     did admit to talking to     , but claimed that they were just expressing how they were upset that this had spread so quickly and has now become such a big issue. At this same time I received a call from Student affairs asking me what students were in my office and was directed to bring them over to student affairs. I proceeded to walk them over to student affairs.  Later that day after school was completed we held a meeting with the entire baseball team. Below is an outline of the meeting:
  - o Derogatory Language or terms of any kind are completely unacceptable here at Fort Myers High School, athletics, or FMHS baseball
  - o Not going to discuss what is happening with Coach Alex -that is an ongoing investigation within the district now.
  - o Reviewed code of conduct and FMHS behavior contract in relation to use of derogatory language.
  - o This has affected the entire team and we need to take steps to help move our team move forward.
  - o Open discussion from team for thoughts, comments, questions, or concerns.

04/22/2023

- What was articulated to you with regards to the baseball players being held accountable/disciplined for their behavior?
  - o Mr. Cato stated, "I was informed of a few different baseball players being disciplined throughout the season this year. Most notably was the discipline toward ⸱            ⸱ for a 5 games suspension issues by Coach Burchfield for racial

13

profanity and threats toward another player. This took place in the dugout of the game and was witnessed by the coaches and other players in the dugout.          did not admit to using any racial profanity. This incident led to multiple parent and administrative meetings and was ultimately ruled by Chuck Bradley to be unable to be upheld until the Title VI investigation was completed.  There was discipline for later in the season that was upheld when he used racial profanity in the locker room. It was overheard by Coach Burchfield and other teammates and admitted to by      . He was suspended for 4 innings in the following game. Other discipline was issued for other players for a variety of reasons throughout the season –      . when I witnessed him act out in the dugout (yelling and throwing his glove) he was disciplined for 4 innings, I was made aware of other players discipline from either admin or coach Burchfield throughout the season and Coach Burchfield was recording all of the discipline in his binder. I also came to be aware of two instances that      . was disciplined this season one for missing a portion of the hitting practice and another when he was informed that      . did not acknowledge me in the hallway. Both I believe were for 4 innings each.

- Did the      's ever approach you/bring anything to your attention about      .'s playing time, not starting or playing at all?
  o Mr. Cato stated, "They had talked to me a couple different times this year about      .'s playing time. Mr.      brought up playing time when I talked on the phone with him and Ms. Knight during a follow up conversation to our meeting. He was addressing      . and other players in respect to playing time. It was brought up again after a game when I was asked to have a conversation with him and his wife regarding      . and how he was pulled from the game because he missed a sign."
- Did the      's ever approach you/bring anything to your attention?
  o Mr. Cato stated, "I had a meeting with the      's where they said that      's glove went missing and suggested that it could have been stolen. The glove was later returned and when I spoke with the student that returned it I had him explain the situation directly to      . that the player who found the glove actually saw the glove in the same spot (under the couch) before it was claimed to be stolen.      . earlier had stated to me that he did not believe the player that found the glove had any reason not to be trusted or would steal his glove. It was at that point reasonably deduced that the glove was actually just misplaced rather than stolen."
- Did the      's ever approach you/bring anything to your attention?

14

- o Mr. Cato stated, "I have had several meetings with the            s since February 15th• During that time, we have discussed several different topics. They have brought things to my attention such as after the text was sent by Coach Alex they came to the school to tell me about how some players on the team were talking to other teammates to find out who sent the message."
- Did you have to approve the baseball line-up prior to Mr. Burchfield's removal?
  - o Mr. Cato stated, "I have not approved any baseball lineups for Coach Burchfield."
- After his removal, did you have approve the baseball line-up?
  - o Mr. Cato stated, "I did not approve the baseball line-up after Coach Burchfield was removed. The only thing I was asked to do by Ms. Grote was to get the lineup for her. I got the lineup from Coach Hinson and sent a copy of it to Ms. Grote and Dr. Butz."
- If so, who directed you to do so?
  - o Mr. Cato stated, "Ms Grote said that she had asked for the lineup multiple times and still had not seen it. She asked me if I could get it for her."
- Did you approve the baseball line-up the night of the walkout at Terry Park?
  - o Mr. Cato stated, "I did not approve the line-up I just got a copy from Coach Hinson and sent it as directed"
- Why you called the        's and          's to inform them to be at Terry Park at S:30pm? Did you call any other parents/players and inform them of this?
  - o Mr. Cato stated, "I was called by Mr.        earlier that day and he asked if        was allowed to miss the batting practice prior to the game and hit on his own. I called him back with Ms Grote and Ms Bernard after discussing it with admin and Mr. LaRosa and it was decided that he did not have to hit if he did not want to, but he still had to report at the same time as the rest of the team. I did not call any other parents as I only received a call from Mr.        concerning        ."
- Did you have any knowledge of the walkout prior to it occurring at Terry Park?
  - o Mr. Cato stated, "I did not know that the players were going to conduct the walkout prior to the game."
- Have there ever been conversations/discussions about a walkout prior to the Terry Park incident? Any and all information that is relevant regarding this matter, please include. Please provide ASAP. Thank you for your assistance with this matter.
  - o Mr. Cato stated, "There were rumors of a protest by the players that began around the time of the Estero game on March 9th•

15

The only time I can remember any team member or parent has said to me that there would be a walkout was by Mr. _____ and _____ Following the Port Charlotte game Mr. _____ approached me very upset that his son did not play and _____ played the entire game. They said something about no one will be showing up at the next game. The next game was the Estero game on March 9th, but to my knowledge everyone showed up and there was not a walkout at that game. These rumors continued throughout the season without incident. After coach Burchfield was released I did voice concerns of a possible walkout to administration and Mr. LaRosa leading up to the game and asked for support at the game that night as it was a very volatile situation."

April 6, 2023 - Baseball game walk out. - Steven Cato

- Mr. Cato stated, "I walked into Terry Park around 7 pm with SRO Mike Perry. We were directed toward field 2 where the Varsity Fort Myers Baseball team was playing vs Estero. As we approached we saw FM team members walking out of the dugout. As the players were walking by I was asking them what was going on with little to no responses that I could understand. I then saw Mr. Dailey who was asking me to come with them and said 'you need to be a man and take a stand with us'. Then coach Hinson walked past me and I asked him 'where are you going?' His response was 'I am going with my guys.' I began to call our administrator Toni Knight as I knew she was in the dugout for tonight's game. She said something like 'They walked out... there's nothing we could do.' I had a couple brief interactions with some parents regarding not getting information and they want answers. Also, there were multiple people with their phones out recording the incident. I then called Justin Budmayr the AD at Riverdale as they were hosting the tournament. I saw Ms. Knight make her way over toward the crowd and then I met up with Mr. Budmayr by the dugout and we then entered the field. I saw _____ .. and _____ . in their batting helmets on the field and a couple players in the dugout with Coach Jones. One was . _____ . who also had a helmet on."
- Mr. Cato stated, "Me and Justin Budmayr went to talk to the umpire on the field to discuss the situation. It was determined that due to not having enough players to continue we needed to forfeit the game. The Estero head coach came over next with a couple of his assistant coaches. We discussed that we would not be able to play the game due to the actions of players on our team. I apologized on behalf of Fort Myers High School to the Estero coaches, players, and spectators and let them know that this had nothing to do with them and this is a Fort Myers issue. As this was

16

going on I was calling Dr. Butz and Mr. LaRosa to try and get guidance and deliver information. I was able to get Dr. Butz on the phone as I was still on the field. I tried explaining the situation to him as best I could. At that time, I noticed that we still had players and parents congregating behind home plate in the bleachers. Some people began raising their voices towards each other. At that time Officer Perry began blowing his whistle and was directing people to leave the area. I walked over to the area some people began leaving while other remained and still engaged in verbal disputes. Finally, everyone cleared the bleacher area and dispersed to the parking lot where many of the parents, players, and some spectators remained for a while until it began to rain heavy enough that most had left for cover. A few people remained that were again asked to leave and they did comply when asked without further incident."

Coaches who left during the game:

- Rob Hinson - Confirmed Cato Chris Chappel - most likely
- Andrew Dailey (volunteer) - unsure Max Flemming (volunteer) - unsure Aiden Donovan (volunteer) - unsure

Players who left during the games:

- Confirmed Cato
- Confirmed video
- Confirmed video
- Confirmed video
- Confirmed Coach Jones
- Confirmed Video
- Most likely video

Managers who left during the game:

- Confirmed video
- Unsure

Players who stayed during the game:

- Confirmed Cato
- Confirmed Cato
- Confirmed Cato
- Confirmed Video
- Most likely

Uncomfirmed by lineup card:

**05/03/2023, Statement,        , 12th Grade Student, Fort Myers High School (Pages 18-25):**

17

**Note:** Fernando Vazquez (Director, Professional Standards, Lee County School District) wrote .      .'s statement as he dictated.      's Mom, .       , was present in a phone conference for the interview (          .      ⌐ ) at 11:52 am). Statement was read back to      , Mom was on phone, and .      . signed to authenticate it.

- stated, "12th grade, 1st, 3rd on team position. All 4yrs at FMHS. Coach Burchfield was the coach. 9th JV, 10th JV/V, 11th and 12th Varsity."
- Terry Park- 04/06/2023 Walkout
- reported that school ends,      at school go home, and then head to Terry Park.
- . stated, "Drove myself to Terry Park. JV game still going on. Sat at stadium in stands to watch JV team. Me,      ,      .,      '.,      ..,      ., .,      ,      ., .      Everyone but the freshman and      .      . was standing on the other side with his parents, and in stands with team.
- Conversation –      stated, "      ,      .,      .,      . asked me are you gonna (sic) walk. I said I haven't made up my mind yet."
- Everyone kind of heard the conversation.      . probably only one that didn't hear.      ⌐. behind us while in stands. Other than      ., majority of players knew of walkout. Previous night on call, during the day, after school.
- not aware along with      was because we don't talk to them because they distance themselves from us. Except '      . Only time I communicate w/ him is when we are on the field. I'm actually good with

- After JV game done, walked to other field where we were going to play vs Estero. Everyone puts stuff in dugout. Team stretch and warm-up like normal. Couple kids-      and '      . and ı      . say why warm-up if we gonna (sic) walkout or were not going to play.      . as well. Still,      . and      . didn't know anything probably nothing.
- Coach Jones, was      , Coach Hinson, Coach Daly, and another JV asst coach. Coach Chappell (sic) there. Ms. Knight was in dugout.
- Went back to dugout. We were away team, we hit.
- First 3 batters get helmets to get ready
- Who makes lineup- Coach Burchfield. That day Coach Hinson.
- Typically lead off is (sic) 9th or      .      . typically bats #2. This day      . was lead off. On most days his usually 7th/8th (sic) or player. Why lead off- It's his call (Hinson) Mom- Roster and normal lineup. Boys were pulled back to JV 5-6 pulled back. Mom-      ı real active with team so…like they were trying to keep from him.
- . .. goes out to bat, once 1st pitch is thrown,      and '      start (sic) bags and coach Hinson follows. No one said anything. Coach Hinson knew of walkout. Coach Hinson is the one that recommended it. Other players started to follow. The ones stayed back:      ı.,      ⌐ ''/., ı      .,      ., ⌐. Left:      ., ·      ·., ı      ., ı      .. (dugout) play JV that day,      ., ı      .,      ·

18

(not sure),   _.,    !.,    (jv not part of it)    . (Not make team) O.K. (not part jv).

- Coach Hinson recommended on 04/05/2023 right before around 7pm he called    .,    .,    . (the seniors) and basically told us we have (sic) group to play tomorrow. 5 freshmen on JV. He was saying that if us 3 Seniors walked out we wouldn't have enough to play. I was on the fence on the call and next day, I was trying to understand logic and the reasoning for the walkout. Coach Hinson told us he wouldn't leave us to dry if one of us walked out so would he.
- 's mother,    , stated,"I called Coach Jones and told him 3 were gonna (sic) walk out. 3 boys for sure were gonna (sic) walkout and parents knew it. I had spoken to    's mom and dad and they said he was gonna (sic). Coach Hinson called me, along with 3 senior parents to inform. I told him I do not agree with it. I don't see purpose. .    committed to play college ball. Told him as a parent to find your kid walking, it's hard."
- Mom- Talk about repercussion for    Hinson said he would (sic) happen to them. Day of walkout I text Coach Jones and he called me. Talked about walkout. Told him I knew for sure 3 were walking, I spoke to parents. Asked Coach Jones to talk to    because    .. plays basketball. Mom- When talking to Jones, Cato called through. Jones called me back and told me that he told Cato, A/D that the boys were gonna (sic) walk. Mom-Talked to Dr. Butz day after, that I was embarrassed and sad due the action of coach and admin knew and didn't stop it. Butz said he had heard throughout season of walk. I called BS on that because there was knowledge they were gonna (sic) do it.
- Walkout happens, I know a lot of the guys on Estero's team so ones left in dugout and Coach Jones went and shook hands with other team. From there I was talking to Estero kids, apologizing and catching up.
- Packed my stuff up and walked out dugout went to Estero fan section. Just kept talking to Estero kids trying to stay neutral.
- Coach Hinson didn't mention Coach Burchfield in this. During call Hinson said about (sic) `    `:. as lead off and pitch. Funny because his parents and him complaining about him not playing. He (    .) told Mr. Burchfield (sic) like him and (sic) play him. "(sic) be funny to put him as lead off pitch that game" (Hinson).    :. was supposed to pitch that night, something happened and dad called school and said he was not ready to pitch.
-    mom- throwing F bombs at parents and then back away.    . dad videotaped. '    `. and `    (sic) thoughts/verbal altercation and harmful explaining both point of view.    has a loud voice so    mom thought he yelling at `    `.
-    trying to calm `    ` down;    . mom and dad yelling at each other.
- By then (sic) time    ' (dad) saying something to `    `    ... exchanging words.
- Cop there try to de-escalate situation.
- People continue to exchange words and then people eventually leave.

19

- Cato and Ms. Knight were not answering anyone or doing anything with this situation. Did nothing to help situation, just bystanders at this point. Coach Jones too.
- Coach Hinson left he wasn't involved in this. He packed up stuff and left.
- They thought more beneficial statement to show up and walkout in front of admin and team. Than to show up at all. Hinson, ' . and       people (sic) on phone previous night.
- Brought up to rest of team through talk. Couldn't get me on board so talked to    about it, the walkout. These are the 3 that we knew for sure that were going to walkout.
- Mom- I know      and '    were gonna (sic) walkout. I spoke to      's parents and talk to     parent. Hinson told me they were going to walk. (   and    ). I didn't know    was going to walkout.    called me the day of and he was torn. Told    to tell    and    that he supports but makes no sense to do. Has to think about more than FMHS.
- Mom- Adults around all of this let boys down again.
- Mom- Hinson called          phone and wanted to speak and parents to let them know what he wanted to do. He called          phone to talk to me. 2 separate calls. One with players and one to my mom.
- The reason they told me they were walking out is because of not getting answers and our coach being released.
- They= Coach Hinson,       .,
- Mom-    and    (moms) "leave team on the field". Hinson called the 3 seniors, don't think he intended for others. I spoke to          and told her that Hinson called 3 seniors. Didn't try to leave anyone out. keeps himself out of equation and    '. on fence. Race issue.
- False statement that two kids left on field, others left on field as well.
- Coach Jones was in dugout, Hinson was HC that night (sic,    .).
- Mom,    was called at 11:52am, present for interview and present for statement when read back to    and he confirmed.

**Note:**    and    provided a statement to Mr. Vazquez. In their statement, they had no knowledge of a walk-out that occurred on 04/06/2023.

**05/03/2023, Statement,    , 9th Grade Student, Fort Myers High School (Pages 26-28)**

-    commented he had no knowledge of the walk-out.

**05/03/2023, Statement,    ., 11th Grade Student, Fort Myers High School (Pages 29-32)**

-    commented he had no knowledge of the walk-out.

**Note:**    . and    also provided statements to Mr. Vazquez.

20

**05/03/2023, Statement,        ., 11ᵗʰ Grade Student, Fort Myers High School
(Pages 33-36):**

- . stated, "I believe almost everyone on the team knew of the walkout, but only a few of us chose to do so."

**05/03/2023, Statement, ¸   ...., 11ᵗʰ Grade Student, Fort Myers High School
(Pages 37-42)**

- . commented to Mr. Vazquez that he was aware of a walkout. stated "    . made comment night before and told me about this.  I think he mentioned other players with regards to walkout."

**04/10/2023 and 05/31/2023, Statement, Keeth Jones, Teacher, Fort Myers
High School (Pages 43-46):**

04/10/2023

- Mr. Jones stated, "Here is my statement for the events of 4/6 at the baseball game.  As the game started and we were the visiting team. batted first, which I was informed that he never hit in that spot all season, I don't know if he made an out or reached base. I was talking to Mrs. Knight at the time of    . at bat.    batted next. During his 2ⁿᵈ or 3ʳᵈ pitch, a player, I do not know his name, walked by me and out of the dugout and said 'you didn't give us a reason, so I'm out'. The next person that passed by me and left was Coach Hinson, who said 'I'm out to'. As other players gathered their equipment and left the dugout, I went out onto the field and called time out and told the home umpire that we would have to forfeit the game. Oddly, the umpire seemed to not be surprised as to what was happening. When I returned to the dugout most of the players and coaches were gone."
- Mr. Jones stated, "The players that remained were       ,     ,     ,     , and    . There may have been a player that did not dress that stayed. The players that left and their parents congregated behind home plate outside the fence. There were words exchanged from the Estero coaches and our parents. After about 5-10 minutes, the parents remained in that area and I felt like they were waiting for something. As the      parents approached the other parents, words were exchanged and the SRO was summoned to break up the crowd. The parents soon left that area and gathered outside the entrance gate to the park and continued to exchange words. They finally left when it started to rain heavily and there was no cover.  Those are the events at the game.  Before I got to the game, I received a call from                   . She informed me that the players were talking about walking out at the game. She also told me that the previous evening she was included on a call to some of the parents and Coach Hinson. There was a discussion about walking out at the game. I

21

believe some of the parents in the call were the          's,      's, and one other parent."

05/31/2023

**Note:**  Fernando Vazquez (Director, Professional Standards, Lee County School District) sent an email to Keeth Jones on 06/03/2023. Mr. Vazquez stated, "Good afternoon- Thank you calling me and speaking with me on 05/31/2023 at 8:37am to discuss FMHS. Please see bullet points below. Please review and respond to this email acknowledging the information below is accurate. If necessary, please make any edits and/or add any additional information that is relevant regarding this matter. Your assistance is greatly appreciated.

- Mr. Jones stated, "I was the PE teacher, the Assistant AD, and the Boys Head Basketball Coach at FMHS"
- Mr. Jones stated, "I filled in as the Head Baseball Coach for one game; the game where there was a walkout"
- Mr. Jones stated, "A player walked out first then Coach Hinson walked out. Coach Hinson stated as he was walking out, '…never gave an answer and I'm out also.' I don't know the names of the players that walked out…I don't know them. Someone told me who it was but I don't remember who the first player was that walked out."
- Mr. Jones stated, "I had been informed by a parent at 3pm and we played at 5pm that there was going to be a walkout. The parent that called and told me of the walkout was ⌐              She called me because her son,       , played basketball for me. I was at home when she called me. After talking to her I called Cato."
- Mr. Jones stated, "I don't remember if she told anyone else. I told her I had heard the same thing through the grapevine. After she told me I called Coach Cato. He said if they walkout to let them go. I did not know if the walkout was definite."
- Mr. Jones stated, "Ms.        told me that there was a conference call with other parents. The        , her, 4-5 other parents, and Coach Hinson. They discussed walking out of the game. She said she put the phone speaker and there were other kids in the room (on the phone call)."
- Mr. Jones stated, "At no time did Coach Hinson tell me about the walkout."
- You stated, "Cato did not say he would let admin know. I don't know what he did after I talked to him. I told Cato because chain of command. He said if they decide to walk to let them go."
- Mr. Jones stated, "The line-up (that game/the walkout) was made by Coach Hinson. He told me that the starting pitcher would be        and would was also be batting lead-off. I had heard that        was not very good so I asked about him leading off and Hinson said ne (    .) was hitting the ball well the last couple of games. I had no reason to think anything was strange."
- Mr. Jones stated, "No kids came to me and told me about the walkout."

22

- Mr. Jones stated, "I have not spoken to Coach Burchfield. I did not have a conversation with him about the line-up."

**Note:**  Mr. Jones replied by email to Mr. Vazquez on 06/05/2023.

- Mr. Jones stated, "Only a couple of things were mistaken. Mrs. told me on the phone that 'they were talking about walking out' nothing definite. Lastly, the first player that walked out said 'they never gave us a reason' Coach Hinson said 'I'm out of here' when he left the dugout. I probably misspoke when I talked to you. Everything else is correct."

**04/08/2023, Statement, '          and ⁻                  ._, Parents of ·   {. (Page 47):**

**Note:**          and                    _ sent an email to various people in the Lee County School District to include Dr. Christopher Bernier, Superintendent, Lee County School District.

- Mr. and Ms.       _ stated, "Hello. Due to the recent disgusting display by coaches/students of the Fort Myers high school baseball team on 4/6/23, the phone conversation at 3pm that I had should be documented in writing. At 3pm on 4/6/23, I received a phone call from Steven Cato. He explained that      and   . must be at Terry Park by 530pm like the rest of the team at the cages ready to hit. I expressed my heavy concern having our son       around Mr. Hinson due to Mr. Hinson's recent actions of fabricating a story during school hours with intentions to punish my son
. (a minor, and student/baseball player at the school). Ms. Grote on the call said she received the final word from the district in a text at I believe she said at 1:50pm, that Mr. Hinson will coach the team. I said even though the school has incriminating evidence against him? Ms. Grote said unfortunately yes. Mr. Cato said that there would be a school resource officer and police presence at the game. I stated verbally to all the school staff that were on that phone call that I would like that call on the record. My wife and I began making plans to take additional time off from work to be sure we were at Terry Park by 5pm to protect our son. Please note
. and      were at Terry Park by 511pm (life360 service support) on 4/6/23 and NO coaches/players ever appeared at the cages to meet or hit at 530pm like Mr. Cato indicated."
- Mr. and Ms.    _ stated, "Once again,      was intentionally, maliciously, & racially targeted by coaches, students, & school staff.      . was the victim again along with      ·., the two (2) boys with dark skin on the varsity team. The angry mob that formed at the beginning of the game and during the events was shocking. The angry mob of Fort Myers high school parents and students warranted a police escort for my family to safely get to our vehicles. And, to think we came to Fort Myers high school for diversity! How are the school district, and high school going to protect our

23

son       . when he returns to school next week, at prom, as well as grad bash, & other school functions?"

**05/02/2023, Statement,      .                    Parent, Fort Myers High School (Pages 48-50):**

**Note:**           .           sent an email to Dr. Robert Butz on 05/02/2023.

- Ms. ⦙        stated, "Hello Dr. Butz, I hope all is well. I did not receive the email you sent out as for some reason, some emails from the school do not come through on my business email. This is my personal email. I only know from Marc Lorenz's response. I honestly thought this was all behind us or at least till the investigation is over. I am only interested at this point in getting my children graduated. I have stopped talking about this entire incident as it was a terrible experience for my son and my family for his senior year. I do not want to have to bring this up again to him as we are near the end of his senior year and only want to have a positive ending. As per our meeting, I expressed our feelings about the entire situation and how it was handled in our own opinion. The walk-out was done silently and it doesn't matter, at this point, who said what and did what. If Mr. Vazquez needs to speak to my son, he will need to contact me directly. Thank you"

**Note:** Mr. Vazquez sent an email to Ms.        on 05/13/2023.
- Mr. Vazquez stated, "Good afternoon Ms.        · My name is Fernando Vazquez and I am the Director of Professional Standards for the District. My office is investigating the walkout that occurred at Terry park with the FMHS Baseball Team. I would like the opportunity to interview your son regarding this event. You are more than welcome to be present for the interview. Please give me a call to discuss this matter and my request. You and your son's assistance with this matter is greatly appreciated. I look forward to hearing from you. Thank you for your time."

**Note:** At the time of this report being written, Ms.        has not responded to Mr. Vazquez's email.

**05/19/2023, Statement,                           Parent, Fort Myers High School (Pages 51-54):**

**Note:** Fernando Vazquez (Director, Professional Standards, Lee County School District) sent an email to                        on 05/13/2023. Mr. Vazquez stated, "Good afternoon Mr.                - Thank you for taking my call and speaking with me on 05/11/2023 at approximately 5:54pm; our call ended at approximately 6:18pm. The purpose of my call was to request the opportunity to interview your son, ⦙  ⦙., you may be present, regarding the walkout that occurred at the baseball game at Terry Park."

24

- o Mr.              declined the interview.
- o Mr.              stated, "the walkout was on behalf of Coach Burchfield due (sic) his termination and that no information had been given with regards to his removal/no longer leading the baseball program."
- o Mr.              stated, "he and his son discussed the walkout."
- o Mr.              stated, "unless the interview had to do with the removal of Dr. Butz and Mr. Cato, there was no need for the interview."
- o Mr.              stated, "the only thing that had been done right was the release of Coach Alex."

Mr. Vazquez stated, "my focus is with regards to the night of the walkout. I have some specific questions for your son. Again, you are more than welcome to be present for the interview. In order for things to get addressed/handled moving forward, I am in need of information that will assist in that to occur hence the desire to interview your son. Please respond back to this email indicating whether or not I will be able to interview your son. You and your son's assistance with this matter is greatly appreciated. Thank you for your time and I look forward to hearing back from you."

**Note:** Mr.           replied to Mr. Vazquez on 05/19/2023.

- Mr.            stated, "Mr. Vazquez, After our conversation, I had a follow up conversation with    . Given the narrow and short sited scope of this investigation, we are respectfully declining to participate. IF the his (sic) investigation is solely focused on the lowest levels, then it's is (sic) a failed and deeply flawed investigation. You may disagree, and that is your right. Still makes this investigation 100% wrong. Butz and Cato failed miserably in this saga, they failed in leadership, they failed in protecting the kids, they failed in telling the truth, they failed in leading the parents through this Issue, they failed in stopping abusive behavior. They failed."
- Mr.            stated, "When my son is threatened, called the N word, and my son is the ONE who had a consequence, I call that failed leadership. So (sic) when we have a coach removed with no reason given, our season was over. His senior season, his baseball career-over. All because of pathetic leadership from Butz and Cato, resulting in My (sic) son, again punished and suspended for 6 games, by the pathetic and weak Butz and Cato. And this investigation is targeting coaches? No (sic) having it, not participating as the truth in this situation is second to leadership covering their butts and protecting their jobs. A disgusted parent,                 "

**04/10/2023, Statement, Christopher Chappell, Athletic Coach, Fort Myers High School (Page 55):**

25

- Mr. Chappell stated, "On Thursday, April 6, 2023, my JV Team played in the stadium at Terry Park. Our game started at 4 pm and ended around 6pm. We received our trophy and took team pictures. After speaking to the JV players, I took the trophy, balls and other gear to my vehicle in the parking lot. Since I told Coach Hinson I would assist him in coaching the Varsity game that night, I went back up to the field. The game was just getting ready to start so I grabbed my helmet and went to first base. After the first out, one of the Estero players who was sitting on their bench closest to where I was standing at first base, mentioned that it looked like we were going to have a glorified scrimmage. Another player commented that he couldn't believe that he had driven all the way to the field for this. Yet another player said something to the effect of 'seven players just walked out of their dugout.' I was still standing at first base. The Estero head coach came out of the dugout and headed towards home plate. While he was doing so, he was hollering at the players and the parents that 'it is all about politics over there at Fort Myers.' I told him that he didn't need to be saying anything and asked him to just be quiet. I then went back to our dugout. Coach Jones informed me that he advised the umpires that we forfeited the game. One of the player       , walked over to me and said 'I am so confused, what just happened?' I told him it 'looked like some of your teammates didn't want to play tonight.' Once Coach Jones told me the game was forfeited, I asked if he wanted me to grab the baseballs. I do not recall who else was still in the dugout. I grabbed the bucket of baseballs, and my gear, and walked through the crowd straight to my car and left the park."

**04/15/2023, Statement, Robert Hinson, Teacher/Baseball Coach, Fort Myers High School (Page 56):**

**Note:** Mr. Vazquez sent an email to Mr. Hinson. Good evening Mr. Hinson-Thank you for taking my call on 04/11/2023 at 8:24am; present for the call was Mr. David Eaton, Coordinator, Professional Standards. Please see bullet points below and verify the information is accurate. If any edits need to be made or if you would like to provide any additional information that is relevant to this situation, please feel free to do so in your response. If you have any questions or if I can be of any assistance, please feel free to contact me. Thank you for your time.

- After reading you the letter and the allegations, Mr. Hinson was asked if he knew what this was about to which he stated, "I have no idea what this is about. This is all new to me. I need to process this and maybe get consultation."
- When asked if Mr. Hinson would like to provide a statement, Mr. Hinson stated, "I prefer to wait...I would like to see the letter...consultation with my TALC rep."

26

- Mr. Hinson was informed that he was not entitled to TALC representation as the matter that is being investigated occurred prior to him becoming a dues paying member
- Mr. Hinson was asked how he knew to contact the Office of Professional Standards, he stated, "…your voicemail and you left me an email."
- Mr. Vazquez asked why Mr. Hinson was on campus, Mr. Hinson stated, "That's where I saw your email. I signed in and left. I checked my email and voice message and then left."

**Emails (Pages 57-100)**

**Media/Text Information (Pages 101-121)**

**Title VI (Page 122)**

**Prior Discipline/Arrests (Pages 123-126):**

**Note:** Mr. Hinson was an employee of the district at the time of his arrests; no documentation that these arrests were investigated by The Lee County School District.

- 05/25/2002 – DUI – Statute 316.193
  - Disposition:  08/1/2002 Nolle Prossed
- 02/13/1999 – Assault (Domestic Violence) Statute:  784.011 – Misdemeanor – Second Degree
  - Disposition: 11/04/1999 No Information

**Rule 6A-10.081, Florida Administrative Code, Principles of Professional Conduct for Education Profession in Florida (Pages 127-130)**

**TALC Article 6- Working Conditions (Pages 131-134)**

**Board Policy 1.28, Ethics in Education (Pages 135-139)**

**Board Policy 2.02, Civility- Conduct of Parents/Guardians, Visitors, and Staff (Pages 140-141)**

**Board Policy 5.02, General Requirements for Appointment or Employment (Pages 142-144)**

**Board Policy 5.26, Professional Standards (Page 145)**

**Job Description, Teacher, Classroom (Pages 146-148)**

**2021-2022 School Year Final Performance Assessment (Pages 149-154)**

27

Respectfully Submitted,

_David W. Eaton_ Date _13 July 2023_

David W. Eaton

School District of Lee County

## Vazquez, Fernando

| | |
|---|---|
| **From:** | Burchfield, Kyle |
| **Sent:** | Thursday, April 27, 2023 10:15 AM |
| **To:** | Vazquez, Fernando |
| **Cc:** | Butz, Dr. Robert; Grote, Darya |
| **Subject:** | Re: Statement |
| **Attachments:** | 2-16        &        phone calls.pdf; 2-17 Dee email.pdf; 2-24 Additional Rules.pdf; 2-27 Seeking help about parents. No repsonse.pdf; 3-2        cornering Hinson 2nd time.pdf; 3-5        N-word Naples.pdf; 3-7        Suspension Naples.pdf; 3-16        2nd N-word.pdf; 3-31        skipping practice.pdf; 4-11 Statement to Butz.pdf; IMG_4318.PNG; IMG_4319.PNG |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Vazquez,

Sorry this has taken a while to get back. A lot of things have happened to me this week. Now one of my travel teams that I coach has broken up and ended with still 2 months to go. I stated to you in the phone meeting that this situation can seriously damage my baseball reputation and earnings as a coach. The accusations against me has been affecting my family's life and is already impacting my baseball career outside of Fort Myers.

As a follow up to our phone meeting on 04/13/2023 at 9:30am and a response to the meeting minutes you presented to me on April 22, 2023 you will find below a general statement that summarizes the current situation along with feedback on some of your points.

### General Statement

It is quite unfortunate how the entire season unfolded.  Due to the early season issue that occurred on February 14th with Coach Carcioppolo I feel like my hands have been tied to positively impact the players on the team.  After the February 14th issue the district pretty much has been in charge with very little communication to me as to what was occurring in the background.  Under no situation is racism ever permitted and when the        family sent a letter to all the other parents on the team about racism and then their own son              dropped the N word twice , with very little to no consequences, it created a caustic environment showing the team there are no consequences to breaking the rules.  The district tied my hands throughout the balance of the season.

1. You stated that you have been at Ft. Myers High School as a teacher and baseball coach for four (4) years
2. You stated that Mr. Robert Hinson is the assistant baseball coach and he has been your assistant for four (4) years
3. When asked who makes the line-up, you stated, "I and Hinson do."
4. You stated, "Naples game, where        . threw his helmet, bat, said the N-word, threatened to beat someone up, this was witnessed by everyone, that game I made line-up.        was not there because he was sick. His (      ) his dad texted letting me know he was sick. I had to change the line-up. After the game, next game had to check with Cato."
   - In a mentoring spirit I provided guidance to        i during that game after a strikeout telling him he needs to calm down and control his emotions.
5. You stated, "I had to get approval (for the line-up) because of what happened at Naples. Downtown said I had to start. Cato double checked to make sure        was in there. Could not punish in anyway. There could be no punishment until the investigation was over. March 5th and still no one has received discipline."

1

## Vazquez, Fernando

| | |
|---|---|
| **From:** | Burchfield, Kyle |
| **Sent:** | Thursday, April 27, 2023 10:15 AM |
| **To:** | Vazquez, Fernando |
| **Cc:** | Butz, Dr. Robert; Grote, Darya |
| **Subject:** | Re: Statement |
| **Attachments:** | 2-16 & phone calls.pdf; 2-17 Dee email.pdf; 2-24 Additional Rules.pdf; 2-27 Seeking help about parents. No repsonse.pdf; 3-2 cornering Hinson 2nd time.pdf; 3-5 N-word Naples.pdf; 3-7 Suspension Naples.pdf; 3-16 2nd N-word.pdf; 3-31 skipping practice.pdf; 4-11 Statement to Butz.pdf; IMG_4318.PNG; IMG_4319.PNG |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Vazquez,

Sorry this has taken a while to get back. A lot of things have happened to me this week. Now one of my travel teams that I coach has broken up and ended with still 2 months to go. I stated to you in the phone meeting that this situation can seriously damage my baseball reputation and earnings as a coach. The accusations against me has been affecting my family's life and is already impacting my baseball career outside of Fort Myers.

As a follow up to our phone meeting on 04/13/2023 at 9:30am and a response to the meeting minutes you presented to me on April 22, 2023 you will find below a general statement that summarizes the current situation along with feedback on some of your points.

### General Statement

It is quite unfortunate how the entire season unfolded. Due to the early season issue that occurred on February 14th with Coach Carcioppolo I feel like my hands have been tied to positively impact the players on the team. After the February 14th issue the district pretty much has been in charge with very little communication to me as to what was occurring in the background. Under no situation is racism ever permitted and when the        family sent a letter to all the other parents on the team about racism and then their own son         dropped the N word twice, with very little to no consequences, it created a caustic environment showing the team there are no consequences to breaking the rules. The district tied my hands throughout the balance of the season.

