UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-00142-WPD-PHM

MICHAEL TUCKER, *et al.*,

Plaintiffs,

vs.

THE SCHOOL BOARD OF LEE COUNTY, FLORIDA; *et al.*,

Defendants.

____________________________________/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court *sua sponte.*

This Court's April 17, 2024 Order directed the parties to file a Joint Scheduling Report and Joint Proposed Order within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant. *See* [DE 39]. The remaining Defendants filed their Answer on July 13, 2026. *See* [DE 83]. Thus, a Joint Scheduling Report should have already been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **August 25, 2026** Plaintiffs shall either show cause why this case should not be dismissed for failure to follow this Court's Order or file a Joint Scheduling Report and Joint Proposed Order that includes the parties' proposed deadlines. Failure to timely respond will result in dismissal of the case without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Hunt
Counsel of record