1. You stated that you have been at Ft. Myers High School as a teacher and baseball coach for four (4) years
2. You stated that Mr. Robert Hinson is the assistant baseball coach and he has been your assistant for four (4) years
3. When asked who makes the line-up, you stated, "I and Hinson do."
4. You stated, "Naples game, where        threw his helmet, bat, said the N-word, threatened to beat someone up, this was witnessed by everyone, that game I made line-up.        was not there because he was sick. His (    ) his dad texted letting me know he was sick. I had to change the line-up. After the game, next game had to check with Cato."
   - In a mentoring spirit I provided guidance to        during that game after a strikeout telling him he needs to calm down and control his emotions.
5. You stated, "I had to get approval (for the line-up) because of what happened at Naples. Downtown said I had to start. Cato double checked to make sure        was in there. Could not punish in anyway. There could be no punishment until the investigation was over. March 5th and still no one has received discipline."

1

- I was instructed by Chuck Bradley that I had to start           in his normal position and hitting spot until investigation is over.

6. When asked if you had any conversations with parents, students, coaches, administration about the walkout, you stated, "Not prior. I was told often of the potential. That night I was at Mighty Muscle game. My phone was going off. Lots of people upset…I was getting text and phone calls. I talked to 1 – 2 parents briefly. I don't recall the parents."
   - I had no prior knowledge of any walkout and or the possibility of a walkout.
7. You stated that when you were removed, you were told not to talk about the investigation and not to discuss anything with Coach Hinson.
   - I was told not to tell Hinson or any of the boys I was removed until they were informed by the administration.
   - As I have no details about the investigation I did not discuss with the other Coaches.
8. You stated, "Prior to my removal there was lots of conflict with parents. Mostly the        's and a little with the         , primarily with the        's. They (the        's) never came to me. I found out about the issues/ problems but the never came to me. I guess they went to the District. I'm clueless."
9. You stated, "I have known them (        s) for seven (7) years. My sister taught him when he was in 7th grade. I have given Tate over 100 lessons. I have helped with college and summer baseball. Even through COVID I helped. I have helped in different ways. This is 100% out of the blue. Last year there were no issues with the         's or        s. I have known the        s for seven (7) years as well. There was no issues/concerns whatsoever."
   - My sister taught him when he was in 5th grade. I have known the        s for 8 to 9 years.        even attended my wedding in 2017.
10. You stated that Coach Alex, coached last year, 2021 – 2022, there was an incident with                (11th grade African American),                (Caucasian);          said the N-word.
    -          accused        of saying the N-word.
11. You stated, "When it was brought to my attention I talked to both of the boys. I intervened and it never happened again."
12. You stated that in January of 2023        mother and grandmother brought to your attention a matter that occurred in the fall of 2022; you stated that you told them that it was not baseball and it was out of your control.
    - The matter was in another teacher's class back in August or September. Even        didn't remember exactly when.
13. You stated, "I think, don't quote me, admin did let me know and I stepped in. I think Kelly B, not sure, brought it to me. JV Coach, I believe Chris Chappell, even discussed it with the players as well." This was back from the Spring 2022.
14. You stated that Chris Chappell has been coaching with you for four (4) years.
15. You reported that        played football and this year you had a discussion with him in January of 2023 about football and baseball; he wanted to play football only; he did not play baseball this year
16. You stated, "Two (2) days later there was a meeting. Grandmother and mother met with me, Butz, Toni (Washington Knight) and        . I told everyone whatever he want to do it's his choice. He (        ) never tried out (for baseball)."
17. With regards to the line-up, you stated, "It's usually me and Hinson. I have last call. 51% me and 49% Hinson."
18. You stated, "        is 1-3 in line-up, it varies. The line-up changes depending kids moving up from JV. Almost always 1-4, most consistent hitters."
19. With regards to        , you stated, "…bats anywhere from 6-8 because of his speed, he's very slow. He doesn't have the best baseball IQ. When he is on base he gets picked off…he get's signs wrong. It costs us wins."
20. With regards to the situation with        in the hallway, you stated, "Coach Hinson, Coach Cato, and two (2) other teachers were in the hallway. Palmer and I don't know the other, it was definitely four (4) adults.        was walking and Cato said hi.        didn't say anything, he completely did not acknowledge…he blew him off. Teacher points what's up with that kid. Others asked. That's bad that he ignored the AD…no acknowledgement."
21. When asked if you had seen the video, you stated, "No."

2

22. You stated, "...because of that he (     ) did not start the game. There were a couple of other times when he did not start because of disrespect, skipping practice, etc."
23. When asked if you ever articulated this to '      's parents, you stated, "Never with the parents. I articulated this to '     . I pulled him to the side and explained." The parents never came to me at any point in the season about playing time or concerns.
    - They never discussed with me and from my understanding it was never discussed with the administration, they went straight to the county about playing time. I don't have full knowledge on this issue it is just what I was being told by the administration.
24. With regards to the line-up for the game at Terry Park, you stated, "I believe Hinson made the line-up and Cato approved it. I had nothing to do with it, it was a Thursday nightgame."
25. When asked if you and Hinson met up at the Edison restaurant on Wednesday, the day before the game at Terry Park, you stated, "Yes... there was no discussion of the line-up or the investigation. Hinson never brought up the line-up."
    - I had just been suspended without reason from a passion of mine. I wanted to get my mind off baseball.
26. When asked why he would start        leadoff, if he batted 6-8, you stated, "Probably because of the political pressure...scared of something happening next. Scared in that position...problems again."
27. Regarding the four (4) players being sent down to JV, you stated, "That's nothing new. Prior to Thursday, they had been brought down to JV. .        .,      ,        ,          ;. We did send messages during the season about moves. Either Hinson or Chappell would have communicated this. We even had to send 11th grader down to JV because there was not enough kids."
    - We sent multiple freshmen, sophomores, and juniors down to JV the majority of the games due to injuries and low numbers.
28. With regards to the walkout, you stated, "I was not aware. Early in the year Cato came to me about a walkout. It was the first time I had heard about this. It was after the Naples game because there was no discipline. The second time I heard about a walkout, not sure. Maybe the Coach Alex incident...maybe preseason. I was not told about the walkout."
    - Your notes on this are not correct - the first walkout rumors were with the incident of Coach Alex and the 2nd was after :        J screamed the N-word and threatened a teammate and was never given consequences for it.
29. You stated, "There has been no guidance and representation. I feel I'm being blamed. I have sent multiple emails to admin about issues but nothing was addressed."
    - There has been no guidance and representation from the county. Dr. Butz has tried to help me guide through this storm on several occasions, but the county took over and was out of all of our hands.
    - Emails are attached.
30. Ms. Grote verified that your phone history on your phone only went to Friday, did not show the call history with parents from Thursday(Terry Park game)
31. How about text messages? Do you have text messages with parents, coaches, players with regards to the walkout?
    - I had no knowledge about a walk-out or the possibility of a walkout
    - I received the following text messages on Thursday at 7pm after the walkout and I will gladly share.
32. You stated that the            . told you about the boys walking out; afterwards I was told the boys walked out
33. You stated, "I had no idea. All I know is Hinson made the line-up and Cato approved it. Rob told me this."
    - Your notes on this are not correct - I stated "I do not recall who told me this. I do not remember."
34. You stated, "What' significant about moving the kids down to JV is that we were in the championship game. It would have been three (3) years in a row/3rd year winning the Riverdale Tournament."
    - Winning 3 years in a row has never happened in history of the tournament.
35. You stated, "I feel like I'm being targeted...my position, teaching and baseball. The stuff on the news is false...it's extremely lopsided. I'm getting calls from coaches in Georgia. I run a non-profit baseball team. I got a call from the head guy, he doesn't call people. This is complete slander which could cost me my baseball future."
36. You stated, "I saw the video of [         assuming the District found something. The kids at school won't talk to me. This is ruining my reputation. I taught at Dunbar, I never had one single incident and I coached there as well. This is all about playing time. Not the          ;, it's the        ;. He (     :) is the slowest outfielder, he has the

3

weakest arm, he's an ok hitter. He is going to play Division III baseball. There is no Division III baseball in Florida. A good high school team would beat a Division III school. I tried to help him with Division II schools, no school wanted him. I tried to help with travel teams, no travel team wanted him. He/they are upset about him not starting/playing every single game...they are using race as an excuse.            told me in my face, along with Cato and someone else, 'I know you are not racist. The problem is them not you. Has to do with the school and its history.' This was at the parent meeting after the Naples game. She (Ms.       ) sent a message that the N-word was not ok to use. That was the week that        said it. The meeting was with me, Mr.       , Ms.        , Cato, Kelly or Toni, I don't remember."       told me to my face in the school meeting on Monday 3/6 along with Cato and Britton, after the Naples game, she said to me "I for a fact that you are not racist. That you not the problem. There is a history with the school with racism."

37. You stated, "I told Dr. Butz before Spring Break." Not sure what I told Dr. Butz before spring break?
  • No context here ?? Not sure what this statement means.
38. You stated, "I had no issues with the       ; before. I helped and cared about this family."
  • I've never has issue with the       ; or the       . I have no idea where any of this started and why it involves me.

Kyle Burchfield
Head Baseball Coach
Fort Myers High
History Teacher



---

**From:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Sent:** Saturday, April 22, 2023 8:15 PM
**To:** Burchfield, Kyle <KyleAB@LeeSchools.net>
**Cc:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>; Grote, Darya <DaryaNG@LeeSchools.Net>
**Subject:** Statement

Good evening Mr. Burchfield- Thank you speaking with me, via a phone call, on 04/13/2023 at 9:30am. Present on the call was Dr. Butz and Ms. Grote. Please see bullet points below regarding the statement you provided me. Please respond back to this email verify the information below is accurate. Please make any edits/changes as necessary. Please feel free to add anything you feel is relevant regarding this situation. Your assistance with this matter is greatly appreciated. Thanks.

  • You stated that you have been at Ft. Myers High School as a teacher and baseball coach for four (4) years
  • You stated that Mr. Robert Hinson is the assistant baseball coach and he has been your assistant for four (4) years
  • When asked who makes the line-up, you stated, "I and Hinson do."
  • You stated, "Naples game, where         threw his helmet, bat, said the N-word, threatened to beat someone up, this was witnessed by everyone, that game I made line-up.        was not there because he was sick. His (      ) his dad texted letting me know he was sick. I had to change the line-up. After the game, next game had to check with Cato."

4

4

- You stated, "I had to get approval (for the line-up) because of what happened at Naples. Downtown said I had to start. Cato double checked to make sure _____ was in there. Could not punish in anyway. There could be no punishment until the investigation was over. March 5th and still no one has received discipline."
- When asked if you had any conversations with parents, students, coaches, administration about the walkout, you stated, "Not prior. I was told often of the potential. That night I was at Mighty Muscle game. My phone was going off. Lots of people upset...I was getting text and phone calls. I talked to 1 – 2 parents briefly. I don't recall the parents."
- You stated that when you were removed, you were told not to talk about the investigation and not to discuss anything with Coach Hinson
- You stated, "Prior to my removal there was lots of conflict with parents. Mostly the _____ ; and a little with the _____ s, primarily with the _____ They (the _____ ;) never came to me. I found out about the issues/problems but the never came to me. I guess they went to the District. I'm clueless."
- You stated, "I have known them ( _____ ;) for seven (7) years. My sister taught him when he was in 7th grade. I have given _____ over 100 lessons. I have helped with college and summer baseball. Even through COVID I helped. I have helped in different ways. This is 100% out of the blue. Last year there were no issues with the _____ ; or _____ . I have known the _____ for seven (7) years as well. There was no issues/concerns whatsoever."
- You stated that Coach Alex, coached last year, 2021 – 2022, there was an incident with _____ (11th grade African American), _____ (Caucasian); _____ said the N-word.
- You stated, "When it was brought to my attention I talked to both of the boys. I intervened and it never happened again."
- You stated that in January of 2023 _____ ' mother and grandmother brought to your attention a matter that occurred in the fall of 2022; you stated that you told them that it was not baseball and it was out of your control.
- You stated, "I think, don't quote me, admin did let me know and I stepped in. I think Kelly B, not sure, brought it to me. JV Coach, I believe Chris Chappell, even discussed it with the players as well."
- You stated that Chris Chappell has been coaching with you for four (4) years.
- You reported that _____ played football and this year you had a discussion with him in January of 2023 about football and baseball; he wanted to play football only; he did not play baseball this year
- You stated, "Two (2) days later there was a meeting. Grandmother and mother met with me, Butz, Toni (Washington Knight) and _____ I told everyone whatever he want to do it's his choice. He ( _____ ) never tried out (for baseball)."
- With regards to the line-up, you stated, "It's usually me and Hinson. I have last call. 51% me and 49% Hinson."
- You stated, ' _____ is 1-3 in line-up, it varies. The line-up changes depending kids moving up from JV. Almost always 1-4, most consistent hitters."
- With regards to _____ , you stated, "...bats anywhere from 6-8 because of his speed, he's very slow. He doesn't have the best baseball IQ. When he is on base he gets picked off...he get's signs wrong. It costs us wins."
- With regards to the situation with _____ ; in the hallway, you stated, "Coach Hinson, Coach Cato, and two (2) other teachers were in the hallway. Palmer and I don't know the other, it was definitely four (4) adults. _____ was walking and Cato said hi. _____ didn't say anything, he completely did not acknowledge...he blew him off. Teacher points what's up with that kid. Others asked. That's bad that he ignored the AD...no acknowledgement."
- When asked if you had seen the video, you stated, "No."
- You stated, "...because of that he ( _____ did not start the game. There were a couple of other times when he did not start because of disrespect, skipping practice, etc."
- When asked if you ever articulated this to _____ s parents, you stated, "Never with the parents. I articulated this to _____ . I pulled him to the side and explained."
- With regards to the line-up for the game at Terry Park, you stated, "I believe Hinson made the line-up and Cato approved it. I had nothing to do with it, it was a Thursday night game."
- When asked if you and Hinson met up at the Edison restaurant on Wednesday, the day before the game at Terry Park, you stated, "Yes...there was no discussion of the line-up or the investigation. Hinson never brought up the line-up."
- When asked why he would start _____ , leadoff, if he batted 6-8, you stated, "Probably because of the political pressure...scared of something happening next. Scared in that position...problems again."

5

- Regarding the four (4) players being sent down to JV, you stated, "That's nothing new. Prior to Thursday, they had been brought down to JV. ⌐          ,                          ⌐. We did send messages during the season about moves. Either Hinson or Chappell would have communicated this. We even had to send 11th grader down to JV because there was not enough kids."
- With regards to the walkout, you stated, "I was not aware. Early in the year Cato came to me about a walkout. It was the first time I had heard about this. It was after the Naples game because there was no discipline. The second time I heard about a walkout, not sure. Maybe the Coach Alex incident...maybe preseason. I was not told about the walkout."
- You stated, "There has been no guidance and representation. I feel I'm being blamed. I have sent multiple emails to admin about issues but nothing was addressed."
   - Please forward me the emails you sent to admin.
- Ms. Grote verified that your phone history on your phone only went to Friday, did not show the call history with parents from Thursday (Terry Park game)
   - How about text messages? Do you have text messages with parents, coaches, players with regards to the walkout?
- You stated that the          told you about the boys walking out; afterwards I was told the boys walked out
- You stated, "I had no idea. All I know is Hinson made the line-up and Cato approved it. Rob told me this."
- You stated, "What' significant about moving the kids down to JV is that we were in the championship game. It would have been three (3) years in a row/3rd year winning the Riverdale Tournament."
- You stated, "I feel like I'm being targeted...my position, teaching and baseball. The stuff on the news is false...it's extremely lopsided. I'm getting calls from coaches in Georgia. I run a non-profit baseball team. I got a call from the head guy, he doesn't call people. This is complete slander which could cost me my baseball future."
- You stated, "I saw the video of ˍ            assuming the District found something. The kids at school won't talk to me. This is ruining my reputation. I taught at Dunbar, I never had one single incident and I coached there as well. This is all about playing time. Not the ¨      s, it's the      's. He (       ) is the slowest outfielder, he has the weakest arm, he's an ok hitter. He is going to play Division III baseball. There is no Division III baseball in Florida. A good high school team would beat a Division III school. I tried to help him with Division II schools, no school wanted him. I tried to help with travel teams, no travel team wanted him. He/they are upset about him not starting/playing every single game...they are using race as an excuse.              told me in my face, along with Cato and someone else, 'I know you are not racist. The problem is them not you. Has to do with the school and its history.' This was at the parent meting after the Naples game. She (Ms.         ) sent a message that the N-word was not ok to use. That was the week that ⌐      said it. The meeting was with me, Mr.         , Ms.         , Cato, Kelly or Toni, I don't remember."
- You stated, "I told Dr. Butz before Spring Break."
- You stated, "I had no issues with the         s before. I helped and cared about this family."

## Fernando Vazquez, Jr.

### Director, Professional Standards

2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

**PERSONAL | PASSIONATE | PROGRESSIVE**

    

Link to Customer Service Survey

**Eaton, David**

| | |
|---|---|
| **From:** | Butz, Dr. Robert |
| **Sent:** | Monday, June 12, 2023 5:16 PM |
| **To:** | Vazquez, Fernando |
| **Subject:** | RE: FMHS Walkout |

Please find the answers listed below.

It is also important to note that we were instructed in a phone conference meeting with Mr. Dodig, Mr. Simmons, Mr. Bradley, and you that we had to be very limited in what we could share with the parents and players as Mr. Burchfield was being removed from his duties.

The following was what was approved by the group to say to both parents and players:

"Please be advised that at this time Mr. Burchfield has been removed from coaching."

Mr. Cato, Mrs. Grote, and I received heated emails and phone calls from parents, prior to the walkout, demanding to know why Coach Burchfield was removed. I attempted to send an email to the parents/players stating this:

"Thank you to those parents who have expressed their concerns with the current process. At this time Mr. Burchfield is being removed from his coaching duties as a result of information that has been brought forward. To ensure that the process of the Title VI investigation is done with fidelity he is relieved of his coaching duties pending the outcome of the investigation."

I asked for approval to send the email message above to set the parents/players at ease since many of them felt that Mr. Burchfield was being fired, however the email message was not approved.

During individual meetings with parents and players, after the walkout, the parents/players stated that the walkout occurred because the players did not know why Mr. Burchfield was released and they wanted their voice to be heard. When told that he was being relieved of his duties pending the outcome of the investigation the parents/players stated that if they had been told that information previously then the walkout would not have happened.

**From:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Sent:** Saturday, June 10, 2023 6:03 PM
**To:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>
**Subject:** FMHS Walkout

Good evening- I have a few questions with regards to the walkout that occurred:

- You were not present in town when this incident occurred, correct? Correct
- When were you informed of a potential walkout? We were informed for weeks prior to the actual walkout about the potential for a walkout. Most of the information that we received was based on rumors. Steve Cato shared with us that he heard rumors about the possibility of a walkout at 3 or 4 games prior to the walkout itself. I believe that it was shared with Misty Bernard for the April 4th game that there was a possibility of a walkout and for her to be vigilant if she heard anything as she was there, but nothing happened, and she did not hear or see anything. I do not recall hearing anything specific to the April 6th walkout.
  - By whom and what action was taken? What guidance was given as the principal? Please see previous answer.
- When were you told of the actual walkout? Steve Cato called me during the walkout.

1

- o By whom? Steve Cato
- Did you know before the night in question that there would be a walkout? No
  - o If so by whom?
- After the walkout, did anyone (admin, AD, coach, player, and/or parent) inform you that they were aware of the walkout prior to? Steve told me that Coach Jones was informed that there was the possibility of a walkout, and that he was told that by                    . I believe he told me this during the walkout itself.
  - o If so, who and what exactly was articulated? Please see the previous answer.

Any relevant information regarding this matter please include. Your assistance is greatly appreciated.

## Fernando Vazquez, Jr.
### Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

PERSONAL | PASSIONATE | PROGRESSIVE

Link to Customer Service Survey

2

𝓔

## Eaton, David

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Saturday, June 10, 2023 6:38 PM |
| **To:** | Washington-Knight, Toni |
| **Subject:** | RE: Please Call |

Good afternoon- Than you for taking my call on 06/07/2023 at 1:05pm. Please see bullet points below that summarize the statement you provided. Please respond back verifying the information is accurate. If necessary make any edits and/or add an additional information that is relevant regarding this matter. Your assistance is greatly appreciated.

- You stated that prior to the walkout, the night it occurred, you had no prior knowledge
- You stated, "Me, Ms. Grote, and Cato met that day around 12:30pm because K. Jones was coaching. Discussed the pan for him. We felt that we should cancel the game because....I don't remember. Dr. Butz said no to canceling the game, to move forward with K. Jones, Hinson, and Chappy as the coaches. We went ahead with the game."
- You stated, "I got there at a quarter to 6pm and I went to the dugout. I talked to Steve (Cato)..he was behind me."
- You stated, "The boys were in the dugout chatting...nothing seemed strange. I sat on the bench...nothing was said, there were no strange vibes. I saw K. Jones and went to talk to him. He said he already talked to the other team."
- You stated, "While there, I noticed a young man (player), who had come up to K. Jones, and he (player) said, '...since you all can't give me answers due to Coach Burchfield I'm not playing until I get answers.' K. Jones said ok. The kid (player) left out the gate. I told K. Jones we are not going to chase him, he can leave. We will deal with it when we get back to school...I need to let Steve (Cato) know."
- You stated, "I was frustrated, I went to sit down and kids were packing up. I looked at one of the boys,            (have an excellent relationship with) and I said, '...we going to another dugout?' and he looked at me and smirked. They started to walkout. I don't know when Hinson walked out."
- You stated, "I looked at the field and I see two (2) boys on the field.         (was on the field) came to me and asked what was happening and he started to question the boys. I could hear the parents clapping. This was so selfish...an injustice for the kids. The ones left on the field were         _  , and                          .'
- You stated, "         and          were upset and were questioning. I said not to say a word...don't get caught up in this. I was trying to protect the two (2) boys. Parent,             , came up and I told her not to let her kid get involved and not to say anything."
- You stated, "Throughout the whole process I tried to stay unbiased. I kept relationships with lots of the players up until that moment. I look at the kids differently...those that walked out. I also look at the ones who stayed back differently."
- You stated that there was a phone conversation with: you, Cato, Jones, Grote, Butz, Kelly B, and you weren't sure if Bernard was on the call
- You stated, "I said this is just sickening. Parents applauding kids for whatever reason when the kids walked out."
- You stated, "Prior to arrival for the game, I did not hear of a walkout. If I had heard I would have requested for the game to be canceled."
- You stated, "...this was planned...to walkout in front of other schools at a tournament, this was planned."

## Fernando Vazquez, Jr.
**Director, Professional Standards**
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507

1

fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**
| **PASSIONATE** | **PROGRESSIVE**


Link to Customer Service Survey

**From:** Washington-Knight, Toni <ToniWK@LeeSchools.net>
**Sent:** Tuesday, June 6, 2023 6:53 AM
**To:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Subject:** Re: Please Call

Good morning what is a good time to call you?

Get Outlook for iOS

---

**From:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Sent:** Monday, June 5, 2023 8:06:48 PM
**To:** Washington-Knight, Toni <ToniWK@LeeSchools.net>
**Subject:** Please Call

Good evening- Please give me a call tomorrow as I need to follow-up with you regarding a matter. Thanks and I look forward talking with you.

# Fernando Vazquez, Jr.

**Director, Professional Standards**
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**
| **PASSIONATE** | **PROGRESSIVE**


Link to Customer Service Survey

2

10

## Eaton, David

| | |
|---|---|
| **From:** | Grote, Darya |
| **Sent:** | Monday, June 12, 2023 9:33 AM |
| **To:** | Vazquez, Fernando |
| **Subject:** | RE: Statement |

**From:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Sent:** Saturday, June 10, 2023 7:32 PM
**To:** Grote, Darya <DaryaNG@LeeSchools.Net>
**Subject:** Statement

Good evening- Thank you for taking my call on 06/08/2023 at 5:01pm. Please see bullet points below that summarize the statement you provided. Please respond back verifying the information is accurate. If necessary make any edits and/or add an additional information that is relevant regarding this matter. Your assistance is greatly appreciated.

- With regards to the walkout, you stated, "I found out by text after walkout from another AD at another school. I texted the admin team, at 7:30pm, and Butz texted back 'yes' to the walkout. The AD was Steve Larson."
- You stated, "I texted that Hinson and players had it (walkout) planned. I called K. Jones and Cato."
- You stated, "I was informed that          called K. Jones at home and told him that they were going to walkout and          her son/baseball player) was conflicted as to what to do. This was a phone conversation with Butz, me, Cato, and Jones. It was during this call that K. Jones told us that        told him of walkout."
- You stated, "Prior to Larson, I did not hear anything of a walkout. I had no idea of a potential walkout."
- You stated, "...the day of the game, I had asked for the line-up. I did not get until Cato went up to K. Jones(I think he went to Hinson who had it in his truck) and got it, this was afterschool. I sent line-up to Butz and he questioned it.(Cato sent the line up to me and Dr. Butz) Cato sent a pic of the line-up to admin (Dr. Butz responded via text, "who made the line up"? and I don't think anyone answered. I don't know why Butz asked about the line-up. I guess he wondered if     would be in the line-up because of the waving incident. I have no clue of when     bats."
- You stated, "K. Jones told me if Hinson didn't put him (     in the line-up, he (Hinson) would get called for not putting him in the line-up."

Question(s):
- Was there ever discussion regarding canceling the game the night in question?
  - If so, why? -there was discussion back and forth with Cato, myself K. Jones, the district and Dr. Butz about whether we should remove Hinson from coaching the game due to the waving incident not being true.
  - Why wasn't the game canceled?
- At any time to the game did Mr. Cato inform you and/or admin of a walkout? That he had heard from K. Jones or anyone that there was potential of a walkout?-I believe he may have spoken with Dr. Butz, but I did not get informed about the possibility or that it actually happened until it happened.
- Did anyone speak to Ms.      and/or     about the walkout?- I did not. I believe she called coach jones the afternoon of the game while he was home getting ready.

As stated, please provide any additional relevant information regarding this matter. Please provide screen shots of text messages regarding this matter. Please make sure to explain the text messages: who it was from, the date, the context, etc. Again, your assistance with this matter is greatly appreciated.

1

# Fernando Vazquez, Jr.

**Director, Professional Standards**

2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

 | PASSIONATE | PROGRESSIVE

Link to Customer Service Survey

2

12

On 2/15 following our meeting with the ·        family I was called on the radio again to come up to the front office and there was Mr. and Mrs.        and ·                ·'s mother.  I asked what was going on and I was told that there was an issue taking place within the team that I needed to be aware of.  I asked them to come to my office.  They told me that students during baseball weights confronted            regarding the message that was sent out from coach Alex.  Around this same time         .  and .        ι both arrived at my office and knocked on the door. I asked for the names of the students involved and was told by        ι it was .                r and ·                who confronted        . I told them we needed to look into this and said we would follow back up with them later.

After they left I called down both .        and        ·to talk to them about what had taken place in the weight room.        · and ·        did admit to talking to        ι, but claimed that they were just expressing how they were upset that this had spread so quickly and has now become such a big issue. At this same time I received a call from Student affairs asking me what students were in my office and was directed to bring them over to student affairs.  I proceeded to walk them over to student affairs.

Later that day after school was completed we held a meeting with the entire baseball team.  Below is an outline of the meeting:

- Derogatory Language or terms of any kind are completely unacceptable here at Fort Myers High School, athletics, or FMHS baseball

- Not going to discuss what is happening with Coach Alex – that is an ongoing investigation within the district now.

- Reviewed code of conduct and FMHS behavior contract in relation to use of derogatory language.

- This has affected the entire team and we need to take steps to help move our team move forward.

- Open discussion from team for thoughts, comments, questions, or concerns.


**Steven Cato**
**Athletic Director**
**Fort Myers High School**
**239-334-2167 ext. 207**
stevenc@leeschools.net

Responses to questions regarding baseball this season:

Steven Cato – Athletic Director, Fort Myers High School

- What was articulated to you with regards to the baseball players being held accountable/disciplined for their behavior?

I was informed of a few different baseball players being disciplined throughout the season this year. Most notably was the discipline toward            for a 5 games suspension issues by Coach Burchfield for racial profanity and threats toward another player.  This took place in the dugout of the game and was witnessed by the coaches and other players in the dugout.            did not admit to using any racial profanity. This incident led to multiple parent and administrative meetings and was ultimately ruled by Chuck Bradley to be unable to be upheld until the Title VI investigation was completed.  There was discipline for           ater in the season that was upheld when he used racial profanity in the locker room.  It was overheard by Coach Burchfield and other teammates and admitted to by          . He was suspended for 4 innings in the following game. Other discipline was issued for other players for a variety of reasons throughout the season –                when I witnessed him act out in the dugout (yelling and throwing his glove) he was disciplined for 4 innings, I was made aware of other players discipline from either admin or coach Burchfield throughout the season and Coach Burchfield was recording all of the discipline in his binder.  I also came to be aware of two instances that            was disciplined this season one for missing a portion of the hitting practice and another when he was informed that     did not acknowledge me in the hallway. Both I believe were for 4 innings each.

- Did the        s ever approach you/bring anything to your attention about       's playing time, not starting or playing at all?

They had talked to me a couple different times this year about       's playing time.  Mr.        brought up playing time when I talked on the phone with him and Ms. Knight during a follow up conversation to our meeting.  He was addressing       and other players in respect to playing time. It was brought up again after a game when I was asked to have a conversation with him and his wife regarding     and how he was pulled from the game because he missed a sign.

- Did the       's ever approach you/bring anything to your attention?

I had a meeting with the        's where they said that       's glove went missing and suggested that it could have been stolen.  The glove was later returned and when I spoke with the student that returned it I had him explain the situation directly to       that the player who found the glove actually saw the glove in the same spot (under the couch) before it was claimed to be stolen.      earlier had stated to me that he did not believe the player that found the glove had any reason not to be trusted or would steal his glove.  It was at that point reasonably deduced that the glove was actually just misplaced rather than stolen.

- Did the        s ever approach you/bring anything to your attention?

I have had several meetings with the        s since February 15th. During that time, we have discussed several different topics.  They have brought things to my attention such as after the text was sent by Coach Alex they came to the school to tell me about how some players on the team were talking to other teammates to find out who sent the message.

- Did you have to approve the baseball line-up prior to Mr. Burchfield's removal?
  - If so, who directed you to do so?

I have not approved any baseball lineups for Coach Burchfield.

- After his removal, did you have approve the baseball line-up?

I did not approve the baseball line-up after Coach Burchfield was removed. The only thing I was asked to do by Ms. Grote was to get the lineup for her. I got the lineup from Coach Hinson and sent a copy of it to Ms. Grote and Dr. Butz.

  - If so, who directed you to do so?

Ms Grote said that she had asked for the lineup multiple times and still had not seen it. She asked me if I could get it for her.

- Did you approve the baseball line-up the night of the walkout at Terry Park?

I did not approve the line-up I just got a copy from Coach Hinson and sent it as directed.

- Why you called the       s and       's to inform them to be at Terry Park at 5:30pm? Did you call any other parents/players and inform them of this?

I was called by Mr.       earlier that day and he asked if       was allowed to miss the batting practice prior to the game and hit on his own. I called him back with Ms Grote and Ms Bernard after discussing it with admin and Mr. LaRosa and it was decided that he did not have to hit if he did not want to, but he still had to report at the same time as the rest of the team. I did not call any other parents as I only received a call from Mr.       concerning       .

- Did you have any knowledge of the walkout prior to it occurring at Terry Park?

I did not know that the players were going to conduct the walkout prior to the game.

- Have there ever been conversations/discussions about a walkout prior to the Terry Park incident?

There were rumors of a protest by the players that began around the time of the Estero game on March 9th. The only time I can remember any team member or parent has said to me that there would be a walkout was by Mr.       and .       . Following the Port Charlotte game Mr.       approached me very upset that his son did not play and       played the entire game. They said something about no one will be showing up at the next game. The next game was the Estero game on March 9th, but to my knowledge everyone showed up and there was not a walkout at that game. These rumors continued throughout the season without incident. After coach Burchfield was released I did voice concerns of a possible walkout to administration and Mr. LaRosa leading up to the game and asked for support at the game that night as it was a very volatile situation.

April 6, 2023 – Baseball game walk out. – Steven Cato

I walked into Terry Park around 7 pm with SRO Mike Perry. We were directed toward field 2 where the Varsity Fort Myers Baseball team was playing vs Estero. As we approached we saw FM team members walking out of the dugout. As the players were walking by I was asking them what was going on with little to no responses that I could understand. I then saw Mr. Dailey who was asking me to come with them and said "you need to be a man and take a stand with us". Then coach Hinson walked past me and I asked him "where are you going?" His response was "I am going with my guys." I began to call our administrator Toni Knight as I knew she was in the dugout for tonight's game. She said something like "They walked out... there's nothing we could do." I had a couple brief interactions with some parents regarding not getting information and they want answers. Also, there were multiple people with their phones out recording the incident. I then called Justin Budmayr the AD at Riverdale as they were hosting the tournament. I saw Ms. Knight make her way over toward the crowd and then I met up with Mr. Budmayr by the dugout and we then entered the field. I saw     and     in their batting helmets on the field and a couple players in the dugout with Coach Jones. One was     who also had a helmet on.

Me and Justin Budmayr went to talk to the umpire on the field to discuss the situation. It was determined that due to not having enough players to continue we needed to forfeit the game. The Estero head coach came over next with a couple of his assistant coaches. We discussed that we would not be able to play the game due to the actions of players on our team. I apologized on behalf of Fort Myers High School to the Estero coaches, players, and spectators and let them know that this had nothing to do with them and this is a Fort Myers issue. As this was going on I was calling Dr. Butz and Mr. LaRosa to try and get guidance and deliver information. I was able to get Dr. Butz on the phone as I was still on the field. I tried explaining the situation to him as best I could. At that time, I noticed that we still had players and parents congregating behind home plate in the bleachers. Some people began raising their voices towards each other. At that time Officer Perry began blowing his whistle and was directing people to leave the area. I walked over to the area some people began leaving while other remained and still engaged in verbal disputes.

Finally, everyone cleared the bleacher area and dispersed to the parking lot where many of the parents, players, and some spectators remained for a while until it began to rain heavy enough that most had left for cover. A few people remained that were again asked to leave and they did comply when asked without further incident.

**Coaches who left during the game:**

Rob Hinson – Confirmed Cato

Chris Chappel – most likely

Andrew Dailey (volunteer) – unsure

Max Flemming (volunteer) – unsure

Aiden Donovan (volunteer) - unsure

## _Players who left during the games:_

- Confirmed Cato

- Confirmed video

Confirmed video

- Confirmed video

- Confirmed Coach Jones

- Confirmed Video

- Most likely video


## Managers who left during the game:

Anthony Savage – Confirmed video

Ethan Monrad – Unsure


## Players who stayed during the game:

- Confirmed Cato

- Confirmed Cato

- Confirmed Cato

- Confirmed Video

- Most likely


## Uncomfirmed by lineup card:

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: 12ᵗʰ |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/02 2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

I, Fernando Vazquez, Director (PS) wrote statement as he dictated. Mom, _____, was present via a phone conference for the interview. ~~togo~~
8 _____ @ 11ˢᵗ am. Statement was read back to _____, mom was on phone, and signed in order to authenticate it.

• 12ᵗʰ grade
• 1ˢᵗ, 3rd on team position. All 4 yrs @ FMHS. Coach Birchfield was the coach. 9ᵗʰ JV, 10ᵗʰ JO/V, 11ᵗʰ & 12ᵗʰ varsity.
• Terry Park - 04/04/2023 walkout
• School ends, BP @ school, go home, and then head to Terry Park.
• Drove myself to Terry Park. JV game still goes on. Sat @ stadium in stands to watch JV team. Me, _____, _____, _____, _____, _____ Everyone but the freshman & _____ was standing on the other side of his parents, & in stands w/ team.
• Conversation - _____ asked me, are you gonna walk. I said I haven't made up my mind yet

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

| Witnessed by: | Signature of person giving statement |
|---|---|
| | Page Number: ① |

but probably not.

18.

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

- Everyone kind of heard the conversation. Probably only one that didn't hear. _____ behind us a hile in stands. Other than _____, majority of players knew of walkout. Previous night on call, during the day, after school.

- _____ aware along w/ _____ was b/c we don't talk to them b/c they distance themselves from us. Except _____ only time I communicate w/ him is when we are on the field. I'm actually good w/ _____.

- After JV game done, walked to other field where we were gg to play vs Estero. Everyone put stuff in dugout. Team stretch & warm-up like normal. People kids- _____ + _____ + _____ say: why warm-up if we gonna walkout or were 4 going to play. _____ as well. Still, _____ + I know anything, probably 4.

- Coach Snus, was HC, Coach Hinson, Coach Drly, + another JV asst coach. Coach Chappell 4 there. Ms. Knight was in dugout.

- Went back to dugout. We were away team, we hit

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by: _____

Signature of person giving statement

Page Number: 2

1st.

19

**The School District of Lee County**
Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

- First 3 batters got helmets to get ready
- Who makes line-up - Coach Burchfield. That day coach Hinson.
- Typically had ＿＿ is ＿＿ on (9th) on ＿＿ typically bats #2. This day ＿＿ was lead off. On most days his usually 7th/8th hole or 9 player. Why ＿＿ lead off - It's his call (Hinson)

Mom - Roster & normal line-up. Big new pulled back to JV. 5-6 pulled back.

Mom - is a real advocate of team so... & like they are trying to keep from him.

- ＿＿ goes out to bat, once 1st pitch is thrown, start packing bags & coach Hinson follows. & one said anythg. Coach Hinson knew walkout. Coach Hinson is the one that recommended it. Other players started to follow. The ones stayed back:
＿＿, ＿＿, Me, ＿＿
left: ＿＿, ＿＿, ＿＿, ＿＿, ＿＿ (d doesn't) - play JV next day
＿＿, ＿＿, ＿＿, ＿＿, ＿＿ (sure), ＿＿
＿＿ (Jud part of it), ＿＿ (& make team), owen (& part JV)

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by: _____     Signature of person giving statement: X _____

Page Number: 3

The School District of Lee County
Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

-Coach Hinson recommend. On 04/05/2023 night before around 7pm he called me, _____, _____, (the seniors) & basically tell us we have 11 guys to play tomorrow. 5 freshman on JV. He was saying that if us 3 seniors walked out we wouldn't have enough to play. I was on the fence on the call & next day. I was trying to understand logic & the reasons ~~that~~ for the walkout. Coach Hinson told us he wouldn't have us to drop, if one of us walked out so would he.

~~day 04/06/2023 I was ~~of monday the day~~

-Mon- I called Coach Jones & told him 3 were gonna walk out. ~~while~~ 3 boys for sure were gonna walk out & parents knew it. I had spoken to _____ mom & dad & they said he was gonna. Coach Hinson called me, alog of 3 senior parents to inform. I told him I & agree w/ it. I don't see purpose. _____ committed to play college ball. Told him as a parent to find your kid wally, it's hard.

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by:

Signature of person giving statement

Page Number: 2

21

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

-Mom- Talk about repercussion for ___ . Hinson
he would be w/ boys & if happen to them.
Day of walkout I text Coach Jones & he called
me. Talked about walkout. Told him I knew for
sure 3 were really, I spoke to parents. Asked
Coach Jones to talk to ___ b/c ___
plays basketball.
Mom-When talked to Jones, Cato called through.
Jones called me back & told me that he told Cato, AD,
that the boys were gonna walk.
- Mom- talked to Dr. Botz, day after, that I was
embarrassed & sad due to action of coach + admin
knew + didn't stop it. Botz said he had heard
throughout season of walk. I called BS on that
b/c there was knowledge they were gonna
do it
• walkout happens, I know a lot of the guys on
Estero's team so ones left in dugout & Coach Jones
went + shook hands w/ other team. From there
I was talking to Estero kids, apologizing + catching up

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

| Witnessed by: | Signature of person giving statement | Page Number: (5) |
|---|---|---|

22

The School District of Lee County
Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

- Packed my stuff up, & walked out dugout went to Estero fan section. Just kept talley to Estero kids trying to stay neutral.
- Coach Hinson & mention Coach Burchfield in this During call Hinson jdad about putty. as lead off & pitch. Funny b/c his parents & him complaining about him & plays. He told me Burchfield didn't like him & to play him. "It wouldn't it be funny to put him as lead off & pitch that game." (Hinson) ... was supposed to pitch that night; something happened & dad called school & said he wasn't ready to pitch.
- ... mom - throwing F bombs @ parents. & then backs away. ____ dad video taping. ____ & exchanging thoughts/verbal altercation, & harmful explaing both part of view. ____ has a loud voise so
- ____ mom thought he was yelly @ ____
- D Tuckers - trying to calm ____, down; ____ mom & D yelly @ each other ____
- By then time ____, (dad) sugg. something do ____ + exchange words

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge. ____ &

Witnessed by: ____

Signature of person giving statement ____

Page Number: 6

23

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

- Cop there try to de-escalate situation
- People continue to exchange words + then people eventually leave
- Cito + Ms. Knight were & answering anyone or dog anything w/ this situation. Did & to help situation, just bystanders @ this point. Coach Jones too.
- Coach Hinson left, he wasn't involved in this. He picked up stuff + left.
- They thought more beneficial t statement to show up + walk out in front of admin + team than to show up @ all. Hinson, ___, + ___ people on phone previous night.
- Brought up to rest of team through talk. Couldn't get me on board so ___ talked to ___ about it, the walkout. Those were the 3 that we knew for sure that were going to walk out
  - Man - I knew ___ + ___ were gonna walk.
  I spoke to ___ parents, + talk to ___ parent. Hinson told me they were going to walk. ( ___ + ___ ) did know ___ was going to walk out. ___ called me the day of + he was torn. Told ___ to tell

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

| Witnessed by: | Signature of person giving statement |
|---|---|
| | Page Number: ⑦ |

24

The School District of Lee County
Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

Mom - 1. that he supports but makes & sense to do. Has to think about more than FM/HS.
Mom - Adults around all of this let boys down again
Mom - Hinson called _____ phone & wanted to speak to parents to let them know what he wanted to do. He called _____ phone to talk to me. 2 separate calls. One w/ players & one to my mom.
• The reason they told me they were really out is b/c of d getty answers + our coach being released.
They = Coach Hinson, _____
• Mom - _____ & _____ (moms) "leave team on the field."
Hinson called the 3 seniors, & think he intended for others. I spoke to _____ + told _____ Hinson called 3 seniors. Ø try to leave anyone out. _____ keeps out of equation & _____ en fence. Race ①issue.
• False statement that two (2) kids left on field, others left on field as well.
• Coach Jones was in dugout, Hinson was HC that night (Man)
Moms _____, was called @ 115 2day, present interview present for statement when read back to _____ & he confirmed.

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by: _____

x _____
Signature of person giving statement

Page Number: ⑧

Called ended @ 130 pm.

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| | | 9th |

| Address: | City/State: | Zip: |
|---|---|---|

| (Area Code) Telephone: | Date: |
|---|---|
| | 05/03/2023 |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

I, Fernando Vazquez, Director (PS) wrote ___'s statement as he dictated it. Present on the phone was his mother, ___, for the interview. Statement was read back to ___ and ___ & ___ signed in order to authenticate it.

- 9th grade - freshman
- 3rd base, outfielder, & pitch
- Terry Park - 04-04-2023 - walkout
- That night played in the JV game vs Riverdale after the game went to parking lot to change into shorts and varsity jersey (changed from JV jersey) and then went to restroom.
- Coming back from bathroom, I saw players leave.
- ___ ___ w/me walked up
- ___ - Coach Hinson ___ w/me: went to bathroom w/me
- Just walked out w/ them
- I had no clue of this. Asked ___ & ___ what's going on. They said we are really out b/c we want answers as to why our coach was removed.

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

| Witnessed by: | Signature of person giving statement |
|---|---|
| | Page Number: ① |

26.

The School District of Lee County
Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 . | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

· Coach Hinson did d say anything to me. Said nothing else to me.

· Walked out, parents were argoing. I stayed back b/c I order ford. Parents argoing and then I walked out to the parking lot.

· Ate food in parking lot. We (the baseball team) were out in parking lot.

· Then we left after that

· I did not know there was going to be a walkout.

· d talk about it

· Social Media / Text - There could have been but I wasn't part of it.

· _____ on _____ a few days later and he said that he was going to walkout no matter what. The night in question, 04/06/23 (Terry Park) and if people followed they followed

· _____ w/as _____

· _ _____ d mention anything about.

walking out.

· _____ did not say anything regarding his dad (Coach Hinson) walking out.

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by:                    Signature of person giving statement

Page Number: 2

27

**The School District of Lee County**
Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |

| (Area Code) Telephone: | Date: |
|---|---|
| | 05/03/2023 |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

- Prior to 4/16 - Terry Park, no talks of a walkout

- Aware of social media, text or anything w/ regards to walkout.

- When walked up w/ ___, kids still on field. Yes.

- why & figure out what was going on, touch base w/ Coach Jones, instead of walking out. I would/not have played anyways... just wanted to go home.

- 239 - _____ called you @ 758am on 5/3/2023
  called ___ @ 822am. Called mom ___

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by:                     Signature of person giving statement

Page Number: ③

28

The School District of Lee County
Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

- Coach Hinson, ya... That's all I saw walkout.
- I think Coach Hinson walked out 1st, we aren't gonna have a football coach coach us & ... lady go. Coach Hinson was our last coach. I think that is what led to walk out.
- & I see them walk out. I remember what we did after the walkout. Remember huge fight between ____, mom & ____ family (Bad & sister).
- ____ took phone out & started recording us. ____ dad & mom up in my face & ____ face.
- We walked out b/c our last coach walked out & our lineup was out of order. Told ____, dad & ____, mom that this wasn't racial. They wouldn't let us talk so I walked away. US = me & ____
- ~~Coach~~ Me & " ____ " went to parky lot. In parky I left ar
- I had no idea there was going to be a walkout. Only knew when I saw them wally out. Aslael why walky out. ____ responded- Coach Hinson walked out...
- We have group chat & there was no mention of a walkout.

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

| Witnessed by: | Signature of person giving statement |
|---|---|
| | Page Number: ③ |

- Group chat is everyone on team including ____.

## The School District of Lee County
## Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

_____ : w/ us to watch games. & remember being there.

• The game ends and then we head over to field for Varsity game. Players Estro.:

• Head to dug out to drop off stuff + get ready for game. ↳ the Everyone on baseball went to dugout. Varsity that is.

• _____ went to dugout as well. He changed into Varsity uniform. Team heads to field + stretch + warm up. I warm up w/ team for little + then I headed into dugout to talk w/ Coach Hinson, Coach Daly, brother, + one of football coaches, I think Coach Weakley.

• Line-up Card was posted by a coach, not sure who, and _____ was starting, he was lead off. He num was lead off. _____, who plays first base, was d starting b/c num plays first base. Once _____ saw line-up he walked out. _____ is a good teammate so when he walked out others followed. _____ + I were d in dugout when players walked out. _____ + I were talking to _____ ; mom, family, when walk out happened. _____ at here:

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by: _____

Signature of person giving statement

Page Number: ②

The School District of Lee County
Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| | | 11th |
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

I, Fernando Vazquez, Director (PS) wrote ___ statement as he dictated it. Mother, ___ was called, 239-___; @ 9²³am from ___ phone + she gave permission for interview to occur. Will call her back @ end of interview so that statement could be read to her / as ___ confirms it. Statement read back to ___. + he signed in order to authenticate it.

• 11th grade
• Center field - this year 0 able to play b/c of hurt knee.
• 9th grade played @ Bishop Verot. Last year played Varsity for Coach Burchfield, Coach Alex, Coach Hinson and Coach Kry. Coach Chappell was JV coach.
• Terry Park - 04/04/2023 - walkout
• ___ drove me to Terry Park. while there we met up w/ ___, ___, ___, ___ we are watching a game, maybe watching the JV game & watched a little bit of N.x this game. ___ played in JV game.
• ___ was w/ us. ___ was d w/ us. & remember

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by: ___                Signature of person giving statement

Page Number: 1

The School District of Lee County
Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

- I think Coach Hinson walked out 5/1 he was forced to sit players + 4 chang his friends coach w/ him + have a football coach team, he just walked out and others followed.
- who forced Hinson to sit players— IDK, just know he wouldn't have sit players. Plus Hinson would never put : @ lead off. Something was forced to make line-op card like that.
- lead off typrally was      . If starts, would bat in 7/8 hole.
-     + I new @ BU in 9th grade. He was cut from JV. Mom made an issue @
- The walkout was & racially motivated.
- Ospicitos afterwards about walkout
- While watchy game, JV, there was no talks of a walkout. Just cheery on team.
- If anythy was in group chat, would have reported it by now
- Would like to git Coach Hinson back for next year if we want a good team. At least have Coach Hinson
- Called mom @ 9:3 am — confirm intiviren Called back a

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by:

Signature of person giving statement

Page Number: (4)

10:5 am to read statement &      confirmed/signed. Call ended
@ D3 am

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: 11th |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

I, Fernando Vazquez, Director (PS) wrote statement as he dictated it. Mom, _____, was present for interview via conference call. Statement read back to _____ + _____ + _____ signed in order to authenticate it.

- 17th grade
- Left field + I pitch
- Played all 3 years here @ FM HS
- All 3 yrs Coach Burchfield the Varsity + Coach Chappell JV Coach the last 3 yrs.
- 1st year playing Varsity for Coach Burchfield. Played 2 years JV for Coach Chappell
- Terry Park - 04/04/2023 - walkout
- Before Varsity game. Some of us watched JV game. After JV game went to the varsity field where we were playing and started warm-up team stretch + things.
- Game begins we were away team so we hit first. We were playing Estero:
- lead off was _____. I think he struck out.
- _____ was still @ his @ bat when I walked out

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by: _____

_____
Signature of person giving statement

Page Number: 1

33

The School District of Lee County
Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

- Walked out - _____, + me.
- Ø sure if anyone else did after that.
- Coaches/Managers - Jes Coach Ainson walked art.
- Ø sure of Coach Jones knew we were walky out.
- Ø sure if Coach Ainson knew we were going to walk out.
- _____ walked out first.
- I believe almost everyone on the team knew of walkout but only a few of us chose to do so
- We were talking about it, walky out, while we were watching the JV game. Not sure who was there. There were a lot / a good majority of players there.
- Coach Henson was @ JV game but not w/ us.
- Sitting there - _____, _____ me, _____, _____
- _____ + _____
- Purpose of walk out - B/c our HC was removed. But + Cate told us earlier in afternoon that HC was removed. We wanted to know why.
- Ø sure why I just participate instead of walky out.
- _____ was in stands behind us. Would not have heard

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by: _____

Signature of person giving statement _____

Page Number: 2

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

Conversation about walkout. Actually ∅ sure if he was there.

- I think was in bathroom when we discussed this, walking out
- ∅ sure if          was there
-          – ∅ think he was @ JV game @ field just yet. Would not heard walkout conversation
- I personally ∅ did ∅ communicate the walkout to Coach Hinson. ∅ sure if anyone else did.
- Social Media / Text – ∅ mention of the walkout. Only talked about it that day @ JV game.
- ∅ talks of walkout prior to 04/04/23
- ∅ talks of walkout while any particular person @ bat. The plan was to walk out before the first pitch
- Walkout → when to covered pavilion @ front gate. Stood of          parents. Could hear a bunch of arguing by parents. Went to parking lot. Wanted for my ride to get back. I then went home. Cars were blocking my car so had to wait in order to leave. I drove.
- Purpose of walkout was ∅ to single out          +

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

| Witnessed by: | Signature of person giving statement |
|---|---|
| | Page Number 3 |

35

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| **Address:** | **City/State:** | **Zip:** |
| **(Area Code) Telephone:** | **Date:** 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

. Walkout was & racially motivated.
- Purpose - Protest to fig are art what was joy on
w/ our baseball program + the removal of
our HC.

Culled mom, ., @ 8²⁵am. Called end @ 8:53am
2391-

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by:

Signature of person giving statement

Page Number: 1

The School District of Lee County
Statement Form

| Name: | | Position/Grade: 11th |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

I, Fernando Vazquez, Director (PS) wrote statement as he dictated. Dad, _____, was present via phone conference for the interview. 239 @ 10:22 am. Statement read back to _____ and he signed in order to authenticate it.

· 11th grade
· Catcher - this year had a thumb injury + unable to play this year. Played 9th + 10th @ FMHS. 9th played JV/varsity, 10th played varsity. Coach Burchfield was HC for all 3 years. I've been here.
· Terry Park - 04/04/2023 walkout
· I drove to Terry Park. If anyone rode w/me it would have been _____.
· watch a little of JV game. To watch was me, _____. Maybe a few others.
· _____ was play JV b watching
· Watchey - _____ - Don't remember, _____. - Maybe, _____. - Maybe, _____ - I believe there, _____. - I don't know
· JV play Riverdale. After JV game head over to the field to warm-up. Varsity play Estero.

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by: _____

Signature of person giving statement

Page Number: ①

31

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

- Over to field to warm-up. I do stats. I'd warm-up just did the books.
- Coaches - Coach Jones & Coach Hinson. & other coaches.
- We were away - FMHS batty first
- Line-up was posted. Typically coach makes line-up but have been hearing that Cato was making line-up.
- Lead off typically is ___. That night was ___ & led off before. Normally bat bottom ⅓ (7/8/9) area. Normally play outfield. That night was supposed to pitch. Heard he didn't want to pitch, ISK. All this word of mouth
- Maybe ___ ch was benched, & sure. Typically I think if ___ played he played over ___
- ___ leads off, couple of pitches and walkout happens.
- who walked out - Started w/ ___, ___, & slowly from there. Mainly the seniors. ___ & walkout b/c he didn't want to harm the other team / his scholarship.
- You, ___, couple of other kids. Stayed ___.
- I'd walkout b/c d beneficial. I'm line-up & my place. I support Coach B & Coach H, just not my place to do this.

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

| Witnessed by: | Signature of person giving statement | Page Number: 2 |

1st, Hinson & then

2b

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

• Dad - while in dugout                more like a coach this past season.

• Prior knew of walkout -                - said we are steady, this & being handled properly, Burchfield on suspension. Of gonna play until we have an answer.

_____ made comment right before. He called me + told me about this. Just me + _____ on the call. ___ might have mentioned coach Hinson in conversation but I recall the context. I think he mentioned any other players w/ regards to walkout.

• In the stands Ju there were talks of walkout.

• During the school day people were talking of walkout, that's when it spread, just between the team

• Burchfield did not know of walkout. Hinson I don't know.

• Dad - I texted Coach B when walkout happened. I think I was first to let him know.

• Text/Social Media - Nothing regarding walkout.

• _____ + _____, did not know. we felt that b/c of what was going on, b/c _____, family, the _____ undelivy factor of everything going on. Fact if we told _____, mom would

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by:                                Signature of person giving statement

Page Number ③

call + get same cancelled.                                              39

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/05/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

- Similian as senior nite w/ Coach Alex. _____ dad died due to cancer. _____ is father fy an + want to walk of. _____ mom heard + called District + that d happen. _____ told me that _____ mom called Dist. _____ also informal
- If she found out, she may call & game cancelled. We wouldn't have been able to express ourselves.
- _____ I love this family, & had to say about them. Closest one w/ him on team. He was & Informed. Great family. & told - probably same thing b/c of _____ family situation. _____ supported the _____, prob reason
- Dad - If d included it's b/c we _____ understood they are behind Title 6 investigation.
- Day of game before 1st pitch, still speculation; d confirmed of a walkout. Unfort. _____ was hitting is when walkout happened. B/c of that it turned into race issue. d free, players wanted voices to be heard. Probably 6 best way but was supporting coach & racially motivated & all. That's the way it was taken.
- Conversation about to showing up vs walkout. Afterwards we talked about that. Was just 1st idea to walk out.
- Walkout - Everyone walks. Es two coach calls player off the

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

| Witnessed by: | Signature of person giving statement | Page Number: ④ |
|---|---|---|

field.

HO

*(margin note, right side:)* that he could not walk of _____ mom knew of Title 6 on

The School District of Lee County
Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

- Me + couple of asst coaches walkout as well / just left b/c game over. We were right behind home plate
- I hear ___ mom yells @ parents, "I'll report anything."
  - dad recordg. Arguments occur. ___ goes up to Coach Tucker + apologized. Hype + taken in racial way. Coach Tucker - It looks racial the way it was done. Parents joined in + turned to yelly.
- Police stepped in + she's realize this. Actually really want to leave parks, ___ dad talks to ___ + in + ___ run away. He was videoing ___ w/ L on his forehead. Just shows type of people they are. Earlier in year ___ accused of stealg. ___ glove.
- Got to parky lot + left.
- Afterwards- I read talk about walkout. Just this stuff, interviews. mainly FMHS baseball
- Dist- Communication about this non-existent. Reason walkout b/c people I informed. What Dr. Betz allowed to send out was possible. There are limitations my district is what share this today. Coach B is reason why. ___ came to FMHS. Founded in Christian values. Coaches ___ + younger brother. Fully trust Coach B. Me are better as leader + role model. One of the best kids / know.

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by: _____

Signature of person giving statement

Page Number: ⑤

## The School District of Lee County
### Statement Form

| Name: | | Position/Grade: |
|---|---|---|
| Address: | City/State: | Zip: |
| (Area Code) Telephone: | Date: 05/03/2023 | |

I, having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or threat or use of force or duress to proceed to state as follows:

• Glove part of _____ i glove was found in lockerroom on the floor.

Dad, _____ i was called @ 1022 Am & gave confirmation to interview while he stayed on the phone. Dad listened & confirmed statement as read back to _____

called ended @ 1134 Am

I have read each page of this statement, each page of which bears my signature, and corrections, and I certify that the facts contained herein are true and correct to the best of my knowledge.

Witnessed by:

Signature of person giving statement

Page Number: 4

## Vazquez, Fernando

| | |
|---|---|
| **From:** | Grote, Darya |
| **Sent:** | Monday, April 10, 2023 2:19 PM |
| **To:** | Vazquez, Fernando |
| **Cc:** | 0221.Administration |
| **Subject:** | Fwd: Statement 4/6 |

Sent from my iPhone

Begin forwarded message:

> **From:** "Jones, Keeth" <KeethGJ@leeschools.net>
> **Date:** April 10, 2023 at 2:07:39 PM EDT
> **To:** "Grote, Darya" <DaryaNG@leeschools.net>
> **Subject: Statement 4/6**

Here is my statement for the events of 4/6 at the baseball game.

As the game started and we were the visiting team.          . batted first, which I was informed that he never hit in that spot all season, I don't know if he made an out or reached base. I was talking to Mrs. Knight at the time of      's at bat.
batted next. During his 2nd or 3rd pitch, a player, I do not know his name, walked by me and out of the dugout and said "you didn't give us a reason, so I'm out". The next person that passed by me and left was Coach Hinson, who said " I'm out to". As other players gathered their equipment and left the dugout, I went out onto the field and called time out and told the home umpire that we would have to forfeit the game. Oddly, the umpire seemed to not be surprised as to what was happening. When I returned to the dugout most of the players and coaches were gone.  The players that remained were                    ·                 and         .. There may have been a player that did not dress that stayed.  The players that left and their parents congregated behind home plate outside the fence.  There were words exchanged from the Estero coaches and our parents.  After about 5-10 minutes, the parents remained in that area and I felt like they were waiting for something.  As the         · and parents approached the other parents, words were exchanged and the SRO was summoned to break up the crowd.  The parents soon left that area and gathered outside the entrance gate to the park and continued to exchange words.  They finally left when it started to rain heavily and there was no cover.
Those are the events at the game.
Before I got to the game, I received a call from ι                  . She informed me that the players were talking about walking out at the game.  She also told me that the previous evening she was included on a call to some of the parents and Coach Hinson.  There was a discussion about walking out at the game.  I believe some of the parents in the call were the                 , ι       and one other parent.

Get Outlook for iOS

1

**Eaton, David**

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Saturday, June 3, 2023 1:20 PM |
| **To:** | Jones, Keeth |
| **Subject:** | FMHS Baseball |

Good afternoon- Thank you calling me and speaking with me on 05/31/2023 at 8:37am to discuss FMHS. Please see bullet points below. Please review and respond to this email acknowledging the information below is accurate. If necessary, please make any edits and/or add any additional information that is relevant regarding this matter. Your assistance is greatly appreciated.

- You stated that you are a PE teacher, the Assistant AD, and the Boys Head Basketball Coach at FMHS
- You stated that you filled in as the Head Baseball Coach for one game; the game where there was a walkout
- You stated, "A player walked out first then Coach Hinson walked out. Coach Hinson stated as he was walking out, '…never gave an answer and I'm out also.' I don't know the names of the players that walked out…I don't know them. Someone told me who it was but I don't remember who the first player was that walked out."
- You stated, "I had been informed by a parent at 3pm and we played at 5pm that there was going to be a walkout. The parent that called and told me of the walkout was                     . She called me because her son,                , played basketball for me. I was at home when she called me. After talking to her I called Cato."
- You stated, "I don't remember if she told anyone else. I told her I had heard the same thing through the grapevine. After she told me I called Coach Cato. He said if they walkout to let them go. I did not know if the walkout was definite."
- You stated, "Ms.          told me that there was a conference call with other parents. The          , her, 4-5 other parents, and Coach Hinson. They discussed walking out of the game. She said she put the phone speaker and there were other kids in the room (on the phone call)."
- You stated, "At no time did Coach Hinson tell me about the walkout."
- You stated, "Cato did not say he would let admin know. I don't know what he did after I talked to him. I told Cato because chain of command. He said if they decide to walk to let them go."
- You stated, "The line-up (that game/the walkout) was made by Coach Hinson. He told me that the starting pitcher would be             and          would was also be batting lead-off. I had heard that       was not very good so I asked about him leading off and Hinson said he (        ) was hitting the ball well the last couple of games. I had no reason to think anything was strange."
- You stated, "No kids came to me and told me about the walkout."
- You stated, "I have not spoken to Coach Burchfield. I did not have a conversation with him about the line-up."

# Fernando Vazquez, Jr.
## Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

PERSONAL | PASSIONATE | PROGRESSIVE


Link to Customer Service Survey

1

44

**Eaton, David**

| | |
|---|---|
| **From:** | Jones, Keeth |
| **Sent:** | Monday, June 5, 2023 8:05 AM |
| **To:** | Vazquez, Fernando |
| **Subject:** | Re: FMHS Baseball |

Only a couple of things were mistaken.

Mrs.          told me on the phone that "they were talking about walking out" nothing definite.

Lastly, the first player that walked out said "they never gave us a reason"

Coach Hinson said "I'm out of here" when he left the dugout.

I probably misspoke when I talked to you.

Everything else is correct.

# Keeth Jones

Head Boys Basketball Coach

Physical Education Teacher

Drivers Education Instructor

Fort Myers High School

Home of the Green Wave

(239)334-2167

---

**From:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Sent:** Saturday, June 3, 2023 1:20 PM
**To:** Jones, Keeth <KeethGJ@LeeSchools.net>
**Subject:** FMHS Baseball

Good afternoon- Thank you calling me and speaking with me on 05/31/2023 at 8:37amto discuss FMHS. Please see bullet points below. Please review and respond to this email acknowledging the information below is accurate. If necessary, please make any edits and/or add any additional information that is relevant regarding this matter. Your assistance is greatly appreciated.

- You stated that you are a PE teacher, the Assistant AD, and the Boys Head Basketball Coach at FMHS
- You stated that you filled in as the Head Baseball Coach for one game; the game where there was a walkout
- You stated, "A player walked out first then Coach Hinson walked out. Coach Hinson stated as he was walking out, '…never gave an answer and I'm out also.' I don't know the names of the players that walked out…I don't know them. Someone told me who it was but I don't remember who the first player was that walked out."
- You stated, "I had been informed by a parent at 3pm and we played at 5pm that there was going to be a walkout. The parent that called and told me of the walkout was          . She called me because her son,      , played basketball for me. I was at home when she called me. After talking to her I called Cato."
- You stated, "I don't remember if she told anyone else. I told her I had heard the same thing through the grapevine. After she told me I called Coach Cato. He said if they walkout to let them go. I did not know if the walkout was definite."
- You stated, "Ms.          told me that there was a conference call with other parents. The      her, 4-5 other parents, and Coach Hinson. They discussed walking out of the game. She said she put the phone speaker and there were other kids in the room (on the phone call)."
- You stated, "At no time did Coach Hinson tell me about the walkout."
- You stated, "Cato did not say he would let admin know. I don't know what he did after I talked to him. I told Cato because chain of command. He said if they decide to walk to let them go."

1

- You stated, "The line-up (that game/the walkout) was made by Coach Hinson. He told me that the starting pitcher would be `          ` and `          ` would was also be batting lead-off. I had heard that `      ` was not very good so I asked about him leading off and Hinson said he (`    `) was hitting the ball well the last couple of games. I had no reason to think anything was strange."
- You stated, "No kids came to me and told me about the walkout."
- You stated, "I have not spoken to Coach Burchfield. I did not have a conversation with him about the line-up."

## Fernando Vazquez, Jr.
### Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

`████████` | PASSIONATE | PROGRESSIVE

Link to Customer Service Survey

2

H6

**Eaton, David**

| | |
|---|---|
| **From:** | ‹               ›@gmail.com> |
| **Sent:** | Saturday, April 8, 2023 10:57 AM |
| **To:** | Grote, Darya; Washington-Knight, Toni; Bradley, Charles; Bernier, Dr. Christopher; Diaz, Clara; Vazquez, Fernando; Cato, Steven; Heinzman-Britton, Kelly; Hendrix, Melissa; LaRosa, David |
| **Subject:** | |

---

**NOTICE: This message originated from outside the District's network.**

---

Hello. Due to the recent disgusting display by coaches/students of the Fort Myers high school baseball team on 4/6/23, the phone conversation at 3pm that I had should be documented in writing. At 3pm on 4/6/23, I received a phone call from Steven Cato. He explained that                and                  must be at Terry Park by 530pm like the rest of the team at the cages ready to hit. I expressed my heavy concern having our son      around Mr. Hinson due to Mr. Hinson's recent actions of fabricating a story during school hours with intentions to punish my son      (a minor, and student/baseball player at the school). Ms. Grote on the call said she received the final word from the district in a text at I believe she said at 1:50pm, that Mr. Hinson will coach the team. I said even though the school has incriminating evidence against him? Ms. Grote said unfortunately yes. Mr. Cato said that there would be a school resource officer and police presence at the game. I stated verbally to all the school staff that were on that phone call that I would like that call on the record. My wife and I began making plans to take additional time off from work to be sure we were at Terry Park by 5pm to protect our son. Please note      and      were at Terry Park by 511pm (life360 service support) on 4/6/23 and NO coaches/players ever appeared at the cages to meet or hit at 530pm like Mr. Cato indicated.

Once again,                was intentionally, maliciously, & racially targeted by coaches, students, & school staff. was the victim again along with ı                 , the two (2) boys with dark skin on the varsity team. The angry mob that formed at the beginning of the game and during the events was shocking. The angry mob of Fort Myers high school parents and students warranted a police escort for my family to safely get to our vehicles. And, to think we came to Fort Myers high school for diversity!
How are the school district, and high school going to protect our son          , when he returns to school next week, at prom, as well as grad bash, & other school functions?

From: ¡       and                .

1

## Vazquez, Fernando

| | |
|---|---|
| **From:** | Butz, Dr. Robert |
| **Sent:** | Tuesday, May 2, 2023 4:21 PM |
| **To:** | |
| **Cc:** | Vazquez, Fernando |
| **Subject:** | RE: Professional Standards Interview |

Thank you for your email...I am carbon copying Mr. Vazquez on this email to ensure he is made aware of your wishes.



**Principal**
Fort Myers High School
2635 Cortez Blvd
Fort Myers FL 33901
239-334-2167 (p) ext.205
239-334-3095 (f)

**From:** ⟨ ⟩ @hotmail.com>
**Sent:** Tuesday, May 2, 2023 4:12 PM
**To:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>
**Subject:** Professional Standards Interview

---

**NOTICE: This message originated from outside the District's network.**

---

Hello Dr. Butz,
I hope all is well. I did not receive the email you sent out as for some reason, some emails from the school do not come through on my business email. This is my personal email. I only know from Marc Lorenz's response. I honestly thought this was all behind us or at least till the investigation is over. I am only interested at this point in getting my children graduated. I have stopped talking about this entire incident as it was a terrible experience for my son and my family for his senior year. I do not want to have to bring this up again to him as we are near the end of his senior year and only want to have a positive ending. As per our meeting, I expressed our feelings about the entire situation and how it was handled in our own opinion. The walk-out was done silently and it doesn't matter, at this point, who said what and did what. If Mr Vazquez needs to speak to my son, he will need to contact me directly.
Thank you

1

48

**Eaton, David**

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Saturday, May 13, 2023 3:26 PM |
| **To:** | @hotmail.com |
| **Subject:** | FW: Professional Standards Interview |

Good afternoon Ms.        - My name is Fernando Vazquez and I am the Director of Professional Standards for the District. My office is investigating the walkout that occurred at Terry park with the FMHS Baseball Team. I would like the opportunity to interview your son regarding this event. You are more than welcome to be present for the interview.

Please give me a call to discuss this matter and my request. You and your son's assistance with this matter is greatly appreciated. I look forward to hearing from you. Thank you for your time.

# Fernando Vazquez, Jr.

## Director, Professional Standards

2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

AL | **PASSIONATE | PROGRESSIVE**

Link to Customer Service Survey

**From:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>
**Sent:** Tuésday, May 2, 2023 4:21 PM
**To:**        <        @hotmail.com>
**Cc:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Subject:** RE: Professional Standards Interview

Thank you for your email...I am carbon copying Mr. Vazquez on this email to ensure he is made aware of your wishes.

1



**Principal**
Fort Myers High School
2635 Cortez Blvd
Fort Myers, FL 33901
239 334-2167 (p) ext:205
239 334-3095 (f)

Be.el · Relater · Restorative · Developer · Learner

**From:** ‹            @hotmail.com>
**Sent:** Tuesday, May 2, 2023 4:12 PM
**To:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>
**Subject:** Professional Standards Interview

---

**NOTICE: This message originated from outside the District's network.**

---

Hello Dr. Butz,
I hope all is well. I did not receive the email you sent out as for some reason, some emails from the school do not come through on my business email. This is my personal email. I only know from Marc Lorenz's response. I honestly thought this was all behind us or at least till the investigation is over. I am only interested at this point in getting my children graduated. I have stopped talking about this entire incident as it was a terrible experience for my son and my family for his senior year. I do not want to have to bring this up again to him as we are near the end of his senior year and only want to have a positive ending. As per our meeting, I expressed our feelings about the entire situation and how it was handled in our own opinion. The walk-out was done silently and it doesn't matter, at this point, who said what and did what. If Mr Vazquez needs to speak to my son, he will need to contact me directly.
Thank you

2

**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

PERSONAL | **PASSIONATE** | **PROGRESSIVE**

<image001.png>

<image002.png>

<image003.png>

<image004.png>

<image005.png>

Link to Customer Service Survey

**From:** Vazquez, Fernando
**Sent:** Saturday, May 13, 2023 3:17 PM
**To:**                <             @yahoo.com>
**Subject:** RE: 5/3 investigation interviews

Good afternoon Mr. (        :- Thank you for taking my call and speaking with me on 05/11/2023 at approximately 5:54pm; our call ended at approximately 6:18pm. The purpose of my call was to request the opportunity to interview your son, .      , you may be present, regarding the walkout that occurred at the baseball game at Terry Park. You declined the interview. You stated the walkout was on behalf of Coach Burchfield due his termination and that no information had been given with regards to his removal/no longer leading the baseball program. You stated that you and your son discussed the walkout. You stated unless the interview had to do with the removal of Dr. Butz and Mr. Cato, there was no need for the interview. You stated that the only thing that had been done right was the release of Coach Alex.

As stated, my focus is with regards to the night of the walkout. I have some specific questions for your son. Again, you are more than welcome to be present for the interview. In order for things to get addressed/handled moving forward, I am in need of information that will assist in that to occur hence the desire to interview your son.

Please respond back to this email indicating whether or not I will be able to interview your son. You and your son's assistance with this matter is greatly appreciated. Thank you for your time and I look forward to hearing back from you.

# Fernando Vazquez, Jr.

**Director, Professional Standards**
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

PERSONAL | **PASSIONATE** | **PROGRESSIVE**

<image001.png>

2

51

<image002.png>

<image003.png>

<image004.png>

<image005.png>

Link to Customer Service Survey

**From:** Vazquez, Fernando
**Sent:** Tuesday, May 9, 2023 11:45 AM
**To:** ⟨_____ ⓓyahoo.com⟩
**Subject:** RE: 5/3 investigation interviews
Good morning- Thank you for reaching out. I actually was going to contact you this week about scheduling a time to interview your son,      . regarding FMHS Baseball. Please give me a call at 239-461-8441 to discuss. Thank you for your time and I look forward to speaking to you.

# Fernando Vazquez, Jr.

## Director, Professional Standards

2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

### THE SCHOOL DISTRICT OF LEE COUNTY

⬛⬛⬛⬛⬛ | PASSIONATE | PROGRESSIVE

<image001.png>

<image002.png>

<image003.png>

<image004.png>

<image005.png>

Link to Customer Service Survey

**From:**          ⟩ ⟨;                    ⓘ@yahoo.com⟩
**Sent:** Monday, May 8, 2023 10:23 PM
**To:** Vazquez, Fernando ⟨FernandoV@LeeSchools.net⟩
**Subject:** Fw: 5/3 investigation interviews

**NOTICE: This message originated from outside the District's network.**

Fernando,
It has been 6 days; can assume you have no questions?

7
----- Forwarded Message -----

3

52

**From:** Butz  Dr. Robert <robertlb@leeschools.net>
**To:** .         <        @yahoo.com>
**Cc:** Vazquez, Fernando <fernandov@leeschools.net>
**Sent:** Tuesday, May 2, 2023 at 02:41:31 PM EDT
**Subject:** RE: 5/3 investigation interviews
Thank you for your email...I'm sorry that you were not on the original email distribution, I have your email listed as :      @gmail.com. I am carbon copying Mr. Vazquez on this email to ensure he is made aware of your wishes.


-----Original Message-----

From: ꞏ    &          <.            @yahoo.com>
Sent: Tuesday, May 2, 2023 2:35 PM
To: Butz, Dr. Robert <RobertLB@LeeSchools.Net>
Subject: 5/3 investigation interviews


************************************************************
NOTICE: This message originated from outside the District's network.
************************************************************
We were not on the email distribution list for the player interviews tomorrow.

 has a final tomorrow and will solely focus on academics this week and next. He is not to be contacted or spoken with on this topic. If the investigator want input, he may contact me directly.


7.  ꞏ


Sent from my iPhone

4

## Eaton, David

| | |
|---|---|
| **From:** | _.    &    ‹    ‹    . _ _    @yahoo.com> |
| **Sent:** | Friday, May 19, 2023 10:30 AM |
| **To:** | Vazquez, Fernando |
| **Subject:** | Re: 5/3 investigation interviews |

---

**NOTICE: This message originated from outside the District's network.**

---

Mr. Vazquez,

After our conversation, I had a follow up conversation with        . Given the narrow and short sited scope of this investigation, we are respectfully declining to participate. IF the his investigation is solely focused on the lowest levels, then it's is a failed and deeply flawed investigation. You may disagree, and that is your right. Still makes this investigation 100% wrong.

Butz and Cato failed miserably in this saga, they failed in leadership, they failed in protecting the kids, they failed in telling the truth, they failed in leading the parents through this Issue, they failed in stopping abusive behavior. They failed.
When my son is threatened, called the N word, and my son is the ONE who had a consequence, I call that failed leadership.

So when we have a coach removed with no reason given, our season was over. His senior season, his baseball career-over.
All because of pathetic leadership from Butz and Cato, resulting in My son, again punished and suspended for 6 games, by the pathetic and weak Butz and Cato.

And this investigation is targeting coaches? No having it, not participating as the truth in this situation is second to leadership covering their butts and protecting their jobs.

A disgusted parent,



Sent from my iPhone


> On May 18, 2023, at 8:04 PM, Vazquez, Fernando <FernandoV@leeschools.net> wrote:


> Good evening- I hope this email finds you well. I wanted to follow-up with you with regards to the email below that was sent on 05/13/2023. Please respond back ASAP. Your assistance is greatly appreciated. I look forward to hearing back from you.

## Fernando Vazquez, Jr.
**Director, Professional Standards**
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441

1

## Vazquez, Fernando

| | |
|---|---|
| **From:** | Butz, Dr. Robert |
| **Sent:** | Monday, April 10, 2023 7:10 PM |
| **To:** | Grote, Darya; Vazquez, Fernando |
| **Subject:** | Fwd: Statement |

Get Outlook for iOS

**From:** chap5@comcast.net <chap5@comcast.net>
**Sent:** Monday, April 10, 2023 7:06:41 PM
**To:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>
**Subject:** Statement

**NOTICE: This message originated from outside the District's network.**

On Thursday, April 6, 2023, my JV Team played in the stadium at Terry Park. Our game started at 4 pm and ended around 6pm. We received our trophy and took team pictures. After speaking to the JV players, I took the trophy, balls and other gear to my vehicle in the parking lot. Since I told Coach Hinson I would assist him in coaching the Varsity game that night, I went back up to the field. The game was just getting ready to start so I grabbed my helmet and went to first base. After the first out, one of the Estero players who was sitting on their bench closest to where I was standing at first base, mentioned that it looked like we were going to have a glorified scrimmage. Another player commented that he couldn't believe that he had driven all the way to the field for this. Yet another player said something to the effect of "seven players just walked out of their dugout." I was still standing at first base. The Estero head coach came out of the dugout and headed towards home plate. While he was doing so, he was hollering at the players and the parents that "it is all about politics over there at Fort Myers." I told him that he didn't need to be saying anything and asked him to just be quiet. I then went back to our dugout. Coach Jones informed me that he advised the umpires that we forfeited the game. One of the players,                , walked over to me and said "I am so confused, what just happened?" I told him it "looked like some of your teammates didn't want to play tonight." Once Coach Jones told me the game was forfeited, I asked if he wanted me to grab the baseballs. I do not recall who else was still in the dugout. I grabbed the bucket of baseballs, and my gear, and walked through the crowd straight to my car and left the park.

Coach Chappell

1

55

**Eaton, David**

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Saturday, April 15, 2023 7:04 PM |
| **To:** | 'Hinson, Robert'; robhinson.rh@gmail.com |
| **Cc:** | Eaton, David |
| **Subject:** | Statement |

Good evening Mr. Hinson- Thank you for taking my call on 04/11/2023 at 8:24am; present for the call was Mr. David Eaton, Coordinator, Professional Standards. Please see bullet points below and verify the information is accurate. If any edits need to be made or if you would like to provide any additional information that is relevant to this situation, please feel free to do so in your response. If you have any questions or if I can be of any assistance, please feel free to contact me. Thank you for your time.

- After reading you the letter and the allegations, you were asked if you knew what this was about to which you stated, "I have no idea what this is about. This is all new to me. I need to process this and maybe get consultation."
- When asked if you would like to provide a statement, you stated, "I prefer to wait...I would like to see the letter...consultation with my TALC rep."
- You were informed that you were not entitled to TALC representation as the matter that is being investigated occurred prior to you becoming a dues paying member
- You were asked how you knew to contact the Office of Professional Standards, you stated, "...your voicemail and you left me an email."
- You were asked why you were on campus, you stated, "That's where I saw your email. I signed in and left. I checked my email and voice message and then left."

# Fernando Vazquez, Jr.
## Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
o: 239-461-8441
f: 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

I'E......AL | PASSIONATE | PROGRESSIVE


Link to Customer Service Survey

1

5l6

**Eaton, David**

| | |
|---|---|
| **From:** | Shepard, Sheila |
| **Sent:** | Monday, April 10, 2023 8:09 AM |
| **To:** | Peterman, Donna |
| **Cc:** | Vazquez, Fernando |
| **Subject:** | RE: TALC membership? |

Thank you and have a great Monday.

Sheila

**From:** Peterman, Donna <donna.peterman@floridaea.org>
**Sent:** Monday, April 10, 2023 8:09 AM
**To:** Shepard, Sheila <sheilas@LeeSchools.net>
**Cc:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Subject:** RE: TALC membership?

---

**NOTICE: This message originated from outside the District's network.**

---

Good morning:

Mr. Hinson is not a TALC member.

Donna

**Donna Peterman**
**Administrative Assistant**
**Island Coast - FEA**
**6830 International Center Blvd.**
**Fort Myers, FL 33912**

**239.275.8252**

**From:** Shepard, Sheila <sheilas@LeeSchools.net>
**Sent:** Monday, April 10, 2023 8:03 AM
**To:** Peterman, Donna <donna.peterman@floridaea.org>
**Cc:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Subject:** TALC membership?

[EXTERNAL EMAIL]
Good morning,

Checking on TALC membership for Robert Hinson, thanks.

**Regards,**

*Sheila Shepard*

1

**Sheila Shepard** | Secretary to the Director, Professional Standards | School District of Lee County
2855 Colonial Blvd. | Fort Myers, FL 33966 | Phone (239) 337-8330 | Fax (239) 335-1507
SheilaS@leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

PERSONAL | **PASSIONATE** | **PROGRESSIVE**



SUNSHINE LAW & PUBLIC RECORDS CAUTION: Most E-mail communications made or received by District staff are considered public records that must be retained and, upon request, made available to the public and media. There should be no expectation of privacy.

Thank you for contacting the Professional Standards department. Please take a few moments to complete the survey below to provide valuable data to assist us with providing excellent customer service.

Link to Customer Service Survey

FEA | 213 S. Adams St. Tallahassee, FL 32301 | 850.201.2800 | Fax 850.222.1840
Send an email to unsubscribe@floridaea.org to opt-out from receiving future messages. Only the individual sender is responsible for the content of the message, and the message does not necessarily reflect the position or policy of the Florida Education Association or its affiliates. This e-mail, including attachments, may contain information that is confidential, and is only intended for the use of the individual or entity to which it is addressed.

58

**Eaton, David**

| | |
|---|---|
| **From:** | Butz, Dr. Robert |
| **Sent:** | Monday, April 10, 2023 5:14 PM |
| **To:** | Vazquez, Fernando; Grote, Darya |
| **Subject:** | Re: R. Hinson |

That is confirmed.

Get Outlook for iOS

**From:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Sent:** Monday, April 10, 2023 5:10:41 PM
**To:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>; Grote, Darya <DaryaNG@LeeSchools.Net>
**Subject:** R. Hinson
Good afternoon- Please confirm that the male wearing the light shirt is Mr. Robert Hinson.



Sent from my iPhone

1

59

**Eaton, David**

| From: | Grote, Darya |
|---|---|
| Sent: | Monday, April 10, 2023 5:30 PM |
| To: | Butz, Dr. Robert |
| Cc: | Vazquez, Fernando |
| Subject: | Re: R. Hinson |

Yes that is him. I have forwarded you request for download to Kelly so she can do it first thing with the time frame you requested.

Sent from my iPhone

> On Apr 10, 2023, at 5:14 PM, Butz, Dr. Robert <RobertLB@leeschools.net> wrote:

That is confirmed.

Get Outlook for iOS

**From:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Sent:** Monday, April 10, 2023 5:10:41 PM
**To:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>; Grote, Darya <DaryaNG@LeeSchools.Net>
**Subject:** R. Hinson

Good afternoon- Please confirm that the male wearing the light shirt is Mr. Robert Hinson.

<IMG_1907.jpg>

Sent from my iPhone

1

**Eaton, David**

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Monday, April 10, 2023 5:51 PM |
| **To:** | Hinson, Robert |
| **Cc:** | Butz, Dr. Robert; Grote, Darya |
| **Subject:** | Phone Call |

Good evening Mr. Hinson- I called you earlier today, at 5:21pm, 239-236-6067, and left you a message to call me. Please give me a call ASAP as I have some information that I need to share with you. I will be in the office until 6pm. If you and I do not connect this evening, you are being directed not to come to work tomorrow, you will be paid as normal. I will explain further when we speak. I look forward to speaking with you.

# Fernando Vazquez, Jr.

**Director, Professional Standards**
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

| PASSIONATE | **PROGRESSIVE**

Link to Customer Service Survey

1

Lef

**Eaton, David**

| | |
|---|---|
| **From:** | Kelly Heinzman-Britton (via Google Drive) <drive-shares-dm-noreply@google.com> |
| **Sent:** | Tuesday, April 11, 2023 7:29 AM |
| **To:** | Vazquez, Fernando |
| **Subject:** | Folder shared with you: "Export 4-11-2023 7-23-13 AM" |

NOTICE: This message originated from outside the District's network.

# Kelly Heinzman-Britton shared a folder

 Kelly Heinzman-Britton (kellymh@leeschools.net) has invited you to **contribute to** the following shared folder:

Please review and let me know if you need anything

📁Export 4-11-2023 7-23-13 AM

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because kellymh@leeschools.net shared a file or folder located in Google Drive with you.

Google Workspace

1

**Eaton, David**

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Tuesday, April 11, 2023 7:33 AM |
| **To:** | Heinzman-Britton, Kelly |
| **Subject:** | RE: Folder shared with you: "Export 4-11-2023 7-23-13 AM" |

Please provide me the date, time, camera folder, camera name for when Mr. Hinson was on campus. I can pull the footage from my desktop. Thanks.

# Fernando Vazquez, Jr.

**Director, Professional Standards**
2855 Colonial Blvd, Fort Myers, FL 33966
o: 239-461-8441
f: 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**
 | PASSIONATE | PROGRESSIVE

🄕🄧🄤🄐🄘
Link to Customer Service Survey

From: Kelly Heinzman-Britton (via Google Drive) <drive-shares-dm-noreply@google.com>
Sent: Tuesday, April 11, 2023 7:29 AM
To: Vazquez, Fernando <FernandoV@LeeSchools.net>
Subject: Folder shared with you: "Export 4-11-2023 7-23-13 AM"

---

**NOTICE: This message originated from outside the District's network.**

---

# Kelly Heinzman-Britton shared a folder



Kelly Heinzman-Britton (kellymh@leeschools.net) has invited you to **contribute to** the following shared folder:

Please review and let me know if you need anything

1

63

Export 4-11-2023 7-23-13 AM

Open Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because kellymh@leeschools.net shared a file or folder
located in Google Drive with you.



## Eaton, David

| | |
|---|---|
| **From:** | Shepard, Sheila |
| **Sent:** | Tuesday, April 11, 2023 11:17 AM |
| **To:** | Hinson, Robert; robhinson.rh@gmail.com |
| **Cc:** | Vazquez, Fernando; Butz, Dr. Robert |
| **Subject:** | Re: conversation |

Good morning Mr. Hinson,

Thank you for taking my call this morning. Regarding any <u>personal</u> items at the school, that you need to retrieve, you may reach out to Dr. Butz (cc'd on the email) to determine a time after school when students are not present to pick up your personal belongings. You will also need to turn into Dr. Butz, per District protocol, your district laptop, ID card and Centegix card. I spoke with Mr. Vazquez about the upcoming graduation for your son and Mr. Vazquez indicated that when those events are upcoming he will discuss with you as needed. With regards to mailing your letter, it will be mailed to your residence/address in PeopleSoft. It will also be emailed to you at both District and personal email accounts.

**Regards,**

*Sheila Shepard*

**Sheila Shepard** | Secretary to the Director, Professional Standards | School District of Lee County
2855 Colonial Blvd. | Fort Myers, FL 33966 | Phone (239) 337-8330 | Fax (239) 335-1507
SheilaS@leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

 PERSONAL | **PASSIONATE** | **PROGRESSIVE**

SUNSHINE LAW & PUBLIC RECORDS CAUTION: Most E-mail communications made or received by District staff are considered public records that must be retained and, upon request, made available to the public and media. There should be no expectation of privacy.

Thank you for contacting the Professional Standards department. Please take a few moments to complete the survey below to provide valuable data to assist us with providing excellent customer service.

Link to Customer Service Survey

1

65

**Eaton, David**

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Thursday, April 13, 2023 8:28 AM |
| **To:** | Shepard, Sheila |
| **Subject:** | FW: conversation |
| **Attachments:** | Letter |

Please send to his personal email account as well. Thanks.

# Fernando Vazquez, Jr.
## Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**



 | **PASSIONATE** | **PROGRESSIVE**


Link to Customer Service Survey

**From:** Shepard, Sheila <sheilas@LeeSchools.net>
**Sent:** Thursday, April 13, 2023 8:20 AM
**To:** Robert Hinson <robhinson.rh@gmail.com>
**Cc:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Subject:** RE: conversation

Good morning,

Please see the attached, it was emailed on Tuesday, April 11, 2023 at 11:34 a.m.

**Regards,**

*Sheila Shepard*

**Sheila Shepard** | Secretary to the Director, Professional Standards | School District of Lee County
2855 Colonial Blvd. | Fort Myers, FL 33966 | Phone (239) 337-8330 | Fax (239) 335-1507
SheilaS@leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

 | **PASSIONATE** | **PROGRESSIVE**

SUNSHINE LAW & PUBLIC RECORDS CAUTION: Most E-mail communications made or received by District staff are considered public records that must be retained and, upon request, made available to the public and media. There should be no expectation of privacy.

1

Lee

Thank you for contacting the Professional Standards department. Please take a few moments to complete the survey below to provide valuable data to assist us with providing excellent customer service.

Link to Customer Service Survey

**From:** Robert Hinson <robhinson.rh@gmail.com>
**Sent:** Wednesday, April 12, 2023 9:38 AM
**To:** Shepard, Sheila <sheilas@LeeSchools.net>
**Subject:** Re: conversation

_____

**NOTICE: This message originated from outside the District's network.**

_____

Good morning,
Is it possible to find out when the letter will be mailed or if I can get it emailed to me today.
Thank you
Rob

On Tue, Apr 11, 2023, 11:17 AM Shepard, Sheila <sheilas@leeschools.net> wrote:



Good morning Mr. Hinson,

Thank you for taking my call this morning. Regarding any personal items at the school, that you need to retrieve, you may reach out to Dr. Butz (cc'd on the email) to determine a time after school when students are not present to pick up your personal belongings. You will also need to turn into Dr. Butz, per District protocol, your district laptop, ID card and Centegix card. I spoke with Mr. Vazquez about the upcoming graduation for your son and Mr. Vazquez indicated that when those events are upcoming he will discuss with you as needed. With regards to mailing your letter, it will be mailed to your residence/address in PeopleSoft. It will also be emailed to you at both District and personal email accounts.

**Regards,**

*Sheila Shepard*

**Sheila Shepard |** Secretary to the Director, Professional Standards | School District of Lee County

2855 Colonial Blvd. | Fort Myers, FL 33966 | Phone (239) 337-8330 | Fax (239) 335-1507

SheilaS@leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

2

RSONAL | **PASSIONATE | PROGRESSIVE**

SUNSHINE LAW & PUBLIC RECORDS CAUTION: Most E-mail communications made or received by District staff are considered public records that must be retained and, upon request, made available to the public and media. There should be no expectation of privacy.

Thank you for contacting the Professional Standards department. Please take a few moments to complete the survey below to provide valuable data to assist us with providing excellent customer service.

Link to Customer Service Survey

3

6B

## Eaton, David

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Monday, April 17, 2023 9:13 AM |
| **To:** | liz@mcquaggelaw.com; service@mcquaggelaw.com |
| **Cc:** | Shepard, Sheila; Eaton, David; MCINTOSH, CORRIS; Legal.Team |
| **Subject:** | FW: Rob Hinson |
| **Attachments:** | 4.13.23 - Ltr to Lee County School Board.pdf |

Good morning- Thank you for reaching out and providing information. I have copied Attorney, Mr. Corris McIntosh and our legal team on this email as you are representing Mr. Robert Hinson. We will be in touch once the investigation is complete and we are ready to schedule Mr. Hinson's pre-determination hearing. In the meantime, our legal team may be reaching out to you.

Thank you for your time.

# Fernando Vazquez, Jr.

## Director, Professional Standards

2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**
PERSONAL | **PASSIONATE | PROGRESSIVE**


Link to Customer Service Survey

**From:** Liz Clement <Liz@mcquaggelaw.com>
**Sent:** Monday, April 17, 2023 8:52 AM
**To:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Cc:** Michael McQuagge <mike@mcquaggelaw.com>
**Subject:** Rob Hinson

---

**NOTICE: This message originated from outside the District's network.**

---

Mr. Vasquez:

Attached please find a copy of the correspondence mailed to you from Attorney McQuagge on Thursday, April 13, 2023.

## Liz Clement

Liz Clement, Legal Assistant to
Michael C. McQuagge

1

69

McQuagge Law Firm
P. O. Box 818
Fort Myers, FL 33902
1533 Hendry Street
Suite #301
Fort Myers, FL 33901
(239) 334-4455
Liz@Mcquaggelaw.com

Notice:

This communication is an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. sec. 510. Its disclosure is strictly limited to the recipient(s) intended by the sender of this message. This transmission and any attachments may contain proprietary, confidential, attorney-client privileged information and/or attorney work product. If you are not the intended recipient, any disclosure, copying, distribution, reliance on, or use of any of the information contained herein is STRICTLY PROHIBITED. Please destroy the original transmission and its attachments without reading or saving in any matter and confirm by return email.



Personal Injury * Wrongful Death * Civil Litigation

**Michael C. McQuagge, Esq.**
**Board Certified Civil Trial Attorney**

April 13, 2023

Lee County School Board
Attn:  Richard Carr
2855 Colonial Boulevard
Fort Myers, FL 33966

Re:    Rob Hinson

Dear Mr. Carr:

Please be advised that this firm represents Rob Hinson pursuant to current school board matters as of April 11, 2023.  I look forward to speaking with you regarding this matter.  Please include my firm on all correspondence or communications related to Mr. Hinson at the email addresses below.

If you have any questions, please feel free to contact me.

Respectfully,

*Michael C. McQuagge*

Michael C. McQuagge, Esq.
service@mcquaggelaw.com
mike@mcquaggelaw.com

MCM/lc
cc:  Fernando Vazquez, MSEd
Sheila Shepard

---

Office Address
1533 Hendry St #301
Fort Myers, FL 33901
Telephone: 239.334.4455
Facsimile: 239.334.4426
Email: service@mcquaggelaw.com

Mailing Address
PO Box 818
Fort Myers FL 33902

71

**Eaton, David**

| | |
|---|---|
| **From:** | Dodig, Robert |
| **Sent:** | Wednesday, April 19, 2023 10:42 AM |
| **To:** | Vazquez, Fernando |
| **Subject:** | Link |

https://www.news-press.com/story/sports/high-school/2023/04/17/fort-myers-baseball-team-things-to-know-after-school-cancels-season-alex-carcioppolo-kyle-burchfield/70121782007/

## Robert Dodig
**Executive Director, Human Resources**
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-337-8147
**f:** 239-337-8689
RobertDo@LeeSchools.Net
https://www.leeschools.net/our_district/departments/human_resources

**THE SCHOOL DISTRICT OF LEE COUNTY**
 | PASSIONATE | PROGRESSIVE

1

72

**Eaton, David**

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Thursday, April 20, 2023 7:21 PM |
| **To:** | Vazquez, Fernando |
| **Subject:** | FMHS Baseball |

Media with regard to FMHS baseball.

Wink News: https://winknews.com/2023/04/10/fort-myers-high-school-coach-accused-of-using-racial-slur/
Wink News: https://winknews.com/2023/04/11/lee-county-school-board-parents-meet-after-fmhs-assistant-baseball-coach-sends-racial-slur-text/
Wink News: https://winknews.com/2023/04/12/lee-county-school-board-parents-meet-after-fmhs-assistant-baseball-coach-sends-racial-slur-text/
News Press: https://www.news-press.com/story/sports/high-school/2023/04/11/fort-myers-baseball-coach-removed-lee-county-investigates-discrimination/70101081007/
News Press: https://www.news-press.com/story/sports/high-school/2023/04/11/fort-myers-baseball-coach-removed-lee-county-investigates-discrimination/70101081007/
News Press: https://www.news-press.com/videos/sports/high-school/2023/04/11/fort-myers-baseball-players-hold-walkout-game-vs-estero/11638450002/
News Press: https://www.news-press.com/story/sports/high-school/2023/04/17/fort-myers-baseball-team-things-to-know-after-school-cancels-season-alex-carcioppolo-kyle-burchfield/70121782007/
NBC2 News: https://nbc-2.com/news/local/lee-county/2023/04/11/fort-myers-high-school-baseball-coach-fired-after-sending-inappropriate-text-to-players/amp/

# Fernando Vazquez, Jr.

## Director, Professional Standards

2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**
PERSONAL | **PASSIONATE | PROGRESSIVE**


Link to Customer Service Survey

1

13

**Vazquez, Fernando**

| | |
|---|---|
| **From:** | Cato, Steven |
| **Sent:** | Sunday, April 23, 2023 10:37 AM |
| **To:** | Vazquez, Fernando |
| **Cc:** | Butz, Dr. Robert |
| **Subject:** | Re: Statement |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I have statements that have already been written that I will share with you. I will need to review as I don't think they cover all of your questions. I can also help you get the contact information you are requesting for all of the players and parents. I am on my way to the State tennis tournament and may not be back until late Tuesday depending on how we do. I will get you everything I can now and anything else upon my return.

Steven Cato
Athletic Director
Fort Myers High School
stevenc@leeschools.net

On Apr 22, 2023, at 8:49 PM, Vazquez, Fernando <FernandoV@leeschools.net> wrote:

Good evening Mr. Cato- I still have not received your statement as requested per my phone conversation with Dr. Butz that you were present for. In your statement, I need you to address:

1. What was articulated to you with regards to the baseball players being held accountable/disciplined for their behavior?
2. Did the          ever approach you/bring anything to your attention about ˉ      's playing time, not starting or playing at all?
3. Did the ı      s ever approach you/bring anything to your attention?
4. Did the          s ever approach you/bring anything to your attention?
5. Did you have to approve the baseball line-up prior to Mr. Burchfield's removal?
   1. If so, who directed you to do so?
6. After his removal, did you have approve the baseball line-up?
   1. If so, who directed you to do so?
7. Did you approve the baseball line-up the night of the walkout at Terry Park?
8. Why you called the          and ˉ        ; to inform them to be at Terry Park at 5:30pm? Did you call any other parents/players and inform them of this?
9. Did you have any knowledge of the walkout prior to it occurring at Terry Park?
10. Have there ever been conversations/discussions about a walkout prior to the Terry Park incident?

Any and all information that is relevant regarding this matter, please include. Please provide ASAP. Thank you for your assistance with this matter.

## Fernando Vazquez, Jr.

1

**Vazquez, Fernando**

| | |
|---|---|
| **From:** | Petrizzo, Lora |
| **Sent:** | Monday, April 24, 2023 9:51 AM |
| **To:** | Vazquez, Fernando |
| **Cc:** | Cato, Steven; Butz, Dr. Robert |
| **Subject:** | FMHS Baseball Contacts |
| **Attachments:** | Varsity Baseball Contact List.xlsx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Morning Fernando,

Please see attached contacts for FMHS baseball.

Thanks,

*Lora Petrizzo*
Bookkeeper/Athletic Secretary
239-334-2167, Ext. 209
Fort Myers High School
Home of the Greenwave



1

| Year | School | Sport | Level | Assigned Sport | First Name | Last Name | Grade | Parent Guardian #1 First Name | Parent Guardian #1 Last Name | Parent Guardian #1 Cell | Parent Guardian #1 Email |
|------|--------|-------|-------|----------------|------------|-----------|-------|-------------------------------|------------------------------|-------------------------|---------------------------|
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 | | | +1 (239) | 7@gmail.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 12 | | | +1 (239) | @windowspluslic.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 12 | | | +1 (732) | gmail.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 | | | +1 (239) | @aol.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 | | | +1 (239) | lectric.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 9 | | | +1 (412) | gmail.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 | | | +1 (239) | @outlook.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 9 | | | +1 (239) | un@gmail.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 12 | | | +1 (817) | chphoto.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 10 | | | +1 (239) | @hptmail.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 12 | | | +1 (239) | 3@gmail.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 9 | | | +1 (239) | o.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 12 | | | +1 (239) | 3@GMAIL.COM |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 | | | +1 (239) | nyre.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 9 | | | +1 (239) | @gmail.com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 10 | | | +1 (239) | .com |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 | | | +1 (239) | @comcast.net |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 10 | | | +1 (239 | ail.com |

**Vazquez, Fernando**

| | |
|---|---|
| **From:** | Cato, Steven |
| **Sent:** | Monday, April 24, 2023 10:35 AM |
| **To:** | Vazquez, Fernando |
| **Cc:** | Butz, Dr. Robert |
| **Subject:** | Re: FMHS Baseball Contacts |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You should now have all the parent contact information. I included my original statement from the day after the walkout in my previous email. That has information regarding coaches and players including Jv that were present. Since that statement was written there has been updated information regarding who actually participated in the walk-out. That information came out from the individual meetings with Dr. Butz and Ms. Grote and the parents. I was present for some, but not all of the meetings.

Steven Cato
Athletic Director
Fort Myers High School
stevenc@leeschools.net

On Apr 24, 2023, at 9:51 AM, Petrizzo, Lora <LoraP@leeschools.net> wrote:

Morning Fernando,

Please see attached contacts for FMHS baseball.

Thanks,

*Lora Petrizzo*
Bookkeeper/Athletic Secretary
239-334-2167, Ext. 209
Fort Myers High School
Home of the Greenwave
<image001.png>

<Varsity Baseball Contact List.xlsx>

1

## Vazquez, Fernando

**From:** Butz, Dr. Robert
**Sent:** Tuesday, May 2, 2023 10:24 AM
**To:**
**Cc:** Vazquez, Fernando
**Subject:** RE: Professional Standards Interview

Thank you Mr.          . Mr. Vazquez is carbon copied on this email.



**Principal**
Fort Myers High School
2635 Cortez Blvd
Fort Myers, FL 33901
239-334-2167 (p) ext.205
239-334-3095 (f)

Belief · Relator · Restorative · Developer · Learner

**From:**          <          :@outlook.com>
**Sent:** Tuesday, May 2, 2023 10:22 AM
**To:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>
**Cc:** Cato, Steven <StevenC@LeeSchools.net>;          y <          @aol.com>;          i
<          @comcast.net>;          :          @yahoo.com) <          @yahoo.com>;
<          4@yahoo.com>;          i<          e@          o.com>,          e <          @aol.com>;
    / <          /@aol.com>; Josh Ware <swflnole@gmail.com>; Katie Hayden <Katie@boselectric.com>; Kircher
<          )@gmail.com>;          i<          i@gmail.com>;          j <          @hotmail.com>;          's
Mother <          /@hotmail.com>;          <          @yahoo.com>;          <          @r.          >;
    <          i@.          c.com>;          e <          ₂@gmail.com>;          l@mac.com;
    ..@windowsplusllc.com;          @gmail.com; Vazquez, Fernando <FernandoV@LeeSchools.net>
**Subject:** Re: Professional Standards Interview

**NOTICE: This message originated from outside the District's network.**

Dr. Butz,

My son is a 16 year old minor and I am NOT giving permission to you or anyone else to interview my son without me being present. At this point in time, all questions need to be directed to myself, or my lawyer.

Sincerely,

(239)

1

78

On May 2, 2023, at 10:13 AM, Butz, Dr. Robert <RobertLB@leeschools.net> wrote:

The purpose of this email is to make you aware that Fernando Vazquez from the Office of Professional Standards will be on campus 5/3/2023 to interview students concerning the walkout that occurred on 4/6/2023.

## Vazquez, Fernando

| | |
|---|---|
| **From:** | __ _  :              )gmail.com> |
| **Sent:** | Tuesday, May 2, 2023 10:47 AM |
| **To:** | Butz. Dr. Robert; Vazquez, Fernando |
| **Cc:** | _ _. ... |
| **Subject:** | Re: Professional Standards Interview |

---

**NOTICE: This message originated from outside the District's network.**

---

Good morning,

I do not give permission for my son to be interviewed without a parent present.  Please let me know what time is allotted for          : so that we can make arrangements to be present.

Thank you,
Josh Ware


> On May 2, 2023, at 10:13 AM, Butz, Dr. Robert <RobertLB@leeschools.net> wrote:
>
> The purpose of this email is to make you aware that Fernando Vazquez from the Office of Professional Standards will be on campus 5/3/2023 to interview students concerning the walkout that occurred on 4/6/2023.



Principal
Fort Myers High School
2635 Cortez Blvd
Fort Myers FL 33901
239-334-2167 (p) ext.206
239-334-3095 (f)

Bear · Relator · Restorative · Developer · Learner

1

80

**Vazquez, Fernando**

| | |
|---|---|
| **From:** | @comcast.net |
| **Sent:** | Tuesday, May 2, 2023 11:27 AM |
| **To:** | Butz, Dr. Robert; Vazquez, Fernando |
| **Subject:** | Re: Professional Standards Interview |

NOTICE: This message originated from outside the District's network.

Good morning Dr. Butz, my son ____ and I are willing to participate in Mr. Vazquez interview.

Could you please provide a time so I can clear my schedule.

Thank You,
Chuck Walsh

---

**From:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>
**Sent:** Tuesday, May 2, 2023, 10:12 AM
**To:** Cato, Steven <StevenC@LeeSchools.net>;        <        ___@aol.com>;
< .@comcast.net>;        (        @yahoo.com) <        @yahoo.com>;
<        @yahoo.com>;        mac.com>;        <        o.com>;
<@aol.com>;        aol.com>;        @gmail.com>
<    :@        :om>;        gmail.com>;    <        :@outlook.com>;
<        @gmail.com>;        @hotmail.com>;        er <        @hotmail.com>;
<        @yahoo.com>;        < @        com>;    /<        @bbgi.com>;
<        @mac.com>;        2@gmail.com>; tsmonrad@mac.com        l@mac.com>;
< @gmail.com>;    1@v    .llc.com <    i@    .llc.com>;
1@gmail.com <chelseytokan@gmail.com>;        @mac.com>;
<        :om>
**Cc:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Subject:** Professional Standards Interview

The purpose of this email is to make you aware that Fernando Vazquez from the Office of Professional Standards will be on campus 5/3/2023 to interview students concerning the walkout that occurred on 4/6/2023.

1

81



**Principal**
Fort Myers High School
2635 Cortez Blvd
Fort Myers, FL 33901
239-334-2167 (p) ext 205
239-334-3095 (f)

**Vazquez, Fernando**

| | |
|---|---|
| **From:** | Butz, Dr. Robert |
| **Sent:** | Tuesday, May 2, 2023 2:41 PM |
| **To:** | . |
| **Cc:** | Vazquez, Fernando |
| **Subject:** | RE: 5/3 investigation interviews |

Thank you for your email...I'm sorry that you were not on the original email distribution, I have your email listed as stevecsap@gmail.com.  I am carbon copying Mr. Vazquez on this email to ensure he is made aware of your wishes.

-----Original Message-----
From:                        @yahoo.com>
Sent: Tuesday, May 2, 2023 2:35 PM
To: Butz, Dr. Robert <RobertLB@LeeSchools.Net>
Subject: 5/3 investigation interviews

**********************************************************
NOTICE: This message originated from outside the District's network.
**********************************************************
We were not on the email distribution list for the player interviews tomorrow.

     . nas a final tomorrow and will solely focus on academics this week and next. He is not to be contacted or spoken with on this topic. If the investigator want input, he may contact me directly.

     ................ⁿ
           ,, ..

Sent from my iPhone

1

## Vazquez, Fernando

| | |
|---|---|
| **From:** | Butz, Dr. Robert |
| **Sent:** | Tuesday, May 2, 2023 2:48 PM |
| **To:** | l@mac.com; |
| **Cc:** | Vazquez, Fernando |
| **Subject:** | RE: Professional Standards Interview |

Thank you for your email. I am carbon copying Mr. Vazquez on this email to ensure he is made aware of your wishes.



**Principal**
Fort Myers High School
2635 Cortez Blvd
Fort Myers, FL 33901
239-334-2167 (p) ext.205
239-334-3005 (f)

Model · Rea... · Restorative · Developer · Learner

**From** ‹           @mac.com>
**Sent:** Tuesday, May 2, 2023 10:41 AM
**To:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>;           <           @LeeSchools.Net>
**Subject:** Re: Professional Standards Interview

---

**NOTICE: This message originated from outside the District's network.**

---

Hi Dr Butz.
I hope this means that there is some progress towards a resolution that allows for closure of the past season and creates a hopeful positive outlook to next season.

As we spoke of on our call, I am OK with           participating — if he is needed to— I just require that my wife and / or I be present during any / all questioning as he is only 17 years old.

Thanks

Sent from my iPhone

1

84

On May 2, 2023, at 10:13 AM, Butz, Dr. Robert <RobertLB@leeschools.net> wrote:

The purpose of this email is to make you aware that Fernando Vazquez from the Office of Professional Standards will be on campus 5/3/2023 to interview students concerning the walkout that occurred on 4/6/2023.



**Principal**
Fort Myers High School
2635 Cortez Blvd
Fort Myers FL 33901
239-334-2167 (p) ext.205
239-334-3095 (f)

## Vazquez, Fernando

| | |
|---|---|
| **From:** | Butz, Dr. Robert |
| **Sent:** | Tuesday, May 2, 2023 3:38 PM |
| **To:** | .. |
| **Cc:** | Vazquez, Fernando; |
| **Subject:** | RE:        Professional Standards Interview |

Thank you for your email...I am carbon copying Mr. Vazquez on this email to ensure he is made aware of your wishes.



**Principal**
Fort Myers High School
2635 Cortez Blvd
Fort Myers, FL 33901
239-334-2167 (p) ext.105
239-334-3095 (f)

Belief · Relator · Restorative · Developer · Learner

**From:** <                    @aol.com>
**Sent:** Tuesday, May 2, 2023 2:44 PM
**To:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>
**Cc:** Vazquez, Fernando <FernandoV@LeeSchools.net>;        <        y@        nt.org>
**Subject:** Re: .        Professional Standards Interview

---

**NOTICE: This message originated from outside the District's network.**

---

Dr. Butz,


Is a minor. We do NOT give permission to interview our son. If there are any questions you may direct them to our attention.


Sincerely,

1

86

On May 2, 2023, at 10:13 AM, Butz, Dr. Robert <RobertLB@leeschools.net> wrote:

The purpose of this email is to make you aware that Fernando Vazquez from the Office of Professional Standards will be on campus 5/3/2023 to interview students concerning the walkout that occurred on 4/6/2023.

## Eaton, David

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Saturday, May 6, 2023 2:41 AM |
| **To:** | 'Hinson, Robert'; robhinson.rh@gmail.com |
| **Cc:** | Shepard, Sheila; Eaton, David |
| **Subject:** | Contact |
| **Attachments:** | Hinson, Robert - Opening Ltr 4-10-2023.pdf |

Good evening Mr. Hinson- I was informed that there may be a gathering for the coaches and player associated with the baseball team. If this is true, I wanted to reiterate that since you have a pending case, as stated in the attached letter, *"You are advised that during your suspension you are to refrain from contacting any students or staff of The School District of Lee County and from entering onto the premises of The School District of Lee County. If there is any reason for you to contact any School District students or staff, or enter onto District premises, you are requested to first contact the Department of Professional Standards at (239) 337-8330, to discuss the matter."* Please adhere to this.

Should you have any questions, please feel free to contact me. Thank you for your time.

# Fernando Vazquez, Jr.

### Director, Professional Standards

2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

PERSONAL | **PASSIONATE** | **PROGRESSIVE**


Link to Customer Service Survey

1

88

**Eaton, David**

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Thursday, May 18, 2023 8:03 PM |
| **To:** | ^  ,-.@hotmail.com |
| **Subject:** | RE: Professional Standards Interview |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good evening- I hope this email finds you well. I wanted to follow-up with you with regards to the email below that was sent on 05/13/2023. Please respond back ASAP. Your assistance is greatly appreciated. I look forward to hearing back from you.

# Fernando Vazquez, Jr.
## Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

  | PASSIONATE | PROGRESSIVE

Link to Customer Service Survey

**From:** Vazquez, Fernando
**Sent:** Saturday, May 13, 2023 3:26 PM
**To:**          @hotmail.com
**Subject:** FW: Professional Standards Interview

Good afternoon Ms.        I- My name is Fernando Vazquez and I am the Director of Professional Standards for the District. My office is investigating the walkout that occurred at Terry park with the FMHS Baseball Team. I would like the opportunity to interview your son regarding this event. You are more than welcome to be present for the interview.

Please give me a call to discuss this matter and my request. You and your son's assistance with this matter is greatly appreciated. I look forward to hearing from you. Thank you for your time.

# Fernando Vazquez, Jr.
## Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

1

*89*



| PASSIONATE | PROGRESSIVE



Link to Customer Service Survey

**From:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>
**Sent:** Tuesday, May 2, 2023 4:21 PM
**To:**                    <          @hotmail.com>
**Cc:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Subject:** RE: Professional Standards Interview

Thank you for your email...I am carbon copying Mr. Vazquez on this email to ensure he is made aware of your wishes.



Principal
Fort Myers High School
2635 Cortez Blvd
Fort Myers FL 33901
239-334-2167 (p) ext.205
239-334-3005 (f)

Belief · Relator · Restorative · Developer · Learner

**From:**                 ı <          1@hotmail.com>
**Sent:** Tuesday, May 2, 2023 4:12 PM
**To:** Butz, Dr. Robert <RobertLB@LeeSchools.Net>
**Subject:** Professional Standards Interview

---

**NOTICE: This message originated from outside the District's network.**

---

Hello Dr. Butz,

I hope all is well. I did not receive the email you sent out as for some reason, some emails from the school do not come through on my business email. This is my personal email. I only know from          ı's response. I honestly thought this was all behind us or at least till the investigation is over. I am only interested at this point in getting my children graduated. I have stopped talking about this entire incident as it was a terrible experience for my son and my family for his senior year. I do not want to have to bring this up again to him as we are near the end of his senior year and only want to have a positive ending. As per our meeting, I expressed our feelings about the entire situation and how it was handled in our own opinion. The walk-out was done silently and it doesn't matter, at this point, who said what and did what. If Mr Vazquez needs to speak to my son, he will need to contact me directly.
Thank you

2

*90*

**Eaton, David**

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Saturday, June 10, 2023 6:03 PM |
| **To:** | Butz, Dr. Robert |
| **Subject:** | FMHS Walkout |

Good evening- I have a few questions with regards to the walkout that occurred:

- You were not present in town when this incident occurred, correct?
- When were you informed of a potential walkout?
  - By whom and what action was taken? What guidance was given as the principal?
- When were you told of the actual walkout?
  - By whom?
- Did you know before the night in question that there would be a walkout?
  - If so by whom?
- After the walkout, did anyone (admin, AD, coach, player, and/or parent) inform you that they were aware of the walkout prior to?
  - If so, who and what exactly was articulated?

Any relevant information regarding this matter please include. Your assistance is greatly appreciated.

# Fernando Vazquez, Jr.
### Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

NAL | **PASSIONATE | PROGRESSIVE**


Link to Customer Service Survey

1

91

## Eaton, David

| | |
|---|---|
| **From:** | Cato, Steven |
| **Sent:** | Monday, June 12, 2023 9:20 AM |
| **To:** | Vazquez, Fernando |
| **Subject:** | RE: Please Call |

See below for my responses to your additional questions and clarification to your bullet points.

**Steven Cato**
**Athletic Director**
**Fort Myers High School**
**239-334-2167 ext. 207**
stevenc@leeschools.net



**From:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Sent:** Saturday, June 10, 2023 5:43 PM
**To:** Cato, Steven <StevenC@LeeSchools.net>
**Subject:** RE: Please Call

Good afternoon- Than you for taking my call on 06/05/2023 at 12:56pm. Please see bullet points below that summarize the statement you provided. Please respond back verifying the information is accurate. If necessary make any edits and/or add an additional information that is relevant regarding this matter. Your assistance is greatly appreciated.

- When asked when you found out of a potential walkout, you stated, "Maybe 5pm the night of the game." I was told by Coach Jones (phone call). He had heard it from a parent or somebody."
- When asked if you told anyone in admin, you stated, "Yes...I told Dr. Butz (in Tenn.), Ms. Bernard, Ms. Grote, and Mr. LaRosa. I begged all admin to come to the game. It was a vital situation. I even offered the APs dinner to come to the game. I asked Mr. LaRosa and he said no because he had an FCA event. He said he would be there ASAP.
- You stated, "I had heard for months of a potential walkout. There was no way to know if it was actually going to happen. Had heard for months prior."

To clarify – There had been a rumor of a possible walkout or something of the sort for the baseball game on March 9th. There was no incident that happened at that game.

- You stated, "When I talked to Dr. Butz he said that we can't stop them if they walkout."

1

Ϟ

- When asked if anyone from admin spoke to the team about a potential walkout and what could occur, you stated, "No one presented that idea. Kelly Britton said we should cancel the game. Discussed with Dr. Butz but he said it would be unfair to cancel to the game as it would effect the kids who had nothing to do with it."
- You stated, "I told Coach Jones to call me if it happens...I planned on being there. I told him (Jones) there wasn't much we could do if they decide to walkout. "
- You stated that Grote could not make the game as she had to pack for a trip, Bernard had something, and Knight would be there in the dugout
- You stated, "Earlier Ms. Grote and I were in the office and we were told of a walkout. That day was a whirlwind. We had been reviewing the video of kid    ) waving at the coach."

This is not accurate. We were not told of a walkout earlier when I was in Ms. Grote's office. Me and Ms. Grote did review video of the wave incident in the hallway in her office earlier that day. When I received the call from Coach Jones was the first time I was informed there was a possibility of a walkout and that was around 5 pm as stated previously.

- You stated, "I did not want to be there but felt as the AD someone needed to be there...I needed to be there. This was the first game that Coach Burchfield wouldn't be at."
- You stated, "I called the Riverdale AD and gave him a heads up. I asked about an SRO and he said that if I felt I needed an SRO I should get one."
- You stated, "No parents called me directly, it was all hearsay. No kid said anything, I had no direct information. Only Coach Jones had heard from a parent that there could be a walkout."

Questions:

- Did Coach Jones indicate who the parent was that called him and informed him of the walkout?

I do not remember if Coach Jones told me that night what parent had informed him of the walkout.

- If you and Ms. Grote were in the office reviewing video and were informed of a possible walkout, why wasn't any action taken?
  - o Was this when you called and informed everyone or was that a different time in the day? Please be specific on time-line.

We were not informed of the possibility of a walkout earlier in the day when we were reviewing video. I was only notified of the possibility of the walkout by Coach Jones around 5 pm and then I called Dr. Butz and Mr. LaRosa to inform them and get guidance.

Again, thank you for your assistance with this matter.

## Fernando Vazquez, Jr.
### Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**
PERSONAL | **PASSIONATE | PROGRESSIVE**


Link to Customer Service Survey

**From:** Cato, Steven <StevenC@LeeSchools.net>
**Sent:** Sunday, June 4, 2023 7:52 AM

93

**To:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Subject:** Re: Please Call

I called you and left a message with your secretary with my cell number on Wednesday.

Steven Cato
Athletic Director
Fort Myers High School
stevenc@leeschools.net

> On Jun 3, 2023, at 9:10 PM, Vazquez, Fernando <FernandoV@leeschools.net> wrote:

Good evening- Please let's touch base next week. Thanks.

# Fernando Vazquez, Jr.
## Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

| PASSIONATE | PROGRESSIVE

<image001.png>

<image002.png>

<image003.png>

<image004.png>

<image005.png>

Link to Customer Service Survey

**From:** Cato, Steven <StevenC@LeeSchools.net>
**Sent:** Tuesday, May 30, 2023 6:47 PM
**To:** Vazquez, Fernando is <FernandoV@LeeSchools.net>
**Subject:** Re: Please Call

I will call you in the morning.

Steven Cato
Athletic Director
Fort Myers High School
stevenc@leeschools.net

3

*94*

On May 30, 2023, at 6:06 PM, Vazquez, Fernando <FernandoV@leeschools.net> wrote:

Good evening- Please give me a call at your earliest convenience as I need to aske you some questions with regards to FMHS baseball. Your assistance is greatly appreciated. Thanks and I look forward to speaking with you.

## Fernando Vazquez, Jr.
### Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

### THE SCHOOL DISTRICT OF LEE COUNTY

PERSONAL | PASSIONATE | PROGRESSIVE

<image001.png>

<image002.png>

<image003.png>

<image004.png>

<image005.png>

Link to Customer Service Survey

4

95

**Eaton, David**

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Monday, June 12, 2023 3:41 PM |
| **To:** | McIntosh Jr., Corris |
| **Subject:** | RE: FMHS baseball team |

Good afternoon- Mr. Hinson's case is still pending.

The only other thing I am inquiring about is the work that was/is being done on the baseball facility.

# Fernando Vazquez, Jr.
**Director, Professional Standards**
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**
 | PASSIONATE | **PROGRESSIVE**

Link to Customer Service Survey

**From:** McIntosh Jr., Corris <corrism@LeeSchools.net>
**Sent:** Monday, June 12, 2023 3:34 PM
**To:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Subject:** RE: FMHS baseball team

Good afternoon,

Is the investigation of Coach R. Hinson still ongoing?

Are there any other matters being investigated by Professional Standards regarding the FMHS Baseball case?

**From:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Sent:** Tuesday, April 11, 2023 12:40 PM
**To:** MCINTOSH, CORRIS <corrism@LeeSchools.net>
**Subject:** RE: FMHS baseball team

Good afternoon- As of right now the only action taken with regards to the Head Coach, K. Burchfield, he was removed from his coaching duties pending the investigation. With regards to the Assist. Coach, R. Hinson, a case has been opened through the Office of Professional Standards. He is suspended with pay pending the outcome of the investigation.

Please let me know if you need further information. Thanks.

# Fernando Vazquez, Jr.

1

**Director, Professional Standards**
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

 | **PASSIONATE** | **PROGRESSIVE**

Link to Customer Service Survey

**From:** MCINTOSH, CORRIS <corrism@LeeSchools.net>
**Sent:** Tuesday, April 11, 2023 12:25 PM
**To:** Vazquez, Fernando <FernandoV@LeeSchools.net>
**Subject:** FMHS baseball team

Good afternoon Fernando,

I am reaching out regarding the FMHS Baseball matter specifically with regard to the head coach. Please advise whether ORT was implemented to render the head coach's outcome.

# Corris L. McIntosh, Jr., Esq.

**Asst. School Board Attorney | Human Resources**
**Office of Legal Services**
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** (239) 337-8512
**f:** (239) 337-8683
corrism@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

 | **PASSIONATE** | **PROGRESSIVE**

Most written communication is a public record, available to the public and the media upon request. Therefore, this e-mail communication may be subject to public disclosure

2

97

**Eaton, David**

| | |
|---|---|
| **From:** | Fernando Vazquez (via Google Drive) <drive-shares-dm-noreply@google.com> |
| **Sent:** | Monday, July 3, 2023 5:56 PM |
| **To:** | Eaton, David |
| **Cc:** | Whittington, Melissa; Harris, Michael |
| **Subject:** | Folder shared with you: "R. Hinson/FMHS" |

**NOTICE: This message originated from outside the District's network.**

# Fernando Vazquez shared a folder

 Fernando Vazquez (fernandov@leeschools.net) has invited you to **contribute to** the following shared folder:

The videos for the R. Hinson file. Make note that there are four (4) videos. Need to document video 1 and 4 showing Mr. Hinson walking out.

R. Hinson/FMHS

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because fernandov@leeschools.net shared a file or folder located in Google Drive with you.                    Google Workspace

1

**Eaton, David**

| | |
|---|---|
| **From:** | Petrizzo, Lora |
| **Sent:** | Monday, April 24, 2023 9:51 AM |
| **To:** | Vazquez, Fernando |
| **Cc:** | Cato, Steven; Butz, Dr. Robert |
| **Subject:** | FMHS Baseball Contacts |
| **Attachments:** | Varsity Baseball Contact List.xlsx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Morning Fernando,

Please see attached contacts for FMHS baseball.

Thanks,

*Lora Petrizzo*
Bookkeeper/Athletic Secretary
239-334-2167, Ext. 209
Fort Myers High School
Home of the Greenwave



| Year | School | Sport | Level | Assigned Sport | First Name | Last Name | Grade |
|---|---|---|---|---|---|---|---|
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 12 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 12 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 9 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 9 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 12 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 10 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 12 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 9 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 12 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 9 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 10 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 11 |
| 2022-23 | Fort Myers | Baseball | Varsity | Baseball | | | 10 |



Home / Fort Myers High School coach accused of using racial slur

# Fort Myers High School coach accused of using racial slur

ARTICLE DETAILS ∨



An investigation is underway surrounding a Fort Myers High School baseball coach. That's because an assistant was accused of using a racial slur.

The district won't say for sure why the head coach hasn't been fired. Parents of the players say it's because the team was in turmoil.

Alex Carcioppolo, the assistant coach said in a message on Feb. 14, "Happy Valentine's Day," and then the racial slur.

The district confirmed with WINK News the coach was removed from his position within 24 hours of that message. Parents of players told WINK News the message was just the tip of the iceberg.



4/11/23, 7:46 AM                                    Fort Myers High School coach accused of using racial slur



Fort Myers High School. CREDIT: WINK News

Explaining the team had major problems with its coaching staff. The team started the season losing their first seven games. Each loss perpetuated the growing frustration felt by the coaching staff and team.

The district confirmed coach Kyle Burchfield got removed from his head coaching duties at Fort Myers High School on Wednesday, nearly two months after the racial slur incident took place.

Later that day, the team had a baseball game. But, because frustration had reached such a peak, some of the players walked off the field in the middle of the game, leading to the team forfeiting the game.

Parents of players told WINK News the principal of Fort Myers High School told them he would arrange individual meetings with each family on the baseball team to discuss the future of the program. But there is no specific time and place for those meetings for the time being.

Submit a correction

*Copyright ©2023 Fort Myers Broadcasting. All rights reserved.*
*This material may not be published, broadcast, rewritten, or redistributed without prior written consent.*

**Trending Now** ———



**Handling roosting bats before you need a permit**

April 10, 2023



*102*



Home / Lee County School Board, parents meet after FMHS assistant baseball coach's racial slur text

# Lee County School Board, parents meet after FMHS assistant baseball coach's racial slur text

ARTICLE DETAILS  ∨



Fort Myers High School baseball field. CREDIT: WINK News

Parents brought their frustrations over turmoil in their children's baseball team to the Lee County School Board on Tuesday night.

It stems from a message from the assistant coach at Fort Myers High School which said, "Happy Valentines Day," followed by a racial slur.

Angry parents and students made their thoughts known about what happened. The head coach and assistant coach have both been removed from the team.

Some parents believe there has been an overwhelming lack of leadership on the team, in the school and in the school district. Others believe the head coach was removed too soon and without explanation.

"It lacks a lot of qualities of ethics and morals," Jacqueline Perez, a community advocate said.

 he behavior. The lack of leadership," Perez said.

103

Perez is working closely with the families of players on the Fort Myers High School baseball team. She spoke to WINK News amid the investigation into the baseball program.

According to an email parents received from the athletic director, it's a Title Six investigation. Title Six is part of Federal Law prohibiting discrimination based on race in any program getting federal money.

"It's not about the game anymore. It's not it's all political," Madi Baron, a player's sister said.



"It's behavior that he should have put a stop to," Perez said. "He's the adult he's in charge, he has to set the culture, he has to be the leadership for that team."

WINK News broke the story of Alex Carcioppolo, the assistant coach for the Fort Myers High School baseball team, getting removed from his position with the team after sending a racial slur in a group chat message to the entire team and staff.

Less than 24 hours after the incident, Carcioppolo posted on Facebook about retiring from baseball.

"He should have corrected it. He should have never utilized that language," Perez said.

WINK News also broke the development in the story when Kyle Burchfield, the head coach for the Fort Myers High School baseball team, was also removed from his position on Wednesday, April 5.

This was confirmed by the Lee County School District.

The frustrations of the last few months culminating with the head coach's removal led to a boiling point at the team's last game, which happened just hours after Burchfield was removed.

*104*

While their kids were playing on the same team, parents were at war with each other. Especially after some players walked off the field because they were fed up with the school program.

Regardless of others wanting to finish the game, they had to forfeit, losing their last game of the season.

Parents of players at the Lee County School Board openly displayed their frustration.

"I was absolutely shocked to see this. This is not the man that I had known him to be," former player J          r said.

"Not one black team member was told about the walkout. So they weren't able to participate,"          a player's parent said.

"It was planned only for two black kids to be left behind. This is 100% premeditated, malicious,"          said.

Some parents didn't want to speak with WINK News on camera fearing it may jeopardize saving the season.

WINK News reached out to the school district and said because of an ongoing investigation, it is "inappropriate to comment at this time."

Submit a correction

Copyright ©2023 Fort Myers Broadcasting. All rights reserved.
This material may not be published, broadcast, rewritten, or redistributed without prior written consent.

**Trending Now** ———



**Wet Wednesday afternoon with scattered storms**
April 12, 2023



▪ FORT MYERS
**Lee County School Board, parents meet after FMHS assistant baseball coach's racial slur text**
April 11, 2023



▪ NAPLES
**Concerning policy changes at summer camp in Naples**
April 11, 2023



▪ NAPLES
**Remaining questions, concerns after Naples Police Department break-in**
April 11, 2023



**Tax Season 2023: What you need to know filing your 2022 returns**
April 11, 2023



105

**Home** / Families of Fort Myers High Baseball team allege racism, prejudice in fiery School Board meeting

# Families of Fort Myers High Baseball team allege racism, prejudice in fiery School Board meeting

ARTICLE DETAILS  ∨



Families of the Fort Myers High School baseball team are alleging racism and prejudice in the team program and in the school district. They made their voices heard Tuesday night at a public school board meeting.

Families are upset because they said the team walkout last week was not even ioned to the black kids on the team, and for months their children have been subject

*106*

to prejudicial behavior in the baseball program.

The parents have confided in local advocates and the NAACP.

"After that day, he's lost all respect for Fort Myers," Maddie _____, a sister to one of the players said.

It all started with a text message.

The text, sent by assistant baseball coach Alex Carcioppolo to the Fort Myers High School Baseball program group chat in February, read "Happy Valentines Day," followed by a racial slur.



The incident was reported to the school and the School District of Lee County. As a result, WINK News broke the news that Carcioppolo was removed from his position with the team less than 24 hours after the message was sent.

"The baseball team needs more diversity. There's a systemic practice of racism that has taken place in the district," NAACP representative James Muwakkil said.

That text message, according to an email parents received from the school's athletic director, sparked a Title VI investigation into the school's baseball program. Title VI of

*107*

the Civil Rights Act of 1964 protects people from discrimination based on race, color or national origin in programs or activities that receive federal financial assistance.

Nearly two months into the investigation, the team's head coach Kyle Burchfield was removed from his position on Wednesday, April 5. WINK News also broke this news after confirming with LCSD.

Frustrations with the baseball program over the last few months, culminating in Burchfield's removal, led to a boiling point at the team's most recent game, which happened just hours after Burchfield was removed.



The majority of the baseball team walked off the field in the middle of the game in protest of the recent turmoil.

Parents, with children who played on the same team, were at war with each other, getting into a shouting match outside the field that had to be de-escalated by law enforcement. Regardless of others wanting to finish the game, the team had to forfeit.



WINK News broke the news that this incident was reported to the FHSAA, which has yet to make a ruling on the case.

Parents then brought their frustrations and concerns of outright racism to the Lee County School Board on Tuesday night.

Some parents believe there has been an overwhelming lack of leadership on the team, in the school and in the district. Others believe the head coach was removed too soon and without explanation. One parent told WINK News that she believes deliberate racism and prejudice led to the team's derailment over the last few months.

"Not one Black team member was told about the walkout. So they weren't able to participate,"                , the parent of a player said. "It was planned only for two Black kids to be left behind. This is 100% premeditated and malicious."

"This has left me to question the ethics and behavior by peers and adults witnessed by impressionable young men,"                ; the parent of one of two Black players on the team said.

"It's not about the game anymore. It's not it's all political," Madi          , a player's sister said.          's brother, who is still on the team, wants to transfer schools because of what is taking place.

Some parents didn't want to speak with WINK News on camera, fearing it may jeopardize saving the season.

"It's behavior that he should have put a stop to," Jacqueline Perez said of the now former Head Coach. "He's the adult. He's in charge, he has to set the culture, he has to be the leadership for that team."

Perez is working closely with the families of players on the Fort Myers High School baseball team. She spoke to WINK News amid the investigation into the baseball       am.

"He should have corrected it. He should have never utilized that language," Perez also said of Carcioppolo's racial slur.

"I was absolutely shocked to see this. This is not the man that I had known him to be," former player .                          said of Carcioppolo.

WINK News reached out to the school district which said because this is an ongoing investigation, it is "inappropriate to comment at this time." The team's game on Wednesday, April 12, was canceled in light of recent events.

**Submit a correction**

*Copyright ©2023 Fort Myers Broadcasting. All rights reserved.*

*This material may not be published, broadcast, rewritten, or redistributed without prior written consent.*

## Trending Now ———

### Thursday features chance for isolated storms and warmer afternoon temperatures

April 13, 2023



- FORT MYERS

### Wisner Desmaret found guilty of murder; penalty phase begins Thursday

April 12, 2023



- FORT MYERS

### FGCU student arrested after social media threat

April 12, 2023



- FORT MYERS

### Families of Fort Myers High Baseball team allege racism, prejudice in fiery School Board meeting

April 12, 2023



# News-Press.

**HIGH SCHOOL**

# Fort Myers baseball coach removed amid Lee School's discrimination claim investigation



**Dustin B Levy**
Fort Myers News-Press

Published 11:48 a.m. ET April 11, 2023 | **Updated 12:11 p.m. ET April 11, 2023**

The future of the Fort Myers High School baseball season is uncertain amid the removal of two coaches and an ongoing Lee County School District discrimination investigation.

Kyle Burchfield, the Green Wave's head coach since 2020, was removed from his post last Wednesday, according to an email sent to parents that day by Fort Myers High Principal Robert Butz. Lee County School District spokesperson Rob Spicker declined to cite the cause of his firing.

That followed second-year assistant coach Alex Carcioppolo being removed on Feb. 16 for using a racial slur on Feb. 14 in a team group message. A screenshot of the team's GroupMe chat with the slur was sent to The News-Press. Spicker said the slur was the cause of Carcioppolo's dismissal as a coach and "That incident is closed and complete."

Members of the Fort Myers baseball team staged a walkout after the first out of their game against Estero at Terry Park on Thursday in protest of their coach's removal, according to Fort Myers and Estero High parents.

Butz sent an email to the parents of players on Easter Sunday in response to the walkout and subsequent forfeit.

"On Tuesday, I will be setting up meetings individually with parents to have conversations about the rest of the season and a plan moving forward," Butz wrote in the email. He added that the walkout and forfeit have been reported to the FHSAA.

**More:** 2023 Midseason Report: Accolades, surprises, updated rankings for Southwest Florida baseball

**More:** Meet the 2022 News-Press All-Area Baseball Team

The Green Wave's first scheduled game since the walkout was supposed to be at Parrish Community on Wednesday night but a Parrish Community official said that game has been canceled.

Case 2:24-cv-00142-WPD-PMH    Document 81-1    Filed 06/12/26    Page 142 of 196
PageID 1088
4/11/23, 3:00 PM                    Fort Myers baseball: Coach removed, Lee County investigates discrimination

Fort Myers athletic director Steve Cato sent an email to Green Wave baseball parents on March 8 which read in part there was "an open Title VI investigation (discrimination/harassment based on race, color, ethnicity, national origin) by the School District of Lee County occurring at Fort Myers High School."

Spicker said he could not confirm nor deny that there is an investigation ongoing because Title VI investigations are confidential.

Butz did not immediately respond to a request for comment and, when reached, Cato deferred comment to the school district.

When reached, Burchfield said he could not comment at this time because of the investigation.

The Green Wave went 48-15 in Burchfield's first three seasons before starting 7-11 this year. He was The News-Press Baseball Coach of the Year last season after leading Fort Myers to a 21-7 record. Burchfield played collegiately at FGCU and North Georgia University. He also coaches with the East Cobb Astros travel organization in the summer and fall and, according to his East Cobb bio, he is a scout for the Atlanta Braves.

Carcioppolo, a Fort Myers graduate and former Marine, played college baseball at Campbellsville University. He has served in coaching roles at Cypress Lake, Dunbar, and Southwest Florida Christian Academy.

Carcioppolo could not be reached for comment.

## Fort Myers baseball team's remaining schedule

4/12: @ Parrish Community (canceled)

4/14: vs. Gulf Coast

4/17: @ Ida Baker

4/19: @ Lemon Bay

4/20: vs. Riverdale

4/25: @ Island Coast

4/27: @ Mariner



113

# News-Press.

**HIGH SCHOOL**

# Fort Myers High School baseball coach removed amid Lee Schools' discrimination investigation



**Dustin B Levy**
Fort Myers News-Press

Published 11:48 a.m. ET April 11, 2023 | Updated 8:51 p.m. ET April 11, 2023

The future of the Fort Myers High School baseball season is uncertain amid the removal of two coaches and an ongoing Lee County School District discrimination investigation.

Kyle Burchfield, the Green Wave's head coach since 2020, was removed from his post last Wednesday, according to an email sent to parents that day by Fort Myers High Principal Robert Butz. Lee County School District spokesperson Rob Spicker declined to cite the cause of his firing.

That followed second-year assistant coach Alex Carcioppolo being removed on Feb. 16 for using a racial slur on Feb. 14 in a team group message. A screenshot of the team's GroupMe chat with the slur was sent to The News-Press. Spicker said the slur was the cause of Carcioppolo's dismissal as a coach and "That incident is closed and complete."

Members of the Fort Myers baseball team staged a walkout after the first out of their game against Estero at Terry Park on Thursday in protest of their coach's removal, according to Fort Myers and Estero High parents.

Butz sent an email to the parents of players on Easter Sunday in response to the walkout and subsequent forfeit.

"On Tuesday, I will be setting up meetings individually with parents to have conversations about the rest of the season and a plan moving forward," Butz wrote in the email. He added that the walkout and forfeit have been reported to the FHSAA.

**More:** 2023 Midseason Report: Accolades, surprises, updated rankings for Southwest Florida baseball

**More:** Meet the 2022 News-Press All-Area Baseball Team

The Green Wave's first scheduled game since the walkout was supposed to be at Parrish Community on Wednesday night but a Parrish Community official said that game has been canceled.

Fort Myers athletic director Steve Cato sent an email to Green Wave baseball parents on March 8 which read in part there was "an open Title VI investigation (discrimination/harassment based on race, color, ethnicity, national origin) by the School District of Lee County occurring at Fort Myers High School."

Spicker said he could not confirm nor deny that there is an investigation ongoing because Title VI investigations are confidential.

Butz did not immediately respond to a request for comment and, when reached, Cato deferred comment to the school district.

When reached, Burchfield said he could not comment at this time because of the investigation.

The Green Wave went 48-15 in Burchfield's first three seasons before starting 7-11 this year. He was The News-Press Baseball Coach of the Year last season after leading Fort Myers to a 21-7 record. Burchfield played collegiately at FGCU and North Georgia University. He also coaches with the East Cobb Astros travel organization in the summer and fall and, according to his East Cobb bio, he is a scout for the Atlanta Braves.

Carcioppolo, a Fort Myers graduate and former Marine, played college baseball at Campbellsville University. He has served in coaching roles at Cypress Lake, Dunbar, and Southwest Florida Christian Academy.

Carcioppolo could not be reached for comment.

## Fort Myers baseball team's remaining schedule

4/12: @ Parrish Community (canceled)

4/14: vs. Gulf Coast

4/17: @ Ida Baker

4/19: @ Lemon Bay

4/20: vs. Riverdale

4/25: @ Island Coast

4/27: @ Mariner

# News-Press.

HIGH SCHOOL

# Fort Myers High School baseball: 5 things to know about how the season unraveled



**Dustin B Levy**
Fort Myers News-Press

Published 4:02 p.m. ET April 17, 2023

A tumultuous season for the Fort Myers baseball team came to an end last week when Fort Myers High School Principal Robert Butz on Thursday canceled the remainder of the season.

This decision followed the dismissal of two coaches, a Title VI discrimination investigation involving a racial slur made by one of the assistant coaches and a walkout during a game by its players that led to a forfeit.

The Florida High School Athletic Association has sanctioned the school for forfeiting the game.

**Kyle Burchfield removed from post:** Fort Myers High School baseball coach removed amid Lee Schools' discrimination investigation

Here are 5 things to know about how we got here:

## Why was the Fort Myers High School baseball season canceled?

In an email to parents of players on the team, Butz explained there was no "viable path forward" after meeting with every baseball family and evaluating all options.

Fort Myers (7-11) had six regular-season games left and at least one district playoff game.

On March 8, Fort Myers athletic director Steve Cato informed team parents that the Title VI investigation had been opened after assistant coach Alex Carcioppolo had posted a message on the team group chat that read, "Happy Valentine's Day," followed by a racial slur. He was fired two days later.

Head coach Kyle Burchfield was removed April 5 and a day later, the players staged a walkout during a game against Estero High at Terry Park, which resulted in a forfeit.

"Our staff will also be working on ways to facilitate the healing of our players," Butz wrote to team families.

## When was Alex Carcioppolo fired and Kyle Burchfield removed from coaching?

Carcioppolo was removed on Feb. 16, two days after his comment in the group chat, which was obtained by The News-Press via screenshot.

Burchfield was removed from his coaching position on April 5 with no cause given by the school district. He remains at the school as a social studies teacher.

Assistant coach Rob Hinson was suspended from his teaching and coaching duties pending a district investigation into the walkout, according to school district spokesperson Rob Spicker.

## What happened at Terry Park?

Cato self-reported the forfeit to the Florida High School Athletic Association for unsportsmanlike conduct.

"Players walked out of the dugout in protest of an ongoing situation (within) the baseball program," he wrote in his report to the FHSAA.

Players began to vacate the field after the first out, according to Michael James with the South Gulf Umpires Association.

"Fort Myers no longer had enough players to continue the contest," James wrote. "The head coach indicated that Fort Myers was forfeiting the contest."

Fort Myers head boys basketball coach Keeth Jones was serving as the interim head baseball coach.

Cato said in his report that the school was trying to identify the players and coaches involved in the walkout, but noted Jones remained in the dugout and "should not be held liable."

The FHSAA sanctioned Fort Myers for the incident, which included a $500 fine.

## How does a Title VI investigation work?

Title VI of the Civil Rights Act prohibits discrimination based on race, color or national origin in any program or activity that receives federal funding, like a public high school in the case of the Fort Myers baseball team.

Title VI complaints are reported to "the appropriate School District official," according to Lee County School District policy. Complaints can be submitted anonymously and within 20 school days of the alleged harassment, discrimination or retaliation.

The complaint can lead to an investigation if the report is deemed to have an "appropriate factual basis."

The investigator — who is a site-based administrator, equity coordinator or the District Directors of Professional Standards and Equity Student Services and Personnel Services — has 20 school days to render a determination based on interviews with the complainant, those whom the complaint has been filed against and others who might have knowledge of alleged incidents.

The investigator's findings will be submitted to the principal and "appropriate district director," who will make a recommendation for the superintendent's approval.

Disciplinary actions can rise to the level of expulsion for students or termination for employees.

## What penalties will Fort Myers suffer for ending their season early?

In addition to the $500 fine, the sanctions for the forfeit against Estero included a requirement to cover the cost of the umpires and a requirement to cover any of Estero's lost gate revenue, according to a determination by FHSAA Associate Executive Director for Athletics Services Scott Jamison.

There will be no further actions against Fort Myers for canceling the rest of the games on their schedules as those can be handled locally, according to FHSAA administrator Jamie Rohrer.



# Fort Myers High School baseball coach fired after sending inappropriate text to players

By **Ashley Graham** — 9 hours Ago

118

FORT MYERS, Fla. — Two baseball coaches at Fort Myers High School were dismissed in recent months, according to the School District of Lee County.

The district said assistant coach Alex Carcioppolo sent an inappropriate text to members of the boys varsity baseball team.

A parent of one of the players sent NBC2 a screenshot of the conversation, showing a message containing the sentence "Happy Valentine's Day n*****." Carcioppolo was removed on February 16.

Head Coach Kyle Burchfield was removed on April 5, a district spokesperson said. The district has not confirmed why Burchfield was removed from his position.

The head basketball coach has stepped in as interim coach for the baseball team.

Count on NBC2 to bring you any updates on this developing story.

| Collapse |
| --- |

*Crawl, *Top News, High School Sports, Lee County, Local, News

baseball coach    Fired    Fort Myers High School    inappropriate conduct

## Related Content

### Evacuations ordered as massive industrial fire burns in Indiana





4:42

2

taken a toll on you and your family.  I know how much this program means to you...,hang in there.

Parents are already requesting meetings with the school board

#westandforburch 💜

Kids just walked off the field

family made it about them and tried to apologize to that this was not about his family it was about coach burchfield.  And he responded that because they walked off it looked like it was about them cuz and were still on the field.  Then parents started chiming in and it was getting loud.  Then it just got out of hand. Cops broke it up

I heard. That's unfortunate



## Eaton, David

| | |
|---|---|
| **From:** | Vazquez, Fernando |
| **Sent:** | Wednesday, July 12, 2023 9:19 PM |
| **To:** | Bradley, Charles |
| **Cc:** | Eaton, David |
| **Subject:** | FMHS Baseball |

Good evening Mr. Bradley- We are finalizing Mr. Hinson, FMHS Baseball Coach, investigation and we need to document a section for the Title VI investigation you conducted. You stated to me that your investigation determined that there was no violation, Title VI. Please confirm this and include any and all information relevant for our case from your investigation so it can be documented in Mr. Hinson's District investigation.

If this can be done tomorrow or Friday it would be very much appreciated as we will be able to schedule the pre-determination hearing for the week of 07/24/2023. Your assistance is greatly appreciated.

## Fernando Vazquez, Jr.
### Director, Professional Standards
2855 Colonial Blvd, Fort Myers, FL 33966
**o:** 239-461-8441
**f:** 239-335-1507
fernandov@leeschools.net
www.leeschools.net

**THE SCHOOL DISTRICT OF LEE COUNTY**

| **PASSIONATE** | **PROGRESSIVE**

Link to Customer Service Survey

1

122

4/10/23, 8:20 AM

Booking – Lee County Sheriff's Office



## Person

**Name**
HINSON, ROBERT J
**Number**
155719
**DOB**
4/28/1972
**Race**
W
**Sex**
M
**Height**
5" "
**Weight**
180lbs
**Address**
5025 BANKER ST LEHIGH ACRES FL 33936

## Booking

**Number**
270372
**Booked On**
5/25/2002, 3:38:33 AM
**Housing**
**Status**
Released
**Released On**
5/25/2002, 12:06:20 PM



123

4/10/23, 8:20 AM                                                    Booking – Lee County Sheriff's Office



OFF

**Arrest By** LEE COUNTY SHERIFFS OFFICE

Bond

**Type**
**Amount**
Not Set
**Paid On**
Court

**Location**
**Case#**
# BK-270372
**Hearing**
6/10/2002, 8:00:00 AM

**Contact Us**



📞    Emergencies  (Voice.Text.TTY)

📞              Non-Emergencies

📞    TTY Non Emergency    24hrs toll free voice and TTY

📞              Main Jail

📞              Corrections Core

**Locations**

Headquarters

14750 Six Mile Cypress, Fort Myers, FL 33912

Main Jail

2115 Martin Luther King Blvd, Fort Myers, FL 33901

**Quick Links**

**Follow Us**

Follow the latest news and updates on our social media platforms.

4/10/23, 8:19 AM

Booking – Lee County Sheriff's Office



### Person

**Name**
HINSON, ROBERT J
**Number**
155719
**DOB**
4/28/1972
**Race**
W
**Sex**
M
**Height**
5" "
**Weight**
180lbs
**Address**
5025 BANKER ST LEHIGH ACRES FL 33936

### Booking

**Number**
196547
**Booked On**
2/13/1999, 9:15:00 AM
**Housing**
**Status**
Released
**Released On**
2/14/1999, 12:44:22 PM



4/10/23, 8:19 AM

Booking – Lee County Sheriff's Office



**Arrest By** LEE COUNTY SHERIFFS OFFICE

Bond

**Type**
**Amount**
Not Set
**Paid On**
Court

**Location**
**Case#**
# BK-196547
**Hearing**
3/8/1999, 8:30:00 AM

**Contact Us**

📞 Emergencies (Voice,Text,TTY)

📞 Non-Emergencies

📞 TTY (for Emergency    24hrs toll free voice and TTY

📞 Main Jail

📞 Corrections Core

**Locations**

Headquarters

14750 Six Mile Cypress, Fort Myers, FL 33912

Main Jail

2115 Martin Luther King Blvd, Fort Myers, FL 33901

**Quick Links**

**Follow Us**

Follow the latest news and updates on our social media platforms.



# PRINCIPLES OF PROFESSIONAL CONDUCT FOR THE EDUCATION PROFESSION IN FLORIDA

## Rule 6A-10.081, Florida Administrative Code, Principles of Professional Conduct for the Education Profession in Florida.

(1) Florida educators shall be guided by the following ethical principles:

(a) The educator values the worth and dignity of every person, the pursuit of truth, devotion to excellence, acquisition of knowledge, and the nurture of democratic citizenship. Essential to the achievement of these standards are the freedom to learn and to teach and the guarantee of equal opportunity for all.

(b) The educator's primary professional concern will always be for the student and for the development of the student's potential. The educator will therefore strive for professional growth and will seek to exercise the best professional judgment and integrity.

(c) Aware of the importance of maintaining the respect and confidence of one's colleagues, of students, of parents, and of other members of the community, the educator strives to achieve and sustain the highest degree of ethical conduct.

(2) Florida educators shall comply with the following disciplinary principles. Violation of any of these principles shall subject the individual to revocation or suspension of the individual educator's certificate, or the other penalties as provided by law.

(a) Obligation to the student requires that the individual:

1. Shall make reasonable effort to protect the student from conditions harmful to learning and/or to the student's mental and/or physical health and/or safety.

2. Shall not unreasonably restrain a student from independent action in pursuit of learning.

3. Shall not unreasonably deny a student access to diverse points of view.

4. Shall not intentionally suppress or distort subject matter relevant to a student's academic program.

127

5. Shall not intentionally expose a student to unnecessary embarrassment or disparagement.

6. Shall not intentionally provide classroom instruction to students in kindergarten through grade 3 on sexual orientation or gender identity.

7. Shall not intentionally violate or deny a student's legal rights.

8. Shall not harass or discriminate against any student on the basis of race, color, religion, sex, age, national or ethnic origin, political beliefs, marital status, handicapping condition, sexual orientation, or social and family background and shall make reasonable effort to assure that each student is protected from harassment or discrimination. Discrimination on the basis of race, color, national origin, or sex includes subjecting any student to training or instruction that espouses, promotes, advances, inculcates, or compels such student to believe any of the concepts listed in Section 1000.05(4)(a), F.S.

9. Shall not exploit a relationship with a student for personal gain or advantage.

10. Shall keep in confidence personally identifiable information obtained in the course of professional service, unless disclosure serves professional purposes or is required by law.

(b) Obligation to the public requires that the individual:

1. Shall take reasonable precautions to distinguish between personal views and those of any educational institution or organization with which the individual is affiliated.

2. Shall not intentionally distort or misrepresent facts concerning an educational matter in direct or indirect public expression.

3. Shall not use institutional privileges for personal gain or advantage.

4. Shall accept no gratuity, gift, or favor that might influence professional judgment.

5. Shall offer no gratuity, gift, or favor to obtain special advantages.

(c) Obligation to the profession of education requires that the individual:

1. Shall maintain honesty in all professional dealings.

2. Shall not on the basis of race, color, religion, sex, age, national or ethnic origin, political beliefs, marital status, handicapping condition if otherwise qualified, or social and family background deny to a colleague professional benefits or advantages or participation in any professional organization.

128

3. Shall not interfere with a colleague's exercise of political or civil rights and responsibilities.

4. Shall not engage in harassment or discriminatory conduct which unreasonably interferes with an individual's performance of professional or work responsibilities or with the orderly processes of education or which creates a hostile, intimidating, abusive, offensive, or oppressive environment; and, further, shall make reasonable effort to assure that each individual is protected from such harassment or discrimination.

5. Shall not make malicious or intentionally false statements about a colleague.

6. Shall not use coercive means or promise special treatment to influence professional judgments of colleagues.

7. Shall not misrepresent one's own professional qualifications.

8. Shall not submit fraudulent information on any document in connection with professional activities.

9. Shall not make any fraudulent statement or fail to disclose a material fact in one's own or another's application for a professional position.

10. Shall not withhold information regarding a position from an applicant or misrepresent an assignment or conditions of employment.

11. Shall provide upon the request of the certificated individual a written statement of specific reason for recommendations that lead to the denial of increments, significant changes in employment, or termination of employment.

12. Shall not assist entry into or continuance in the profession of any person known to be unqualified in accordance with these Principles of Professional Conduct for the Education Profession in Florida and other applicable Florida Statutes and State Board of Education Rules.

13. Shall self-report within forty-eight (48) hours to appropriate authorities (as determined by district) any arrests/charges involving the abuse of a child or the sale and/or possession of a controlled substance. Such notice shall not be considered an admission of guilt nor shall such notice be admissible for any purpose in any proceeding, civil or criminal, administrative or judicial, investigatory or adjudicatory. In addition, shall self-report any conviction, finding of guilt, withholding of adjudication, commitment to a pretrial diversion program, or entering of a plea of guilty or Nolo Contendere for any criminal offense other than a minor traffic violation within forty-eight (48) hours after the final judgment. When handling sealed and expunged records disclosed under this rule, school districts shall comply with the confidentiality provisions of Sections 943.0585(4)(c) and 943.059(4)(c), F.S.

14. Shall report to appropriate authorities any known allegation of a violation of the Florida School Code or State Board of Education Rules as defined in Section 1012.795(1), F.S.

15. Shall seek no reprisal against any individual who has reported any allegation of a violation of the Florida School Code or State Board of Education Rules as defined in Section 1012.795(1), F.S.

16. Shall comply with the conditions of an order of the Education Practices Commission imposing probation, imposing a fine, or restricting the authorized scope of practice.

17. Shall, as the supervising administrator, cooperate with the Education Practices Commission in monitoring the probation of a subordinate.

*Rulemaking Authority 1001.02, 1012.795(1)(j) FS. Law Implemented 1012.795 FS. History–New 7-6-82, Amended 12-20-83, Formerly 6B-1.06, Amended 8-10-92, 12-29-98, Formerly 6B-1.006, Amended 3-23-16, 11-22-22.*

130

# ARTICLE 6 – WORKING CONDITIONS

6.01 - PHYSICAL FACILITIES

(1) Facilities Planning: The Board shall involve teachers in the preparation of educational specifications for school facilities. The specifications shall be used in the planning and construction of new facilities and in the planning of additions or the remodeling of existing facilities. These specifications will be used, at the discretion of the Board. Such specifications may include:

(a) Room Assignment: teaching room/station for each teacher commensurate with the design capacity of the school;

(b) Dining Area: teacher dining area;

(c) Lounge: teacher preparation/rest areas and furnishings;

(d) Restrooms: adult rest room facilities;

(e) Conference Rooms: conference rooms;

(f) Temperature: climate control;

(g) Parking Area: designated employee parking area;

(h) Supplies: instructional equipment; .

(i) Boards: chalk boards and tack board areas;

(j) Safety/Security: building and grounds safety and security provisions;

(k) Maintenance: custodial and maintenance provisions;

(l) Sound: acoustical control.

(2) Storage: Each teacher shall have a securable storage space for teaching materials and equipment.

(3) Safe and Secure Conditions: Adequate, clean, safe and sanitary working conditions shall be provided for all employees. No employee shall be required to work in conditions that are not safe or secure or perform tasks which endanger health and safety. The site supervisor or principal shall, in consultation with the department responsible for safety and security, whenever possible, make an initial determination as to whether an unsafe working condition exists.

(4) Reporting Unsafe Conditions: An employee who becomes aware of an unsafe working condition shall immediately report the situation to their supervisor. A safety/security deficiency form shall be provided to employees either by electronic file or by hardcopy for reporting purposes. The supervisor shall investigate and initiate whatever corrective action they deem appropriate with consultation and notice given to the department responsible for safety and security. If the employee believes that the condition has not been corrected, they may report it to the School Safety/Security Committee in writing on the Safety/Security Deficiency Form. All hard copies of the Safety/Security Deficiency Form shall be directed to the Safety & Security department.

6.02 - PROTECTION OF PERSON

(1) Injury: The District assures employees of its support when employees have followed the laws and regulations of the State and the policies of the Board in carrying out their responsibility. An employee involved in injury to themselves, a student or another employee shall immediately report same to their immediate supervisor and thereafter make such written reports as necessary to comply with School Board Policy.

(2) Student Discipline: The teacher's responsibility for the control and direction of students shall be exercised throughout the campus of each school and is not limited to a specific group of children or classroom. If in the judgment of the teacher a student requires the attention of the principal or other school or District staff specialist, the teacher shall so inform the principal or their designee on the appropriate school form. If administrative assistance is provided, the teacher shall receive a written statement of the specific action taken within five (5) days. Individual records of student discipline, where available, will be accessible to teachers as an aid for determining disciplinary recommendations concerning particular students.

(3) Workplace Civility: Employees shall not engage in speech, conduct, behavior (verbal or nonverbal), or commit any act of any type which is reasonably interpreted as abusive, profane, intolerant, menacing, intimidating, threatening, or harassing against any person in the workplace.

(4) District Support: The District assures employees of its support if an employee's conduct is in accordance with applicable state and federal laws, regulations, and board policy. In carrying out their responsibility for maintaining good discipline, an employee shall impose classroom discipline consistent with administrative direction. In the event that an employee feels it is necessary to protect themselves or others from injury, the employee may refer to board policy and/or Florida Statute 1003.32.

(5) Assault: Any case of assault upon a teacher which occurs in the line of duty shall promptly be reported to the principal. The District shall provide legal advice to the teacher concerning their rights and obligations with respect to such assault, and its legal assistance to the teacher in connection with handling of the incident by law enforcement and judicial authorities. In such event, the following shall apply:
    (a) Legal Proceedings: Time for appearance before a judicial body or legal authority shall result in no loss of salary or reduction of accumulated leave.
    (b) Criminal Actor: Where a teacher is found guilty of a criminal charge related to the incident by a court of competent jurisdiction, the District shall be immediately released from further responsibility to the teacher.
    (c) Injury: In the case of injury occurring under such circumstances, the teacher shall provide a written statement from a licensed medical physician regarding the extent and nature of injuries sustained. A teacher shall be entitled to illness or injury In-Line-Of-Duty Leave as provided by Florida Statute 1012.63, and Article 12.02(2) of this Agreement. After ten (10) work days, the teacher shall receive the salary difference between Workers' Compensation and regular salary under emergency sick leave status, for such term and under such conditions as the District shall deem appropriate after medical consultation.

(6) Harassment or Discrimination: The District is committed to ensuring equity in school programs and employment practices. The District prohibits harassment and discrimination as provided in Florida Statute 100.05 and School Board Policy 1.23. Employees who feel they have been harassed or discriminated against are encouraged to submit a complaint in accordance with board policy.

(7) Nursing Mothers: Protections shall be granted to nursing mothers in accordance with applicable state and federal laws, including Section 7 of the Fair Labor Standards Act. Nursing mothers will be provided with reasonable break time to express breastmilk for one year after a child's birth. The

District will provide a place, other than a bathroom, that is shielded from view and free from intrusion by co-workers and the public, which may be used by an employee to express breastmilk. Employees must keep their immediate supervisor informed of their needs so that appropriate accommodations can be made with minimal disruption to the employee and the worksite. Nursing mothers who feel they have been denied appropriate accommodations are encouraged to contact Human Resources. Nothing herein shall be construed to expand these protections beyond the limits of applicable state and federal law.

(8) Domestic or Sexual Violence: Protections shall be granted to employees who are victims of domestic or sexual violence in accordance with Florida Statute 743.313. Employees will be provided with leave in accordance with Article 12. The District will ensure that related public records exemptions are provided, may refer reported cases to the appropriate Threat Assessment Team for review, and will allow employees to request a temporary transfer or reassignment. Employees must keep their immediate supervisor informed of their needs so that appropriate accommodations can be made with minimal disruption to the employee and the worksite. Employees who feel they have been denied appropriate accommodations are encouraged to contact Human Resources. Nothing herein shall be construed to expand these protections beyond the limits of applicable state and federal law.

6.03 - PROTECTION OF PERSONAL PROPERTY: The Board shall reimburse each teacher if either of the following occurs while the teacher is discharging their duties in accordance with their job description:

(1) Criminal Act: Loss or damage to items of clothing and related personal property worn or carried about the person which is damaged or destroyed as a result of an assault, less any amount paid by insurance.

(2) Negligence: Loss or damage of personal property as a result of negligence by the building administrator or their designee as determined by the appropriate administrator of the Property/Casualty Loss Program within the guidelines of the current Property/Casualty liability guidelines. The total liability of the Board under this section, per teacher occurrence, shall not exceed six hundred dollars ($600) less any amount reimbursed by insurance. A proof of loss statement, including verified replacement value, shall be provided by the teacher.

6.04 - ALCOHOL, TOBACCO, AND DRUG-FREE WORKPLACE: Campuses shall be tobacco/smoke-free at all times, including e-Cigarettes and/or vapor cigarettes, per School Board Policy 5.37. No employee shall possess, consume, be under the influence of (as defined by the prevailing legal limit) or sell alcoholic beverages or manufacture, distribute, dispense, possess or use alcoholic beverages on the job or in the workplace. Employees are prohibited from using, distributing, manufacturing, processing, selling, cultivating or attempting to sell illegal, controlled substances at any time whether on or off duty or on or off District property.

(1) Notice of Arrest: As a condition of employment, each employee shall: abide by the terms of this article and notify the appropriate administrator of any arrest/charges involving the sale and/or possession of drugs within 48 hours of any such arrest/charge.

(2) Notice of Conviction: The District shall take one or more of the following actions, within thirty (30) days of receiving such notice, with respect to any employee who is so convicted:
    (a) Program Participation: Require such an employee to participate satisfactorily in a drug abuse

assistance or rehabilitation program approved for such purposes by a federal, state or local health, law enforcement, or other appropriate agency.

(b) Failure to Participate: If the employee fails to satisfactorily participate in a drug abuse assistance or rehabilitation program, the District will recommend non-reappointment, suspension, or termination the employee.

(c) Other Personnel Action: Take other appropriate personnel action, up to and including termination.

(3) Alcohol, Tobacco, or Drug Testing: All alcohol, tobacco, or drug testing shall be conducted in accordance with District policy and procedures.

(a) Mandatory: Safety sensitive positions, including those defined by the U.S. Department of Transportation standards, may be required to submit to alcohol, tobacco, or drug testing on a random basis.

(b) Reasonable Suspicion: No employee shall be required to submit to drug or alcohol testing without reasonable suspicion except as otherwise required by law or this agreement. All drug and alcohol testing shall be conducted in accordance with District policy and procedures for drug and alcohol testing.

(4) Exemptions

(a) Prescription Drugs: Possession or use of prescription drugs by an employee for which they hold the prescription is exempt from this section.

(b) Confiscation: Employees who perform duties which require the disposition or confiscation of alcoholic beverages or controlled substances are exempt from this section if performing those specified duties.

(5) Employee Assistance Program: Employee assistance will be available through Human Resources and the Employee Assistance Program (EAP).

(6) Last Chance Agreement: A first-time Alcohol, Tobacco, and Drug-Free Workplace violation will result in an offer of a Last Chance Agreement (LCA) to the employee, a letter of reprimand (LOR), and/or mandatory referral to EAP, except in cases where aggravating factors exist. Aggravating factors may include any conduct that would be independent grounds for disciplinary action.

# POLICY   The School Board of Lee County   1.28

**Related Entries: School Board Policies 1.05, 1.11 to 1.13, 1.22 and 1.23, 2.02 and 2.03, 4.02 to 4.15, 5.01 to 5.05, 5.26 to 5.37, and 6.01 to 6.13**

## Ethics in Education

(1) **Purpose:** In an effort to establish clearly defined standards of performance for ethical conduct, which achieve the overall interest of preserving the public trust in elected officials and appointed officers of the School District of Lee County, the School Board of Lee County believes it is necessary to adopt a comprehensive policy to assist in the identification, consolidation, implementation, and oversight of existing policies, processes, and procedures necessary to secure ethics in education.

The Superintendent of Schools is responsible for the direction of staff necessary to accomplish this objective. Appropriate procedures for the adoption or revision of relevant policies shall be followed and reports shall be made at School Board meetings to ensure that the public is aware of these efforts and their results.

Guiding documents shall include, but not be limited to the Principles of Professional Conduct for Education Professionals in Florida, the Code of Ethics for Public Officers and Employees, and School Board Policy 5.26 (Professional Standards). All covered individuals shall be reminded of the education professional's duties owed to students, their profession, and the public.

(2) **Notice:** To promote widespread awareness of this policy, notice of this policy shall be given upon first contact with the School District of Lee County and at least once annually thereafter.

   (a)   **Schools and Worksites:** Notice of this policy shall be posted at all school and worksite locations.

   (b)   **Parents and/or Guardians:** Notice of this policy shall be provided to all parents and/or guardians at the time of a student's initial enrollment and at least once annually thereafter.

   (c)   **Students:** Notice of this policy shall be provided to all students by a reference to be included in the Student Code of Conduct.

   (d)   **Applicants for Employment:** Notice of this policy shall be provided to all applicants for employment.

   (e)   **Employees and Unions:** Notice of this policy shall be provided to all current employees and their official representative for collective bargaining purposes, at least once annually.

Ethics in Education                                                                                     Policy 1.28

(f)  **Community Members:** Notice of this policy shall be provided to community members at one or more School Board meetings annually, and by posting on the District website.

(g)  **School Board:** Notice of this policy shall be provided to all candidates for School Board upon completion of proper filings with the Lee County Supervisor of Elections and to all elected School Board members at least once annually.

(h)  **Outside Contractors and Vendors:** Notice of this policy shall be provided to all outside contractors and vendors and their employees at the commencement of their work with the District and at least once annually.

(i)  **Visitors and Volunteers:** Notice of this policy shall be provided to all visitors and volunteers at the commencement of their status as a volunteer and at least once annually.

(3)  **Professional Development**

The Superintendent and staff shall develop appropriate training and professional development for all District employees. Training and professional development shall be comprehensive in nature and focused on operational deployment of the strategic purpose of this policy.

In order to stay abreast of changes in standards for ethical conduct and to ensure workforce success through the sharing of best practices related to maintenance of ethics in education, all District employees shall receive training on this policy and related laws and regulations at least once annually. Record of training shall be maintained by the District in accordance with state mandated record retention schedules, and all employees shall be required to formally acknowledge that they have received this training and understand the standards of performance for ethical conduct established by the School Board.

Employees with an FLSA status of exempt may be required to complete professional development either during or outside regularly scheduled work hours. Employees with an FLSA status of non-exempt must complete professional development during regularly scheduled work hours or be compensated appropriately.

As required by Florida Statute 112.3142, in order to stay abreast of changes in standards for ethical conduct, and to ensure workforce success through the sharing of best practices related to maintenance of ethics in education, all School Board members shall receive training on this policy and related laws and regulations at least once annually. Training shall be provided to the School Board based on the recommendations of the School Board Attorney. Training opportunities may include those offered by the Florida School Board Association or the National School Board Association. Record of training shall be maintained by the District in accordance with state mandated record retention schedules.

(4)  **Covered Individuals:** Covered individuals shall include, but not be limited to, parents and/or guardians, applicants for employment, employees and union representatives, community members, School Board Members, outside contractors and vendors, and visitors and volunteers.

   (a)  **Ethical Conduct:** Standards for ethical conduct for covered individuals have been established by the Student Code of Conduct, the Principles of Professional Conduct for the Education Profession in Florida, the Code of Ethics for Public Officers and Employees, and School Board Policy to include the District's vision, mission and goals as well as strategic plan.

   (b)  **Self-Reporting:** All covered individuals have an affirmative duty to self-report, as applicable: Criminal arrests (including non-custodial arrests), criminal convictions, notice by the Florida Department of Children and Families (FL DCF) that the employee is the subject of a child protective investigation, the outcome of FL DCF investigations to which the employee is a subject of investigation, prior disciplinary action related to employment, and potential conflicts of interest that may influence professional judgment or present the appearance of impropriety. Covered individuals maintain their constitutional rights to due process and rights against self-incrimination

      1.  **School Board Members:** School Board members shall abide by the Florida Commission on Ethics and requisite requirements.

      2.  **Employees:** An employee's failure to self-report complaints or their disposition may result in disciplinary action up to and including termination, or other applicable disciplinary remedies.

      3.  **Outside contractors and vendors:** Failure to self-report complaints or other violations of this policy may result in contract termination/cancellation.

   (c)  **Rights to due process.** Failure to report suspected violations may result in disciplinary action up to and including termination or other applicable disciplinary remedies. Due process protocols will be followed pursuant to District processes and procedures.

(5)  **Protected Individuals:** Federal and state laws and regulation, along with School Board Policy and Collective Bargaining Agreements, may identify protected classes of persons. Legal protections for these individuals are in place to ensure equitable treatment.

(6)  **Prohibited Acts:** Federal and state laws and regulation, along with School Board Policy and Collective Bargaining Agreements, identify prohibited acts. Prohibited acts are those that negatively impact the School District of Lee County's ability to maintain the respect and confidence of education professionals, students, parents, and other community members. They also include acts that frustrate the vision, mission and

goals of the District and its strategic plan. Prohibited acts included, but are not limited to:

(a) **Harassment or Discrimination**: Harassment or discrimination on the basis of race, color, religion or creed, sex, sexual orientation, national or ethnic origin, marital status, pregnancy, political affiliation, union membership status, age, gender identity or expression, disability if otherwise qualified, or any other unlawful factor is strictly prohibited.

(b) **Misconduct**: Conduct during the course and scope of employment that negatively impacts the performance of assigned duties is prohibited.

(c) **Misrepresentation or Falsification**: Knowingly and willfully falsifying or concealing a material fact; making a false, fictious, fraudulent statement or representation; or knowingly making or using any false document is prohibited.

(d) **Institutional Privilege for Personal Gain**: Covered individuals shall not knowingly and willfully use institutional privilege for personal gain including, but not limited to the following:

  1. **Improper Remunerative Conduct**: A covered individual engaging in improper remunerative conduct.

  2. **Improper Gifts or Favors**: A covered individual soliciting or accepting gifts or favors that influence or are intended to influence the performance of assigned duties or other official action.

  3 **Improper Disclosures**: A covered individual disclosing confidential information to an unauthorized individual.

  4. **Criminal Acts**: A covered individual committing a criminal act, especially those that disrupt district operations or have a direct nexus to a covered individual's assigned duties.

  5. **Conflict of Interest**: A covered individual failing to report potential conflicts of interest or other relationships that may create an appearance of impropriety that undermines public confidence in the School District of Lee County.

  6. **Financial Disclosures**: A covered individual failing to make appropriate financial disclosures when engaged in or attempting to engage in a business relationship with the School District of Lee County.

  7. **Fraud, Mismanagement, or Waste**: A covered individual engaging in fraud, mismanagement, or waste, or engaging in the concealment of fraud, mismanagement, or waste.

Ethics in Education                                                                                          Policy 1.28

8. **Public Funds or Property**: A covered individual failing to take reasonable precautions to protect and care for public funds and property.

9. **Drug, Alcohol, Tobacco-Free Workplace:** A covered individual violating School Board Policy 5.37. Covered individuals with substance abuse issues are encouraged to utilize available counseling services provided by the School District of Lee County, including the Employee Assistance Program (EAP). Maintaining a healthy and productive workforce, safe working conditions free from the effects of drugs, and quality products and services is important. Substance abuse issues create a variety of workplace problems including increased risk of injury on the job, increased absenteeism, increased financial burden on health and benefit programs, increased incidents of workplace theft, decreased employee morale, decreased productivity, and a decline in the quality of products and services.

10. **Maintaining Credentials:** A covered individual is required to maintain the appropriate credentials required for his or her position, as established by Florida Statute or the minimum qualifications for the position. The School Board may approve the appointment of an individual based upon the satisfaction of acceptable alternatives to the minimum qualifications for the position provided the appointment does not conflict with legal requirements for licensure or certification.

11. **Financial Controls:** A covered individual failing to adhere to legal requirements as it relates to the financial controls established by Chapter 6 (Business Services) of School Board Policy.

(e) **Interference, Influence, or Retaliation:** Covered individuals are strictly prohibited from taking adverse action against a protected individual as a means of retaliation for reporting a suspected violation, participating in an investigation, or other conduct designed to interfere with an investigation, inappropriately influence an investigation, or frustrate the purposes of this policy and Board Policies 5.311 and 5.331.

(f) **Community Members:** Community members are encouraged to report suspected violations in writing to the appropriate school or site-based administrator before submitting a complaint to the Superintendent. A complaint made during public comment at a School Board meeting shall be reduced to writing by the Secretary to the Board and provided to the Superintendent.

***STATUTORY AUTHORITY***:    39.201, 39.301, 112.313, 112.3142, 112.3187, 112.3189, 112.0455, 112.326, 119.021, 119.071, 1001.41, 1001.42, 1001.49, 1001.51, 1012.23, 1012.27, and 1012.28 F.S.

Adopted:  10/06/2020

# POLICY    The School Board of Lee County    2.02

**Related Entries: (Not identified at this time)**

## Civility – Conduct of Parents/Guardians, Visitors, and Staff

The following procedures shall be followed for appropriate behavior of a parent/guardian, visitor and school staff on all District facilities and buses or during school sponsored events:

(1)    Expected Level of Behavior

    (a)    School and District personnel shall treat a parent/guardian and other members of the public with courtesy and respect.

    (b)    A parent/guardian and other visitor to schools and District facilities shall treat teachers, school administrators, other school staff, and District employees with courtesy and respect.

(2)    Unacceptable/Disruptive Behavior

    (a)    Disruptive behavior includes but is not necessarily limited to: behavior which interferes with or threatens to interfere with the operation of a classroom, buses, an employee's office or office area, areas of a school or facility open to a parent/guardian and the general public, areas of a school or facility which are not open to the general public or areas where educational learning is under the direct supervision of an instructional staff member. This includes audio or visual recording of students without appropriate administrative approval.

    (b)    Using unreasonably loud and/or offensive language, swearing, cursing, using profane language, or display of temper.

    (c)    Threatening to do bodily or physical harm to a teacher, school administrator, school employee, or student regardless of whether or not the behavior constitutes a criminal violation.

    (d)    Damaging or destroying School District property.

    (e)    Any other behavior which disrupts the orderly operation of a school, a school classroom, or any other School District facility.

    (f)    Abusive, threatening, or obscene text, e-mail, voice mail messages or other digital messages.

Civility – Conduct of Parents/Guardians and Visitors                     Policy 2.02

(3)    Authority of School Personnel

    (a)    In the event a parent/guardian or visitor commits unacceptable/disruptive behavior as described in paragraph (2), the school principal, after consultation with the Superintendent or his/her designee, may prohibit or place limitations on the parent/guardian or visitor's ability to enter the school campus. If a parent/guardian is prohibited from entering the school campus, the principal must arrange alternative means for the parent/guardian to access student records and attend meetings concerning his/her child.

    (b)    Any administrative or instructional personnel may direct persons to leave the school grounds or other District-owned property who exhibit unacceptable or disruptive behavior as described in paragraph (2).

    (c)    Any employee who receives a text, e-mail, voice message or digital message which is abusive, threatening, or obscene is not obligated to respond to the message or telephone calls. The employee should save the message and contact his or her supervisor. If the immediate supervisor is not available or the issue cannot be resolved, the employee shall contact the Safety and Security Department. If the message threatens personal harm, the employee may contact law enforcement.

(4)    Parent/Guardian Recourse: Any parent/guardian who believes he/she was subjected to unacceptable/disruptive behavior on the part of a staff member should bring such behavior to the attention of the staff member's immediate supervisor, appropriate executive administrator and/or the Superintendent or designee.

**STATUTORY AUTHORITY**:    386.209, 810.097, 1001.42, 1001.43, 1006.145, F.S.

Adopted:  1/6/09
Revised:  4/28/15
Revised:  8/22/19
Revised:  7/15/19
Affirmed:  9/10/19

| **POLICY** | **The School Board of Lee County** | **5.02** |
|---|---|---|

**Related Entries: (Not identified at this time)**

## General Requirements for Appointment or Employment

The following procedures shall be followed for the general requirements for appointment or employment:

(1)   Any person desiring employment shall submit a completed electronic application.

(2)   Qualifications:

   (a)   Must be of good moral character.

   (b)   Must have attained the age of eighteen (18) years of age, or have attained a high school diploma or equivalent (GED), unless employed as an hourly student.

(3)   Certificate requirements - Each applicant for an instructional or a certificated administrative position shall hold a certificate or shall have a valid Statement of Status of Eligibility from the Florida Department of Education acknowledging that an application has been filed and that issuance of the certificate is pending.

(4)   To be considered for a position, any applicant shall be duly qualified for that position in accordance with Federal and State law. If it appears that the applicant is eligible for proper certification, appointment may be made subject to the conditions set forth in the annual contract of employment as approved by the School Board.

(5)   If the position requires a Florida certificate and the person does not hold a valid Florida certificate at the time of employment the person shall be required upon initial employment, to make application to the Florida Department of Education for such a certificate. When such certificate is received, it must be filed with Human Resources. If the Department of Education declines to issue a certificate, the person's employment shall be terminated immediately. Failure to file such certificate, except for good cause as determined by the Superintendent, shall result in the termination of employment.

(6)   Interviews and appointments:

   (a)   When interviews are conducted, interview teams, including those with community representatives, shall reasonably reflect the District's diverse racial, ethnic, and gender composition.

General Requirements for Appointment or Employment                         Policy 5.02

(b)   After the initial interview, the Superintendent or designee shall conduct a personal interview with the finalist(s).

(c)   Each recommendation for an appointment shall be on the form prescribed by the District, initialed by the principal or administrative department head, and sent to the Superintendent or designee. If approved, the Superintendent shall submit a recommendation in writing to the School Board for appointment.

(d)   The Superintendent or designee shall review recruiting efforts to determine their success in ensuring that appointments and assignments are consistent with the District's intent of maintaining a diverse work force.

(7)   Fingerprinting, background screening, and determination of employment eligibility shall be conducted in accordance with Board Policy 5.04.

(8)   Acceptance of appointment - Failure to signify acceptance of appointment within ten (10) days after receipt of the official notice of appointment shall be considered a rejection of the offer and the position shall be declared vacant.

(9)   Health examination -- File a report of health examination no later than thirty (30) days following the date of employment.

(10)  The District shall ensure that all aspects of the recruitment and selection process are job-related and are consistent with business necessity so as to ensure equal employment opportunity. Neither the District nor its agents shall engage in any discrimination with respect to employment in violation of any State or Federal laws. Applicants shall be recruited, selected and assigned to duty solely on the basis of experience, qualifications, and the requirements of the position. Race, religion, national origin, disability, age, veteran's status, marital status, sexual orientation or sex shall not be considered as factors in the recruitment, selection and assignment of such personnel.

(11)  An employee shall fulfill the following requirements prior to the payment of any salary warrant:

(a)   Complete and file an application, including supporting documents.

(b)   Complete and file a retirement form.

(c)   Complete and file a Department of Homeland Security Employment Eligibility Verification (form I-9).

(d)   Be fingerprinted and undergo background screening.

(e)   Complete and file a withholding tax authorization form.

(f)   Provide an official copy of social security card.

General Requirements for Appointment or Employment                    Policy 5.02

(g)     Indicate insurance payroll deduction authorization, if applicable.

(h)     Fulfill requirements prescribed by regulatory agencies for specific position groups, including but not limited to school bus operators and food services personnel.

**STATUTORY AUTHORITY:**     20 USC Section 6311; 1001.42, 1001.43, 1012.23, 1012.315, 1012.32, , 1012.56, F.S.

Adopted: 3/20/12
Revised: 8/9/16

| POLICY | The School Board of Lee County | 5.26 |
|---|---|---|

**Related Entries: (Not identified at this time)**

# Professional Standards

A high-performing learning community committed to student achievement must seek and retain a fully qualified and high-performing workforce. Through its professional standards practices, the School District of Lee County shall establish high standards and expectations for its instructional personnel, administrative personnel, school officers and support staff, including:

(1)   Compliance with applicable federal and State laws, rules, codes, regulations, applicable collective bargaining agreements and school board policies concerning professional credentials and employment. Failure to comply with applicable laws, rules, codes, regulations and school board policies concerning professional credentials and employment may result in discipline, up to and including termination of employment. The criteria for suspension and dismissal of employees as specified in Rule 6A-5.056, F.A.C., shall apply to District employees as appropriate for the employee's position.

(2)   Dedication to high ethical standards. For certified instructional personnel, administrators and certified district based staff, this includes the Code of Ethics of the Education Profession in Florida and the Principles of Professional Conduct for the Education Profession in Florida. Failure to adhere to high ethical standards, may result in discipline, up to and including termination of employment.

(3)   Establishment of high standards in educational practice.

(4)   Commitment to diversity and equity.

(5)   Responsiveness and service to the school community.

(6)   Commitment to best practices, research, innovation, and staff development that results in improved student learning.

An employee's failure to meet the above standards and expectations may result in discipline, up to and including termination of employment.

**STATUTORY AUTHORITY:**   1001.41, 1001.42, 1001.43, 1012.23, F.S.

Adopted:  3/20/12
Revised:  8/9/16
Revised:  2/12/19

1 of 1

145



| PASSIONATE |

## Job Title: Teacher, Classroom

Salary Schedule: Instructional                     Job Code: Multiple
Pay Grade: Instructional                           JDE: T-1.04

## MAJOR FUNCTION:

Lead students toward the fulfillment of their potential for intellectual, emotional, physical, and social growth in a safe and cost-effective manner that supports the goals of the District.

## MINIMUM QUALIFICATIONS:

- Bachelor's degree from an accredited institution.
- Valid Florida teaching certificate covering appropriate area of responsibility.
- Proven experience successfully managing business/department functions and staff preferred.
- Industry certification preferred.
- Lean Six Sigma Certification preferred.

Such alternatives to the above qualifications as the Board may find acceptable.

## KNOWLEDGE, SKILLS, AND ABILITIES:

- Clear and concise oral and written communication skills; analytical, mathematical, organizational, and prioritization skills; flexibility and adaptability in dealing with rapidly changing priorities and demands; interpersonal skills.
- Knowledge of and the ability to interpret and enforce pertinent regulations, policies, and procedures for the functional area of assignment.
- Knowledge of and experience using multiple project management tools and methodologies.
- Knowledge of HIPAA, Public Records, Sunshine Law, FERPA, and other laws/regulations related to student and employee privacy, public information, and records retention.
- Ability to work effectively under stress of deadlines, volume of workload, and multitasking requirements.
- Ability to organize self, prioritize tasks, and maintain a high level of energy in a fast-paced environment to provide efficient services.
- Ability to communicate technical information to technical and non-technical personnel.
- Ability to deliver high-quality customer service in a timely and professional manner.

REPORTS TO:          Principal or Designated Administrator

## ESSENTIAL JOB FUNCTIONS:

- Plan individually or cooperatively a program of study that meets the individual needs, interests, diverse backgrounds, and abilities of students.
- Assist in establishing department or grade-level curriculum objectives and the development of the comprehensive plan for the implementation and evaluation of the objectives.
- Create a classroom environment that is conducive to learning and appropriate to the maturity and interests of students.
- Guide the learning process toward the achievement of curriculum goals and, in harmony with the goals, establish clear objectives for all lessons, units, projects, and the like to communicate these objectives to students.
- Employ instructional methods and materials that are most appropriate for meeting stated objectives.
- Assess the accomplishments of students on a regular basis and provide progress reports as required.
- Diagnose the learning strengths and weaknesses of students on a regular basis, seeking the assistance of District specialists as deemed appropriate.
- Counsel with colleagues, students, and/or parents on a regular basis.
- Assist administration in implementing all policies and/or rules governing student life and conduct and, for the classroom, develop reasonable rules of classroom behavior and procedures and maintain order in the classroom in a fair and just manner.
- Plan and supervise purposeful assignments for support personnel and school volunteers to work cooperatively with department heads or grade level chairmen; evaluate their effectiveness.
- Use appropriate technology in teaching and the learning process.
- Maintain accurate, complete, and correct records and reports as required by law, District policy, and administrative regulation.
- Perform Medicaid administrative claims reimbursable activities as directed in accordance with Chapter 3 of the federally approved School District Administrative Claiming (SDAC) Guide.
- Adhere to the Code of Ethics of the Education Profession in Florida and meet all school and District policy requirements.
- Support school improvement initiatives by actively participating in school activities, services, and programs.

1 of 3

145



| PASSIONATE |

## Job Title: Teacher, Classroom

Salary Schedule: Instructional
Pay Grade: Instructional

Job Code: Multiple
JDE: T-1.04

- Recognize overt indicators of student distress or abuse and take appropriate action based on school procedures and law.
- Establish an appropriate testing environment and test security.

## OTHER JOB FUNCTIONS:

- Attend staff meetings and participate in conferences and other trainings to enhance job performance.
- Seek out professional development opportunities and maintain professional licensure and certifications.
- Promote the District's interest in increasing student achievement by working with the educational interests of students in mind at all times.
- Maintain positive communication with colleagues, community members, parents, and students to promote an increase in community engagement in education.
- Support the retention of Highly Effective and Effective employees by exhibiting professionalism and making positive contributions to workplace morale.
- Promote a culture of high performance and continuous improvement by valuing learning and making a commitment to quality.

## EXERTION TYPE:

- Light work. Position requires exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects.

## OTHER PHYSICAL REQUIREMENTS:

The following selected physical activities are required to perform the essential functions of this position.

| Physical Requirement | Description | Percent of Time |
|---|---|---|
| ☒ Balancing | Maintaining body equilibrium to prevent falling and walking, standing or crouching on narrow, slippery, or erratically moving surfaces. This factor is important if the amount of balancing exceeds that needed for ordinary locomotion and maintenance of body equilibrium. | 10% |
| ☒ Climbing | Ascending or descending ladders, stairs, scaffolding, ramps, poles and the like, using feet and legs and/or hands and arms. Body agility is emphasized. This factor is important if the amount and kind of climbing required exceeds that required for ordinary locomotion. | 10% |
| ☒ Crawling | Moving about on hands and knees or hands and feet. | 10% |
| ☒ Crouching | Bending the body downward and forward by bending leg and spine. | 20% |
| ☒ Feeling | Perceiving attributes of objects, such as size, shape, temperature or texture by touching with skin, particularly that of fingertips. | 80% |
| ☒ Finger Dexterity | Picking, pinching, typing or otherwise working, primarily with fingers rather than with the whole hand as in handling. | 100% |
| ☒ Grasping | Applying pressure to an object with the fingers and palm. | 40% |
| ☒ Hearing | Perceiving the nature of sounds at normal speaking levels with or without correction. Ability to receive detailed information through oral communication, and to make the discriminations in sound. | 100% |
| ☒ Kneeling | Bending legs at knee to come to a rest on knee or knees. | 10% |
| ☒ Lifting | Raising objects from a lower to a higher position or moving objects horizontally from position-to-position. This factor is important if it occurs to a considerable degree and requires substantial use of upper extremities and back muscles. | 10% |
| ☒ Pulling | Using upper extremities to exert force in order to draw, haul, or tug objects in a sustained motion. | 10% |
| ☒ Pushing | Using upper extremities to press against something with steady force in order to thrust forward, downward, or outward. | 10% |



| PASSIONATE |

## Job Title: Teacher, Classroom

Salary Schedule: Instructional
Pay Grade: Instructional

Job Code: Multiple
JDE: T-1.04

| ☒ Reaching | Extending hand(s) and arm(s) in any direction. | 10% |
|---|---|---|
| ☒ Repetitive Motion | Substantial movements (motions) of the wrists, hands, and/or fingers. | 90% |
| ☒ Seeing | The ability to perceive the nature of objects by the eye. | 100% |
| ☒ Sitting | Particularly for sustained periods of time. | 30% |
| ☒ Standing | Particularly for sustained periods of time. | 40% |
| ☒ Stooping | Bending body downward and forward by bending spine at the waist. This factor is important if it occurs to a considerable degree and requires full motion of the lower extremities and back muscles. | 10% |
| ☒ Talking | Expressing or exchanging ideas by means of the spoken word. Those activities in which they must convey detailed or important spoken instructions to other workers accurately, loudly, or quickly. | 90% |
| ☒ Walking | Moving about on foot to accomplish tasks, particularly for long distances or moving from one work site to another. | 30% |

TERMS OF EMPLOYMENT: Work year and salary as established by the Board and the TALC bargaining unit through the collective bargaining process.

DAYS PER YEAR: 196, 201, 206, 216, 226, 255, Casual

FLSA STATUS: Exempt

BARGAINING UNIT: TALC

WORKER'S COMP. CATEGORY: 8868 – School Professionals

BOARD ADOPTION:   12-20-74
REVISED:   8-15-06, 11-7-18, 7-28-20, 1-26-21
REVIEWED:   COMPENSATION & LABOR RELATIONS WILL COMPLETE

Every job duty in a job description need not always be specifically described, and any omission does not preclude the required performance of all duties that are job-related.

3 of 3

145

4/10/23, 11:20 AM                                                    Component for Eval Detail

He

**Evaluation Detail**

**Name:**    Robert Hinson                **Empl ID:**    585187443        **Empl Rcd:** 0  **Experience:**  Experienced Teacher

**Document Type:**   Manager Review           **Eval Period:**   Final                              **Document Action**

**School Year:**    2021-2022                                                                            Complete

**Evaluation Type:** Instr Classroom Evaluation

**Evaluation Date**  05/02/2022                                                                    Calculate Rating

                            **Manager/Evaluator:**    Kelly Heinzman-Britton              **Indicator Rating:** Effective
                            **View Comments:** Administrator  Employee                    **Goal Rating:**

**Indicator Rating**

### 1a    Demonstrating Knowledge of Content and Pedagogy

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| Instructional practices display no knowledge of the state or program standards, content, or the instructional practices specific to that discipline. Instructional practices lack evidence of lesson and assessment design relative to the state or program standards or content. Instructional practices are not evident on a consistent basis. | Instructional practices reflect some knowledge of the state or program standards, content, and the instructional practices specific to that discipline. Instructional practices lack basic elements or are difficult for others to follow. Instructional practices are rudimentary. Some evidence of extension activities, methods, and higher level thinking skills. | Instructional practices reflect consistent and appropriate knowledge of state or program standards, content, and the instructional practices specific to that discipline. Instructional practices include basic elements of lesson and assessment design including objectives. Consistent evidence of extension activities, methods, and higher level thinking skills. | Instructional practices reflect extensive knowledge of state or program standards, content, and the instructional practices specific to that discipline. Instructional practices include extensive use of higher-level thinking skills, activities, and application. Research and new or innovative methods are extensively incorporated into instructional practices. |

### 1b    Designing Student Assessment

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| Teacher's plan for assessing student learning contains no clear criteria or standards, is poorly aligned with the instructional outcomes, or is not appropriate for most students. The results of assessment have minimal impact on the design of future instruction. | Teacher's plan for student assessment is partially aligned with the instructional outcomes, lacks clear criteria, and is not appropriate for at least some students. Teacher utilizes assessment results to plan for future instruction for the class as a whole. Assessments provide students with limited ways to demonstrate mastery. | Teacher's plan for student assessment is aligned with the instructional outcomes, uses clear criteria, and is appropriate to the needs of students. Teacher utilizes assessment results to plan for future instruction for groups of students. Assessments provide students with multiple ways to demonstrate mastery. | Teacher's plan for student assessment is fully aligned with the instructional outcomes, with clear criteria and standards that show evidence of student contribution to their development. Assessment methodologies may have been adapted for individuals, and the teacher utilizes results to plan for future instruction for individual students. Assessments provide students with multiple ways to demonstrate mastery and multiple opportunities during |

### 1c    Setting Instructional Outcomes

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher develops general student achievement goals for the class or does not develop goals at all. | Instructional outcomes are of moderate rigor and are suitable for some students, but consist of a combination of activities and goals, some of which permit viable methods of assessment. Outcomes reflect more than one activity, but there is no evidence of or attempt at coordination or integration. The teacher develops measurable student achievement goals for her or his class. | Instructional outcomes are stated as goals reflecting high-level learning and state standards, are suitable for most students in the class, represent different types of learning, and can be assessed. Outcomes reflect opportunities for extension and interdisciplinary application. The teacher develops measurable student achievement goals for the class that are aligned to content standards and are differentiated based on the needs of the class. | The teacher collaboratively develops and monitors ambitious and measurable achievement goals with individual students, as well as instructional outcomes for the class or course, that are aligned to the state standards. |

## 1d    Demonstrating Knowledge of Resources and Technology

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher demonstrates little or no familiarity with resources and technology available to enhance own knowledge, use in teaching, or to provide for students who need them. The teacher does not seek such knowledge. | The teacher, at times, demonstrates some familiarity with resources and basic technology available through the school or district to enhance own knowledge, to use in teaching, or to provide for students who need them. The teacher does not seek to extend such knowledge. | The teacher is fully aware of and utilizes the basic or required resources and technology available through the school or district to enhance own knowledge, use in teaching, or to provide for students who need them. The teacher utilizes available support for required knowledge. | The teacher fully and consistently integrates resources and technology (as available) in and beyond the school, the district and the community to enhance own knowledge, to use in teaching, and to provide for students who need them. |

## 1e    Designing Coherent Instruction

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teachers plan for learning experiences is poorly aligned with instructional outcomes and does not represent a coherent structure. Lessons are not differentiated. Teacher demonstrates little or no knowledge of students' backgrounds, cultures, skills, language proficiency, interests, and special needs, and does not seek such understanding. | The teachers plan for learning experiences demonstrates partial alignment with instructional outcomes. Lessons have a recognizable structure and reflect partial knowledge of grade level, school, or district strategies and resources found in the instructional standards and/or Academic Plan. Lessons are infrequently differentiated. Teacher indicates the importance of understanding students' backgrounds, cultures, skills, language proficiency, interests, and special needs, and attains this | The teachers plan for learning experiences demonstrates knowledge of content, students, and resources to design lessons that are aligned to instructional outcomes. Lessons have a clear structure and reflect effective knowledge of grade level, school, or district strategies and resources found in the instructional standards and/or Academic Plan. Lessons are often differentiated and suitable for groups of students, and are likely to engage students in significant learning. Teacher | The teachers plan for learning experiences demonstrates knowledge of content, students, and resources to design detailed lessons that are aligned to instructional outcomes. Lessons have a clear structure, are reflective of detailed knowledge of grade level, school, or district strategies and resources found in the instructional standards and/or Academic Plan, and allow for different pathways according to student needs. Detailed interdisciplinary instruction |

## 2a    Creating an Environment of Respect

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| Classroom interactions, both between the teacher and students and among students, are negative, inappropriate, or insensitive to students cultural backgrounds or developmental differences, and are characterized by sarcasm, put-downs, or conflict. | Classroom interactions, both between the teacher and students and among students, are generally appropriate and free from conflict but may be characterized by occasional displays of insensitivity or lack of responsiveness to cultural or developmental differences. | Classroom interactions, both between teacher and students and among students, are polite and respectful, reflect general warmth and caring, and are appropriate to the cultural and developmental differences among groups of students. | Classroom interactions, both between teacher and students and among students, are respectful and reflect genuine warmth, caring, and sensitivity to the cultural and developmental differences among groups of students. Students themselves ensure high levels of civility among members of the class. |

## 2b    Establishes a Culture for Learning

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|

150

Component for Eval Detail

| | | | |
|---|---|---|---|
| The teacher has not created a positive culture for learning. Teacher commitment to the subject matter and expectations for student achievement are low. Student pride in work is not evident. | The teacher has partially established a positive culture for learning. Commitment to the subject matter is developing, and there are modest expectations for student achievement. Students show modest pride in their work. | The teacher has created a positive classroom culture for learning, characterized by high expectations for most students, the belief that students can succeed if they work hard, and genuine commitment to the subject matter by both the teacher and students. Students demonstrate pride in their work. | The teacher has created a culture for learning characterized by high levels of student energy and the teacher's passion for the subject area. Everyone shares a belief in the importance of the subject and the belief that all students can succeed if they work hard. All students hold themselves to high standards of performance; for example, by initiating improvement to their work. |

### 2c    Establishes and Manages Classroom Procedures

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| Much instructional time is lost because of inefficient classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties. | Some instructional time is lost because of inefficient classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties, which are only partially effective. | Little instructional time is lost because of inefficient classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties, which occur smoothly. | Students contribute to the seamless operation of classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties. |

### 2d    Stops Misconduct by Using Effective, Appropriate Techniques

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| There is no evidence that standards of conduct have been established and little or no teacher monitoring of student behavior. Response to student misbehavior is repressive or disrespectful of student dignity. The teacher does not address off-task, inappropriate, or challenging behavior efficiently, thereby creating significant negative impact on the learning of students in the class. The teacher does not reinforce positive behavior. | It appears that the teacher has made an effort to establish standards of conduct for students and tries to monitor student behavior, but these efforts are not always successful. The teacher addresses some off task, inappropriate, or challenging behavior efficiently, thereby creating some negative impact on the learning of students in the class. The teacher reinforces positive behavior. | Standards of conduct appear to be clear to students, and the teacher monitors student behavior against those standards. The teacher's response to student misbehavior is appropriate and respectful to students. The teacher addresses most off-task, inappropriate, or challenging behavior efficiently, thereby creating little negative impact on the learning of students in the class. The teacher strategically reinforces positive behavior. | Standards of conduct are clear, with evidence of student participation in setting them. Expectations are developed and taught. The teacher's monitoring of student behavior is subtle and preventative, and the teacher's response to student misbehavior is sensitive to individual student needs. The teacher addresses almost all off-task, inappropriate, or challenging behavior efficiently, thereby creating no negative impact on the learning of students in the ... |

### 2e    Organizes Physical Space

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The physical environment is unsafe, or some students don't have access to learning. There is poor alignment between the physical arrangement and the lesson activities. | The classroom is safe, essential learning is accessible to most students, and the teacher's use of physical resources is moderately effective. Teacher may attempt to modify the physical arrangement to suit learning activities, with partial success. | The classroom is safe, and learning is accessible to all students. Teacher ensures that the physical arrangement is appropriate to the learning activities. Teacher makes effective use of physical resources. | The classroom is safe, and the physical environment ensures the learning of all students, including those with special needs. Students contribute to the use or adaptation of the physical environment to advance learning. |

### 3a    Communicating with Students

Component for Eval Detail

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | | | ○ |
| The teacher has an inadequate presence in the classroom. The teacher ineffectively develops students' understanding of the objective by not communicating it, the teacher does not have a clear objective, or the lesson does not connect to the objective. | The teacher has a positive presence in the classroom. The teacher effectively develops students understanding of the objective by communicating what students will know or be able to do by the end of the lesson and connecting the objective to prior knowledge. | The teacher has a positive presence in the classroom. The teacher effectively develops students' understanding of the objective by communicating what students will know or be able to do by the end of the lesson, connecting the objective to prior knowledge, and explaining the importance of the objective. | The teacher has a positive presence in the classroom. The teacher effectively develops students' understanding of the objective by communicating what students will know or be able to do by the end of the lesson, connecting the objective to prior knowledge, explaining the importance of the objective, and referring to the objective at key points during the lesson. |

**3b    Using Questioning and Discussion Techniques**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ◉ | ○ |
| The teacher checks for understanding of content, but misses nearly all key moments. Checks do not provide an accurate pulse of the class understanding. The teacher asks questions that are low- level or inappropriate, elicits limited student participation and recitation rather than discussion, and does not respond to students' correct answers by probing for higher-level understanding in an effective manner. | The teacher checks for understanding of content, but misses several key moments. Checks sometimes provide an accurate pulse of the class understanding, such that the teacher has enough information to adjust subsequent instruction, if necessary. The teacher asks few questions that elicit a thoughtful response, attempts to engage all students in the discussion but is only partially successful, and rarely responds to students' correct answers by probing for higher level understanding in an | The teacher checks for understanding of content, but misses one or two key moments. Checks often provide an accurate pulse of the class understanding, such that the teacher has enough information to adjust subsequent instruction, if necessary. The teacher asks many questions that elicit a thoughtful response and allows sufficient time for students to answer, engages all students in the discussion, steps aside when appropriate, and sometimes responds to students correct answers by | The teacher checks for understanding of content at all key moments. Checks almost always provide an accurate pulse of the class' understanding, such that the teacher has enough information to adjust subsequent instruction if necessary. The teacher regularly asks questions that reflect high expectations and are culturally and developmentally appropriate, allows sufficient time for students to answer, promotes critical and |

**3c    Engaging Students in Learning**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ◉ | ○ |
| Activities and assignments, materials, and groupings of students are not appropriate for the instructional outcome or not sensitive to the students culture or level of understanding, resulting in little intellectual engagement. Lessons have no structure, are poorly paced, and have no academic focus. The teacher does not use technology (as available) in the teaching and learning processes. Teacher's knowledge of subject is very limited. | Activities and assignments, materials, and groupings of students are partially appropriate for the instructional outcomes or are rarely sensitive to the students culture or level of understanding, resulting in moderate intellectual engagement. Lessons have recognizable structure, but are not fully maintained, are poorly paced, and have limited academic focus. The teacher rarely uses technology (as available) in the teaching and learning processes. Teacher demonstrates partial knowledge of subject matter. | Activities and assignments, materials, and groupings of students are fully appropriate for the instructional outcomes and are sometimes sensitive to the students culture and level of understanding, resulting in intellectual engagement with most students engaged in work of a high level of rigor. Lessons have coherent structure, are appropriately paced, and have consistently apparent academic focus. The teacher sometimes uses appropriate technology (as available) in the teaching and learning | Activities and assignments, materials, and groupings of students promote significant learning for the Instructional outcomes and are frequently sensitive to the students' culture and level of understanding, resulting in high intellectual engagement with all students engaged in work of a high level of rigor. Lessons have coherent structure that is adapted as necessary to the needs of individuals, are appropriately paced to allow for student reflection and |

**3d    Using Assessment in Instruction**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| | ○ | ◉ | ○ |

152

| | | | |
|---|---|---|---|
| Formative assessment is not used in instruction, either through monitoring of progress by the teacher or students, or through feedback to students. Students are unaware of the assessment criteria used to evaluate their work. | Formative assessment is rarely used in instruction, through some monitoring of progress of learning by teacher and/or students. Feedback to students is uneven. Students are aware of only some of the assessment criteria used to evaluate their work. | Formative assessment is sometimes used in instruction, through self-assessment by students and monitoring of progress of learning by the teacher and/or students. Feedback to students is of high quality. Students are fully aware of the assessment criteria used to evaluate their work. | Formative assessment is frequently used in a sophisticated manner in instruction, through student involvement in establishing criteria, self-assessment by students, and monitoring of progress by both the teacher and students. Feedback to students is of high quality and from a variety of sources. Students are fully aware of the assessment criteria used to evaluate their work. |

### 3e    Demonstrating Flexibility and Responsiveness

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The delivery of instruction deviates from the instructional standards and/or Academic Plan. The teacher does not adjust the lesson plan or instructional momentum to address student needs. The teacher does not re-teach or attempt to differentiate instruction to ensure or reinforce student learning. | The delivery of instruction is typically aligned to the instructional standards and/or Academic Plan. The teacher attempts to respond to student needs through modification of the lesson plan or instructional momentum, with moderate success. The teacher rarely attempts to differentiate instruction to ensure student learning. | The delivery of instruction is almost always aligned to the instructional standards and/or Academic Plan. The teacher successfully promotes the learning of most students through modification of the lesson plan and instructional momentum. The teacher uses a multitude of differentiated strategies to ensure student learning. | The delivery of instruction is always aligned to the instructional standards and/or Academic Plan. The teacher successfully promotes the learning of all students through modification of the lesson plan and instructional momentum. The teacher uses a multitude of differentiated strategies to ensure student learning. The teacher considers student questions, needs, and interest when instructing. The teacher holds students accountable |

### 4a    Showing Professionalism

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher inconsistently adheres to standards for professional conduct and overall performance requirements, including attendance and punctuality. The teacher fails to comply with school and district regulations and timelines. The teacher has difficulty demonstrating respect, responsibility, honesty and integrity, requires frequent support supervision, and resists feedback from colleagues and administration. | The teacher adheres to standards for professional conduct and overall performance requirements, including attendance and punctuality, with some support supervision. The teacher complies only minimally with school and district regulations. The teacher strives to develop behaviors that model the values of respect, responsibility, honesty and integrity, and requires some support supervision. The teacher responds appropriately to and acts upon feedback. | The teacher consistently adheres to and models standards for professional conduct and overall performance requirements, including attendance and punctuality. The teacher complies fully and voluntarily with school and district regulations. Performs with minimum supervision. The teacher models the values of respect, responsibility, honesty, and integrity, and performs with minimum supervision. The teacher responds appropriately to and acts upon feedback. | The teacher consistently adheres to and models standards for professional conduct and overall performance requirements, including attendance and punctuality. The teacher complies fully and voluntarily with school and district regulations. The teacher positively influences members of school community to understand and adhere to these professional obligations. The teacher responds appropriately to and acts upon feedback. |

### 4b    Maintaining Accurate Records

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teachers systems for maintaining both instructional and non-instructional records are either nonexistent or in disarray, resulting in errors and confusion. The teacher does not use student grades to monitor and analyze student progress. | The teachers systems for maintaining both instructional and non-instructional records are rudimentary and only partially effective. The teacher tracks and monitors student progress. | The teachers systems for maintaining both instructional and non-instructional records are accurate, efficient, and affective. The teacher tracks, monitors, and analyzes student progress data to drive instructional planning. | The teachers systems for maintaining both instructional and non-instructional records are accurate, efficient, and affective. Students contribute to the maintenance of these systems. The teacher tracks, monitors, and analyzes student progress data to drive instructional planning and uses results to differentiate instructional and curriculum design. |

### 4c    Communicating with Families

153

4/10/23, 11:20 AM                                                    Component for Eval Detail

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teachers communication with families about instructional programs or about individual students is sporadic and/or insensitive. | The teachers communication with families meets minimum requirements for frequency, however; communication is not always appropriate. The teacher makes modest attempts to engage families in the instructional program. | The teachers communication with families is frequent and conveyed in an appropriate manner. The teacher successfully engages families in the instructional program, as appropriate. | The teacher frequently communicates with all families using a variety of methods. Communication is sensitive to cultural traditions. Students participate in the communication. The teacher successfully engages families in the instructional programs, as appropriate. |

### 4d    Participating in a Professional Community

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher avoids participating in a professional community or in school and district events and projects, rarely collaborates with colleagues, and has negative or self-serving relationships with colleagues. | The teacher becomes involved in the professional community and in school and/or district events and projects when specifically asked, makes some effort to collaborate with colleagues, and has cordial relationships with colleagues. | The teacher participates actively in the professional community and in school and/or district events and projects, actively seeks out opportunities to collaborate with others, and maintains positive and productive relationships with colleagues. | The teacher makes a substantial contribution to the professional community and to school and district events and projects, collaborates with/coaches others through difficult situations, and assumes a leadership role among the faculty. |

### 4e    Growing and Developing Professionally

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher does not participate in professional development activities, and makes no effort to share knowledge with colleagues. The teacher is resistant to feedback from supervisors or colleagues. | The teacher participates in professional development activities that are convenient or are required, and makes limited contribution to the profession. The teacher accepts feedback from supervisors and colleagues with some reluctance. | The teacher seeks out opportunities for professional development based on an individual assessment of needs, and actively shares expertise with others. The teacher welcomes feedback from supervisors and colleagues. | The teacher actively pursues professional development opportunities and initiates activities to contribute to the profession. In addition, the teacher seeks feedback from supervisors and colleagues. |

| Scoring Summary | RAW | WGTD | | | RAW | WGTD | | | RAW | WGTD | | Final Performance Rating | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Indicator Rating: | 2 | 2.00 | = | MGR Rating: | 2 | 2.00 | + | SP Rating: | 2 | 2.00 | = | 4 | 4.00 |
| Goals Rating: | | | | | | | | | | | | | |
| Total MGR Scr: | | 2.00 | | | Effective | | | | Effective | | | Effective | |

OK        Cancel

4/10/23, 11:20 AM                                                    Component for Eval Detail

He

---

**Evaluation Detail**

**Name:**    Robert Hinson              **Empl ID:** 585187443    **Empl Rcd:** 0   **Experience:** Experienced Teacher

---

**Document Type:** Manager Review           **Eval Period:** Final                    **Document Action**

**School Year:** 2020-2021                                                              Complete

**Evaluation Type:** Instr Classroom Evaluation

**Evaluation Date** 05/01/2021                                                          Calculate Rating

                        **Manager/Evaluator:** **Robert Butz**

                        **View Comments:** Administrator  Employee                     **Indicator Rating:** Effective
                                                                                        **Goal Rating:**

## Indicator Rating

### 1a    Demonstrating Knowledge of Content and Pedagogy

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| Instructional practices display no knowledge of the state or program standards, content, or the instructional practices specific to that discipline. Instructional practices lack evidence of lesson and assessment design relative to the state or program standards or content. Instructional practices are not evident on a consistent basis. | Instructional practices reflect some knowledge of the state or program standards, content, and the instructional practices specific to that discipline. Instructional practices lack basic elements or are difficult for others to follow. Instructional practices are rudimentary. Some evidence of extension activities, methods, and higher level thinking skills. | Instructional practices reflect consistent and appropriate knowledge of state or program standards, content, and the instructional practices specific to that discipline. Instructional practices include basic elements of lesson and assessment design including objectives. Consistent evidence of extension activities, methods, and higher level thinking skills. | Instructional practices reflect extensive knowledge of state or program standards, content, and the instructional practices specific to that discipline. Instructional practices include extensive use of higher-level thinking skills, activities, and application. Research and new or innovative methods are extensively incorporated into instructional practices. |

### 1b    Designing Student Assessment

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| Teacher's plan for assessing student learning contains no clear criteria or standards, is poorly aligned with the instructional outcomes, or is not appropriate for most students. The results of assessment have minimal impact on the design of future instruction. | Teacher's plan for student assessment is partially aligned with the instructional outcomes, lacks clear criteria, and is not appropriate for at least some students. Teacher utilizes assessment results to plan for future instruction for the class as a whole. Assessments provide students with limited ways to demonstrate mastery. | Teacher's plan for student assessment is aligned with the instructional outcomes, uses clear criteria, and is appropriate to the needs of students. Teacher utilizes assessment results to plan for future instruction for groups of students. Assessments provide students with multiple ways to demonstrate mastery. | Teacher's plan for student assessment is fully aligned with the instructional outcomes, with clear criteria and standards that show evidence of student contribution to their development. Assessment methodologies may have been adapted for individuals, and the teacher utilizes results to plan for future instruction for individual students. Assessments provide students with multiple ways to demonstrate mastery and multiple opportunities during |

### 1c    Setting Instructional Outcomes

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher develops general student achievement goals for the class or does not develop goals at all. | Instructional outcomes are of moderate rigor and are suitable for some students, but consist of a combination of activities and goals, some of which permit viable methods of assessment. Outcomes reflect more than one activity, but there is no evidence of or attempt at coordination or integration. The teacher develops measurable student achievement goals for her or his class. | Instructional outcomes are stated as goals reflecting high-level learning and state standards, are suitable for most students in the class, represent different types of learning, and can be assessed. Outcomes reflect opportunities for extension and interdisciplinary application. The teacher develops measurable student achievement goals for the class that are aligned to content standards and are differentiated based on the needs of the class. | The teacher collaboratively develops and monitors ambitious and measurable achievement goals with individual students, as well as instructional outcomes for the class or course, that are aligned to the state standards. |

**1d    Demonstrating Knowledge of Resources and Technology**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ○ | ○ |
| The teacher demonstrates little or no familiarity with resources and technology available to enhance own knowledge, use in teaching, or to provide for students who need them. The teacher does not seek such knowledge. | The teacher, at times, demonstrates some familiarity with resources and basic technology available through the school or district to enhance own knowledge, to use in teaching, or to provide for students who need them. The teacher does not seek to extend such knowledge. | The teacher is fully aware of and utilizes the basic or required resources and technology available through the school or district to enhance own knowledge, use in teaching, or to provide for students who need them. The teacher utilizes available support for required knowledge. | The teacher fully and consistently integrates resources and technology (as available) in and beyond the school, the district and the community to enhance own knowledge, to use in teaching, and to provide for students who need them. |

**1e    Designing Coherent Instruction**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ○ | ○ |
| The teachers plan for learning experiences is poorly aligned with instructional outcomes and does not represent a coherent structure. Lessons are not differentiated. Teacher demonstrates little or no knowledge of students' backgrounds, cultures, skills, language proficiency, interests, and special needs, and does not seek such understanding. | The teachers plan for learning experiences demonstrates partial alignment with instructional outcomes. Lessons have a recognizable structure and reflect partial knowledge of grade level, school, or district strategies and resources found in the instructional standards and/or Academic Plan. Lessons are infrequently differentiated. Teacher indicates the importance of understanding students' backgrounds, cultures, skills, language proficiency, interests, and special needs, and attains this | The teachers plan for learning experiences demonstrates knowledge of content, students, and resources to design lessons that are aligned to instructional outcomes. Lessons have a clear structure and reflect effective knowledge of grade level, school, or district strategies and resources found in the instructional standards and/or Academic Plan. Lessons are often differentiated and suitable for groups of students, and are likely to engage students in significant learning. Teacher | The teachers plan for learning experiences demonstrates knowledge of content, students, and resources to design detailed lessons that are aligned to instructional outcomes. Lessons have a clear structure, are reflective of detailed knowledge of grade level, school, or district strategies and resources found in the instructional standards and/or Academic Plan, and allow for different pathways according to student needs. Detailed interdisciplinary instruction |

**2a    Creating an Environment of Respect**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ○ | ○ |
| Classroom interactions, both between the teacher and students and among students, are negative, inappropriate, or insensitive to students cultural backgrounds or developmental differences, and are characterized by sarcasm, put-downs, or conflict. | Classroom interactions, both between the teacher and students and among students, are generally appropriate and free from conflict but may be characterized by occasional displays of insensitivity or lack of responsiveness to cultural or developmental differences. | Classroom interactions, both between teacher and students and among students, are polite and respectful, reflect general warmth and caring, and are appropriate to the cultural and developmental differences among groups of students. | Classroom interactions, both between teacher and students and among students, are respectful and reflect genuine warmth, caring, and sensitivity to the cultural and developmental differences among groups of students. Students themselves ensure high levels of civility among members of the class. |

**2b    Establishes a Culture for Learning**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ○ | ○ |

| The teacher has not created a positive culture for learning. Teacher commitment to the subject matter and expectations for student achievement are low. Student pride in work is not evident. | The teacher has partially established a positive culture for learning. Commitment to the subject matter is developing, and there are modest expectations for student achievement. Students show modest pride in their work. | The teacher has created a positive classroom culture for learning, characterized by high expectations for most students, the belief that students can succeed if they work hard, and genuine commitment to the subject matter by both the teacher and students. Students demonstrate pride in their work. | The teacher has created a culture for learning characterized by high levels of student energy and the teacher's passion for the subject area. Everyone shares a belief in the importance of the subject and the belief that all students can succeed if they work hard. All students hold themselves to high standards of performance; for example, by initiating improvement to their work. |

**2c      Establishes and Manages Classroom Procedures**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| Much instructional time is lost because of inefficient classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties. | Some instructional time is lost because of inefficient classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties, which are only partially effective. | Little instructional time is lost because of inefficient classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties, which occur smoothly. | Students contribute to the seamless operation of classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties. |

**2d      Stops Misconduct by Using Effective, Appropriate Techniques**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| There is no evidence that standards of conduct have been established and little or no teacher monitoring of student behavior. Response to student misbehavior is repressive or disrespectful of student dignity. The teacher does not address off-task, inappropriate, or challenging behavior efficiently, thereby creating significant negative impact on the learning of students in the class. The teacher does not reinforce positive behavior. | It appears that the teacher has made an effort to establish standards of conduct for students and tries to monitor student behavior, but these efforts are not always successful. The teacher addresses some off task, inappropriate, or challenging behavior efficiently, thereby creating some negative impact on the learning of students in the class. The teacher reinforces positive behavior. | Standards of conduct appear to be clear to students, and the teacher monitors student behavior against those standards. The teacher's response to student misbehavior is appropriate and respectful to students. The teacher addresses most off-task, inappropriate, or challenging behavior efficiently, thereby creating little negative impact on the learning of students in the class. The teacher strategically reinforces positive behavior. | Standards of conduct are clear, with evidence of student participation in setting them. Expectations are developed and taught. The teacher's monitoring of student behavior is subtle and preventative, and the teacher's response to student misbehavior is sensitive to individual student needs. The teacher addresses almost all off-task, inappropriate, or challenging behavior efficiently, thereby creating no negative impact on the learning of students in the |

**2e      Organizes Physical Space**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The physical environment is unsafe, or some students don't have access to learning. There is poor alignment between the physical arrangement and the lesson activities. | The classroom is safe, essential learning is accessible to most students, and the teacher's use of physical resources is moderately effective. Teacher may attempt to modify the physical arrangement to suit learning activities, with partial success. | The classroom is safe, and learning is accessible to all students. Teacher ensures that the physical arrangement is appropriate to the learning activities. Teacher makes effective use of physical resources. | The classroom is safe, and the physical environment ensures the learning of all students, including those with special needs. Students contribute to the use or adaptation of the physical environment to advance learning. |

**3a      Communicating with Students**

157

4/10/23, 11:20 AM                                                    Component for Eval Detail

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ○ | |
| The teacher has an inadequate presence in the classroom. The teacher ineffectively develops students' understanding of the objective by not communicating it, the teacher does not have a clear objective, or the lesson does not connect to the objective. | The teacher has a positive presence in the classroom. The teacher effectively develops students understanding of the objective by communicating what students will know or be able to do by the end of the lesson and connecting the objective to prior knowledge. | The teacher has a positive presence in the classroom. The teacher effectively develops students' understanding of the objective by communicating what students will know or be able to do by the end of the lesson, connecting the objective to prior knowledge, and explaining the importance of the objective. | The teacher has a positive presence in the classroom. The teacher effectively develops students' understanding of the objective by communicating what students will know or be able to do by the end of the lesson, connecting the objective to prior knowledge, explaining the importance of the objective, and referring to the objective at key points during the lesson. |

**3b    Using Questioning and Discussion Techniques**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | | ○ |
| The teacher checks for understanding of content, but misses nearly all key moments. Checks do not provide an accurate pulse of the class understanding. The teacher asks questions that are low- level or inappropriate, elicits limited student participation and recitation rather than discussion, and does not respond to students' correct answers by probing for higher-level understanding in an effective manner. | The teacher checks for understanding of content, but misses several key moments. Checks sometimes provide an accurate pulse of the class understanding, such that the teacher has enough information to adjust subsequent instruction, if necessary. The teacher asks few questions that elicit a thoughtful response, attempts to engage all students in the discussion but is only partially successful, and rarely responds to students' correct answers by probing for higher level understanding in an | The teacher checks for understanding of content, but misses one or two key moments. Checks often provide an accurate pulse of the class understanding, such that the teacher has enough information to adjust subsequent instruction, if necessary. The teacher asks many questions that elicit a thoughtful response and allows sufficient time for students to answer, engages all students in the discussion, steps aside when appropriate, and sometimes responds to students correct answers by | The teacher checks for understanding of content at all key moments. Checks almost always provide an accurate pulse of the class' understanding, such that the teacher has enough information to adjust subsequent instruction if necessary. The teacher regularly asks questions that reflect high expectations and are culturally and developmentally appropriate, allows sufficient time for students to answer, promotes critical and |

**3c    Engaging Students In Learning**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ○ | ( |
| Activities and assignments, materials, and groupings of students are not appropriate for the instructional outcome or not sensitive to the students culture or level of understanding, resulting in little intellectual engagement. Lessons have no structure, are poorly paced, and have no academic focus. The teacher does not use technology (as available) in the teaching and learning processes. Teacher's knowledge of subject is very limited. | Activities and assignments, materials, and groupings of students are partially appropriate for the instructional outcomes or are rarely sensitive to the students culture or level of understanding, resulting in moderate intellectual engagement. Lessons have recognizable structure, but are not fully maintained, are poorly paced, and have limited academic focus. The teacher rarely uses technology (as available) in the teaching and learning processes. Teacher demonstrates partial knowledge of subject matter. | Activities and assignments, materials, and groupings of students are fully appropriate for the instructional outcomes and are sometimes sensitive to the students culture and level of understanding, resulting in intellectual engagement with most students engaged in work of a high level of rigor. Lessons have coherent structure, are appropriately paced, and have consistently apparent academic focus. The teacher sometimes uses appropriate technology (as available) in the teaching and learning | Activities end assignments, materials, and groupings of students promote significant learning for the instructional outcomes and are frequently sensitive to the students' culture and level of understanding, resulting in high intellectual engagement with all students engaged in work of a high level of rigor. Lessons have coherent structure that is adapted as necessary to the needs of individuals, are appropriately paced to allow for student reflection and |

**3d    Using Assessment In Instruction**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ◉ | ○ |

158

Component for Eval Detail

| | | | |
|---|---|---|---|
| Formative assessment is not used in instruction, either through monitoring of progress by the teacher or students, or through feedback to students. Students are unaware of the assessment criteria used to evaluate their work. | Formative assessment is rarely used in instruction, through some monitoring of progress of learning by teacher and/or students. Feedback to students is uneven. Students are aware of only some of the assessment criteria used to evaluate their work. | Formative assessment is sometimes used in instruction, through self-assessment by students and monitoring of progress of learning by the teacher and/or students. Feedback to students is of high quality. Students are fully aware of the assessment criteria used to evaluate their work. | Formative assessment is frequently used in a sophisticated manner in instruction, through student involvement in establishing criteria, self-assessment by students, and monitoring of progress by both the teacher and students. Feedback to students is of high quality and from a variety of sources. Students are fully aware of the assessment criteria used to evaluate their work. |

**3e    Demonstrating Flexibility and Responsiveness**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The delivery of instruction deviates from the instructional standards and/or Academic Plan. The teacher does not adjust the lesson plan or instructional momentum to address student needs. The teacher does not re-teach or attempt to differentiate instruction to ensure or reinforce student learning. | The delivery of instruction is typically aligned to the instructional standards and/or Academic Plan. The teacher attempts to respond to student needs through modification of the lesson plan or instructional momentum, with moderate success. The teacher rarely attempts to differentiate instruction to ensure student learning. | The delivery of instruction is almost always aligned to the instructional standards and/or Academic Plan. The teacher successfully promotes the learning of most students through modification of the lesson plan and instructional momentum. The teacher uses a multitude of differentiated strategies to ensure student learning. | The delivery of instruction is always aligned to the instructional standards and/or Academic Plan. The teacher successfully promotes the learning of all students through modification of the lesson plan and instructional momentum. The teacher uses a multitude of differentiated strategies to ensure student learning. The teacher considers student questions, needs, and interest when instructing. The teacher holds students accountable |

**4a    Showing Professionalism**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher inconsistently adheres to standards for professional conduct and overall performance requirements, including attendance and punctuality. The teacher fails to comply with school and district regulations and timelines. The teacher has difficulty demonstrating respect, responsibility, honesty and integrity, requires frequent support supervision, and resists feedback from colleagues and administration. | The teacher adheres to standards for professional conduct and overall performance requirements, including attendance and punctuality, with some support supervision. The teacher complies only minimally with school and district regulations. The teacher strives to develop behaviors that model the values of respect, responsibility, honesty and integrity, and requires some support supervision. The teacher responds appropriately to and acts upon feedback. | The teacher consistently adheres to and models standards for professional conduct and overall performance requirements, including attendance and punctuality. The teacher complies fully and voluntarily with school and district regulations. Performs with minimum supervision. The teacher models the values of respect, responsibility, honesty, and integrity, and performs with minimum supervision. The teacher responds appropriately to and acts upon feedback. | The teacher consistently adheres to and models standards for professional conduct and overall performance requirements, including attendance and punctuality. The teacher complies fully and voluntarily with school and district regulations. The teacher positively influences members of school community to understand and adhere to these professional obligations. The teacher responds appropriately to and acts upon feedback. |

**4b    Maintaining Accurate Records**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teachers systems for maintaining both instructional and non-instructional records are either nonexistent or in disarray, resulting in errors and confusion. The teacher does not use student grades to monitor and analyze student progress. | The teachers systems for maintaining both instructional and non-instructional records are rudimentary and only partially effective. The teacher tracks and monitors student progress. | The teachers systems for maintaining both instructional and non-instructional records are accurate, efficient, and effective. The teacher tracks, monitors, and analyzes student progress data to drive instructional planning. | The teachers systems for maintaining both instructional and non-instructional records are accurate, efficient, and effective. Students contribute to the maintanance of these systems. The teacher tracks, monitors, and analyzes student progress data to drive instructional planning and uses results to differentiate instructional and curriculum design. |

**4c    Communicating with Families**

159

4/10/23, 11:20 AM                                                    Component for Eval Detail

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teachers communication with families about instructional programs or about individual students is sporadic and/or insensitive. | The teachers communication with families meets minimum requirements for frequency, however; communication is not always appropriate. The teacher makes modest attempts to engage families in the instructional program. | The teachers communication with families is frequent and conveyed in an appropriate manner. The teacher successfully engages families in the instructional program, as appropriate. | The teacher frequently communicates with all families using a variety of methods. Communication is sensitive to cultural traditions. Students participate in the communication. The teacher successfully engages families in the instructional programs, as appropriate. |

**4d    Participating in a Professional Community**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher avoids participating in a professional community or in school and district events and projects, rarely collaborates with colleagues, and has negative or self-serving relationships with colleagues. | The teacher becomes involved in the professional community and in school and/or district events and projects when specifically asked, makes some effort to collaborate with colleagues, and has cordial relationships with colleagues. | The teacher participates actively in the professional community and in school and/or district events and projects, actively seeks out opportunities to collaborate with others, and maintains positive and productive relationships with colleagues. | The teacher makes a substantial contribution to the professional community and to school and district events and projects, collaborates with/coaches others through difficult situations, and assumes a leadership role among the faculty. |

**4e    Growing and Developing Professionally**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher does not participate in professional development activities, and makes no effort to share knowledge with colleagues. The teacher is resistant to feedback from supervisors or colleagues. | The teacher participates in professional development activities that are convenient or are required, and makes limited contribution to the profession. The teacher accepts feedback from supervisors and colleagues with some reluctance. | The teacher seeks out opportunities for professional development based on an individual assessment of needs, and actively shares expertise with others. The teacher welcomes feedback from supervisors and colleagues. | The teacher actively pursues professional development opportunities and initiates activities to contribute to the profession. In addition, the teacher seeks feedback from supervisors and colleagues. |

| Scoring Summary | RAW | WGTD | | RAW | WGTD | | RAW | WGTD | Final Performance Rating | |
|---|---|---|---|---|---|---|---|---|---|---|
| Indicator Rating: Goals Rating: | 2 | 2.00 | = MGR Rating: | 2 | 2.00 | + SP Rating: | 2 | 2.00 | = 4 | 4.00 |
| Total MGR Scr: | | 2.00 | | Effective | | | Effective | | Effective | |

[ OK ]    [ Cancel ]

4/10/23, 11:21 AM                                                    Component for Eval Detail

He

| Evaluation Detail |
| --- |

**Name:**    Robert Hinson          **Empl ID:**    585187443      **Empl Rcd:**  0  **Experience:**  Experienced Teacher

**Document Type:**  Manager Review          **Eval Period:**    Final                **Document Action**

**School Year:**    2019-2020                                                                Complete

**Evaluation Type:**  Instr Classroom Evaluation

**Evaluation Date**    04/23/2020                                          Calculate Rating
                          **Manager/Evaluator:**    Robert Butz
                          **View Comments:**  Administrator  Employee        **Indicator Rating:**  Effective
                                                                            **Goal Rating:**

### Indicator Rating

**1a      Demonstrating Knowledge of Content and Pedagogy**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
| --- | --- | --- | --- |
| Instructional practices display no knowledge of the state or program standards, content, or the instructional practices specific to that discipline. Instructional practices lack evidence of lesson and assessment design relative to the state or program standards or content. Instructional practices are not evident on a consistent basis. | Instructional practices reflect some knowledge of the state or program standards, content, and the instructional practices specific to that discipline. Instructional practices lack basic elements or ara difficult for others to follow. Instructional practices are rudimentary. Some evidence of extension activities, methods, and higher level thinking skills. | Instructional practices reflect consistent and appropriate knowledge of state or program standards, content, and the instructional practices specific to that discipline. Instructional practices include basic elements of lesson and assessment design including objectives. Consistent evidence of extension activities, methods, and higher level thinking skills. | Instructional practices reflect extensive knowledge of state or program standards, content, and the instructional practices specific to that discipline. Instructional practices include extensive use of higher-level thinking skills, activities, and application. Research and new or innovative methods are extensively incorporated into instructional practices. |

**1b      Designing Student Assessment**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
| --- | --- | --- | --- |
| Teacher's plan for assessing student learning contains no clear criteria or standards, is poorly aligned with the instructional outcomes, or is not appropriate for most students. The results of assessment hava minimal impact on the design of future instruction. | Teacher's plan for student assessment is partially aligned with the instructional outcomes, lacks clear criteria, and is not appropriate for at least some students. Teacher utilizes assessment results to plan for future instruction for the class as a whole. Assessments provide students with limited ways to demonstrate mastery. | Teacher's plan for student assessment is aligned with the instructional outcomes, uses clear criteria, and is appropriate to the needs of students. Teacher utilizes assessment results to plan for future instruction for groups of students. Assessments provide students with multiple ways to demonstrate mastery. | Teacher's plan for student assessment is fully aligned with the instructional outcomes, with clear criteria and standards that show evidence of student contribution to their development. Assessment methodologies may have been adapted for individuals, and the teacher utilizes results to plan for future instruction for individual students. Assessments provide students with multiple ways to demonstrate mastery and multiple opportunities during |

**1c      Setting Instructional Outcomes**

| Unsatisfactory | Needs Improvement/Developing* | Effectiva | Highly Effective |
| --- | --- | --- | --- |
| The teacher develops general student achievement goals for the class or does not develop goals at all. | Instructional outcomes are of moderate rigor and are suitable for some students, but consist of a combination of activities and goals, some of which permit viable methods of assessment. Outcomes reflect more than one activity, but there is no evidence of or attempt at coordination or integration. The teacher develops measurable student achievement goals for her or his class. | Instructional outcomes are stated as goals reflecting high-level learning and state standards, are suitable for most students in the class, represent different types of learning, and can be assessed. Outcomes reflect opportunities for extension and interdisciplinary application. The teacher develops measurable student achievement goals for the class that are aligned to content standards and are differentiated based on the needs of the class. | The teacher collaboratively develops and monitors ambitious and measurable achievement goals with individual students, as well as instructional outcomes for the class or course, that are aligned to the state standards. |

Component for Eval Detail

**1d    Demonstrating Knowledge of Resources and Technology**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher demonstrates little or no familiarity with resources and technology available to enhance own knowledge, use in teaching, or to provide for students who need them. The teacher does not seek such knowledge. | The teacher, at times, demonstrates some familiarity with resources and basic technology available through the school or district to enhance own knowledge, to use in teaching, or to provide for students who need them. The teacher does not seek to extend such knowledge. | The teacher is fully aware of and utilizes the basic or required resources and technology available through the school or district to enhance own knowledge, use in teaching, or to provide for students who need them. The teacher utilizes available support for required knowledge. | The teacher fully and consistently integrates resources and technology (as available) in and beyond the school, the district and the community to enhance own knowledge, to use in teaching, and to provide for students who need them. |

**1e    Designing Coherent Instruction**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teachers plan for learning experiences is poorly aligned with instructional outcomes and does not represent a coherent structure. Lessons are not differentiated. Teacher demonstrates little or no knowledge of students' backgrounds, cultures, skills, language proficiency, interests, and special needs, and does not seek such understanding. | The teachers plan for learning experiences demonstrates partial alignment with instructional outcomes. Lessons have a recognizable structure and reflect partial knowledge of grade level, school, or district strategies and resources found in the instructional standards and/or Academic Plan. Lessons are infrequently differentiated. Teacher indicates the importance of understanding students' backgrounds, cultures, skills, language proficiency, interests, and special needs, and attains this | The teachers plan for learning experiences demonstrates knowledge of content, students, and resources to design lessons that are aligned to instructional outcomes. Lessons have a clear structure and reflect effective knowledge of grade level, school, or district strategies and resources found in the instructional standards and/or Academic Plan. Lessons are often differentiated and suitable for groups of students, and are likely to engage students in significant learning. Teacher | The teachers plan for learning experiences demonstrates knowledge of content, students, and resources to design detailed lessons that are aligned to instructional outcomes. Lessons have a clear structure, are reflective of detailed knowledge of grade level, school, or district strategies and resources found in the instructional standards and/or Academic Plan, and allow for different pathways according to student needs. Detailed interdisciplinary instruction |

**2a    Creating an Environment of Respect**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| Classroom interactions, both between the teacher and students and among students, are negative, inappropriate, or insensitive to students cultural backgrounds or developmental differences, and are characterized by sarcasm, put-downs, or conflict. | Classroom interactions, both between the teacher and students and among students, are generally appropriate and free from conflict but may be characterized by occasional displays of insensitivity or lack of responsiveness to cultural or developmental differences. | Classroom interactions, both between teacher and students and among students, are polite and respectful, reflect general warmth and caring, and are appropriate to the cultural and developmental differences among groups of students. | Classroom interactions, both between teacher and students and among students, are respectful and reflect genuine warmth, caring, and sensitivity to the cultural and developmental differences among groups of students. Students themselves ensure high levels of civility among members of the class. |

**2b    Establishes a Culture for Learning**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|

Component for Eval Detail

| | | | |
|---|---|---|---|
| The teacher has not created a positive culture for learning. Teacher commitment to the subject matter and expectations for student achievement are low. Student pride in work is not evident. | The teacher has partially established a positive culture for learning. Commitment to the subject matter is developing, and there are modest expectations for student achievement. Students show modest pride in their work. | The teacher has created a positive classroom culture for learning, characterized by high expectations for most students, the belief that students can succeed if they work hard, and genuine commitment to the subject matter by both the teacher and students. Students demonstrate pride in their work. | The teacher has created a culture for learning characterized by high levels of student energy and the teacher's passion for the subject area. Everyone shares a belief in the importance of the subject and the belief that all students can succeed if they work hard. All students hold themselves to high standards of performance; for example, by initiating improvement to their work. |

**2c    Establishes and Manages Classroom Procedures**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | | ○ |
| Much instructional time is lost because of inefficient classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties. | Some instructional time is lost because of inefficient classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties, which are only partially effective. | Little instructional time is lost because of inefficient classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties, which occur smoothly. | Students contribute to the seamless operation of classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties. |

**2d    Stops Misconduct by Using Effective, Appropriate Techniques**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| | ○ | | ○ |
| There is no evidence that standards of conduct have been established and little or no teacher monitoring of student behavior. Response to student misbehavior is repressive or disrespectful of student dignity. The teacher does not address off-task, inappropriate, or challenging behavior efficiently, thereby creating significant negative impact on the learning of students in the class. The teacher does not reinforce positive behavior. | It appears that the teacher has made an effort to establish standards of conduct for students and tries to monitor student behavior, but these efforts are not always successful. The teacher addresses some off task, inappropriate, or challenging behavior efficiently, thereby creating some negative impact on the learning of students in the class. The teacher reinforces positive behavior. | Standards of conduct appear to be clear to students, and the teacher monitors student behavior against those standards. The teacher's response to student misbehavior is appropriate and respectful to students. The teacher addresses most off-task, inappropriate, or challenging behavior efficiently, thereby creating little negative impact on the learning of students in the class. The teacher strategically reinforces positive behavior. | Standards of conduct are clear, with evidence of student participation in setting them. Expectations are developed and taught. The teacher's monitoring of student behavior is subtle and preventative, and the teacher's response to student misbehavior is sensitive to individual student needs. The teacher addresses almost all off-task, inappropriate, or challenging behavior efficiently, thereby creating no negative impact on the learning of students in the |

**2e    Organizes Physical Space**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ○ | ○ |
| The physical environment is unsafe, or some students don't have access to learning. There is poor alignment between the physical arrangement and the lesson activities. | The classroom is safe, essential learning is accessible to most students, and the teacher's use of physical resources is moderately effective. Teacher may attempt to modify the physical arrangement to suit learning activities, with partial success. | The classroom is safe, and learning is accessible to all students. Teacher ensures that the physical arrangement is appropriate to the learning activities. Teacher makes effective use of physical resources. | The classroom is safe, and the physical environment ensures the learning of all students, including those with special needs. Students contribute to the use or adaptation of the physical environment to advance learning. |

**3a    Communicating with Students**

163

4/10/23, 11:21 AM                                         Component for Eval Detail

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | | ◉ | ○ |
| The teacher has an inadequate presence in the classroom. The teacher ineffectively develops students' understanding of the objective by not communicating it, the teacher does not have a clear objective, or the lesson does not connect to the objective. | The teacher has a positive presence in the classroom. The teacher effectively develops students understanding of the objective by communicating what students will know or be able to do by the end of the lesson and connecting the objective to prior knowledge. | The teacher has a positive presence in the classroom. The teacher effectively develops students' understanding of the objective by communicating what students will know or be able to do by the end of the lesson, connecting the objective to prior knowledge, and explaining the importance of the objective. | The teacher has a positive presence in the classroom. The teacher effectively develops students' understanding of the objective by communicating what students will know or be able to do by the end of the lesson, connecting the objective to prior knowledge, explaining the importance of the objective, and referring to the objective at key points during the lesson. |

### 3b    Using Questioning and Discussion Techniques

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | | ◉ | ○ |
| The teacher checks for understanding of content, but misses nearly all key moments. Checks do not provide an accurate pulse of the class understanding. The teacher asks questions that are low- level or inappropriate, elicits limited student participation and recitation rather than discussion, and does not respond to students' correct answers by probing for higher-level understanding in an effective manner. | The teacher checks for understanding of content, but misses several key moments. Checks sometimes provide an accurate pulse of the class understanding, such that the teacher has enough information to adjust subsequent instruction, if necessary. The teacher asks few questions that elicit a thoughtful response, attempts to engage all students in the discussion but is only partially successful, and rarely responds to students' correct answers by probing for higher level understanding in an | The teacher checks for understanding of content, but misses one or two key moments. Checks often provide an accurate pulse of the class understanding, such that the teacher has enough information to adjust subsequent instruction, if necessary. The teacher asks many questions that elicit a thoughtful response and allows sufficient time for students to answer, engages all students in the discussion, steps aside when appropriate, and sometimes responds to students correct answers by | The teacher checks for understanding of content at all key moments. Checks almost always provide an accurate pulse of the class' understanding, such that the teacher has enough information to adjust subsequent instruction if necessary. The teacher regularly asks questions that reflect high expectations and are culturally and developmentally appropriate, allows sufficient time for students to answer, promotes critical and |

### 3c    Engaging Students in Learning

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| | | | ○ |
| Activities and assignments, materials, and groupings of students are not appropriate for the instructional outcome or not sensitive to the students culture or level of understanding, resulting in little intellectual engagement. Lessons have no structure, are poorly paced, and have no academic focus. The teacher does not use technology (as available) in the teaching and learning processes. Teacher's knowledge of subject is very limited. | Activities and assignments, materials, and groupings of students are partially appropriate for the instructional outcomes or are rarely sensitive to the students culture or level of understanding, resulting in moderate intellectual engagement. Lessons have recognizable structure, but are not fully maintained, are poorly paced, and have limited academic focus. The teacher rarely uses technology (as available) in the teaching and learning processes. Teacher demonstrates partial knowledge of subject matter. | Activities and assignments, materials, and groupings of students are fully appropriate for the instructional outcomes and are sometimes sensitive to the students culture and level of understanding, resulting in intellectual engagement with most students engaged in work of a high level of rigor. Lessons have coherent structure, are appropriately paced, and have consistently apparent academic focus. The teacher sometimes uses appropriate technology (as available) in the teaching and learning | Activities and assignments, materials, and groupings of students promote significant learning for the instructional outcomes and are frequently sensitive to the students' culture and level of understanding, resulting in high intellectual engagement with all students engaged in work of a high level of rigor. Lessons have coherent structure that is adapted as necessary to the needs of individuals, are appropriately paced to allow for student reflection and |

### 3d    Using Assessment in Instruction

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ◉ | ○ |

164

Component for Eval Detail

| | | | |
|---|---|---|---|
| Formative assessment is not used in instruction, either through monitoring of progress by the teacher or students, or through feedback to students. Students are unaware of the assessment criteria used to evaluate their work. | Formative assessment is rarely used in instruction, through some monitoring of progress of learning by teacher and/or students. Feedback to students is uneven. Students are aware of only some of the assessment criteria used to evaluate their work. | Formative assessment is sometimes used in instruction, through self-assessment by students and monitoring of progress of learning by the teacher and/or students. Feedback to students is of high quality. Students are fully aware of the assessment criteria used to evaluate their work. | Formative assessment is frequently used in a sophisticated manner in instruction, through student involvement in establishing criteria, self-assessment by students, and monitoring of progress by both the teacher and students. Feedback to students is of high quality and from a variety of sources. Students are fully aware of the assessment criteria used to evaluate their work. |

**3e    Demonstrating Flexibility and Responsiveness**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | | ○ | |
| The delivery of instruction deviates from the instructional standards and/or Academic Plan. The teacher does not adjust the lesson plan or instructional momentum to address student needs. The teacher does not re-teach or attempt to differentiate instruction to ensure or reinforce student learning. | The delivery of instruction is typically aligned to the instructional standards and/or Academic Plan. The teacher attempts to respond to student needs through modification of the lesson plan or instructional momentum, with moderate success. The teacher rarely attempts to differentiate instruction to ensure student learning. | The delivery of instruction is almost always aligned to the instructional standards and/or Academic Plan. The teacher successfully promotes the learning of most students through modification of the lesson plan and instructional momentum. The teacher uses a multitude of differentiated strategies to ensure student learning. | The delivery of instruction is always aligned to the instructional standards and/or Academic Plan. The teacher successfully promotes the learning of all students through modification of the lesson plan and instructional momentum. The teacher uses a multitude of differentiated strategies to ensure student learning. The teacher considers student questions, needs, and interest when instructing. The teacher holds students accountable |

**4a    Showing Professionalism**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| | ○ | ○ | |
| The teacher inconsistently adheres to standards for professional conduct and overall performance requirements, including attendance and punctuality. The teacher fails to comply with school and district regulations and timelines. The teacher has difficulty demonstrating respect, responsibility, honesty and integrity, requires frequent support supervision, and resists feedback from colleagues and administration. | The teacher adheres to standards for professional conduct and overall performance requirements, including attendance and punctuality, with some support supervision. The teacher complies only minimally with school and district regulations. The teacher strives to develop behaviors that model the values of respect, responsibility, honesty and integrity, and requires some support supervision. The teacher responds appropriately to and acts upon feedback. | The teacher consistently adheres to and models standards for professional conduct and overall performance requirements, including attendance and punctuality. The teacher complies fully and voluntarily with school and district regulations. Performs with minimum supervision. The teacher models the values of respect, responsibility, honesty, and integrity, and performs with minimum supervision. The teacher responds appropriately to and acts upon feedback. | The teacher consistently adheres to and models standards for professional conduct and overall performance requirements, including attendance and punctuality. The teacher complies fully and voluntarily with school and district regulations. The teacher positively influences members of school community to understand and adhere to these professional obligations. The teacher responds appropriately to and acts upon feedback. |

**4b    Maintaining Accurate Records**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| ○ | ○ | ○ | ○ |
| The teachers systems for maintaining both instructional and non-instructional records are either nonexistent or in disarray, resulting in errors and confusion. The teacher does not use student grades to monitor and analyze student progress. | The teachers systems for maintaining both instructional and non-instructional records are rudimentary and only partially effective. The teacher tracks and monitors student progress. | The teachers systems for maintaining both instructional and non-instructional records are accurate, efficient, and effective. The teacher tracks, monitors, and analyzes student progress data to drive instructional planning. | The teachers systems for maintaining both instructional and non-instructional records are accurate, efficient, and effective. Students contribute to the maintenance of these systems. The teacher tracks, monitors, and analyzes student progress data to drive instructional planning and uses results to differentiate instructional and curriculum design. |

**4c    Communicating with Families**

4/10/23, 11:21 AM                                          Component for Eval Detail

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teachers communication with families about instructional programs or about individual students is sporadic and/or insensitive. | The teachers communication with families meets minimum requirements for frequency, however; communication is not always appropriate. The teacher makes modest attempts to engage families in the instructional program. | The teachers communication with families is frequent and conveyed in an appropriate manner. The teacher successfully engages families in the instructional program, as appropriate. | The teacher frequently communicates with all families using a variety of methods. Communication is sensitive to cultural traditions. Students participate in the communication. The teacher successfully engages families in the instructional programs, as appropriate. |

**4d    Participating in a Professional Community**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher avoids participating in a professional community or in school and district events and projects, rarely collaborates with colleagues, and has negative or self-serving relationships with colleagues. | The teacher becomes involved in the professional community and in school and/or district events and projects when specifically asked, makes some effort to collaborate with colleagues, and has cordial relationships with colleagues. | The teacher participates actively in the professional community and in school and/or district events and projects, actively seeks out opportunities to collaborate with others, and maintains positive and productive relationships with colleagues. | The teacher makes a substential contribution to the professional community and to school and district events and projects, collaborates with/coaches others through difficult situations, and assumes a leadership role among the faculty. |

**4e    Growing and Developing Professionally**

| Unsatisfactory | Needs Improvement/Developing* | Effective | Highly Effective |
|---|---|---|---|
| The teacher does not participate in professional development activities, and makes no effort to share knowledge with colleagues. The teacher is resistant to feedback from supervisors or colleagues. | The teacher participates in professional development activities that are convenient or are required, and makes limited contribution to the profession. The teacher accepts feedback from supervisors and colleagues with some reluctance. | The teacher seeks out opportunities for professional development based on an individual assessment of needs, and actively shares expertise with others. The teacher welcomes feedback from supervisors and colleagues. | The teacher actively pursues professional development opportunities and initiates activities to contribute to the profession. In addition, the teacher seeks feedback from supervisors and colleagues. |

| Scoring Summary | RAW | WGTD | | RAW | WGTD | | RAW | WGTD | Final Performance Rating | |
|---|---|---|---|---|---|---|---|---|---|---|
| Indicator Rating: Goals Rating: | 2 | 2.00 | = MGR Rating: | 2 | 2.00 | + SP Rating: | 2 | 2.00 | = 4 | 4.00 |
| Total MGR Scr: | | 2.00 | | Effective | | | Effective | | Effective | |

OK        Cancel